| United States Bankruptcy Court<br>Western District of New York | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**National Air Cargo, Inc.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN<br>(if more than one, state all)<br>**72-1527000** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**350 Windward Drive**<br>**Orchard Park, NY**<br>ZIP Code **14127** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Erie** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

**Type of Debtor**
(Form of Organization) (Check one box)

☐ Individual (includes Joint Debtors)
  *See Exhibit D on page 2 of this form.*
■ Corporation (includes LLC and LLP)
☐ Partnership
☐ Other (If debtor is not one of the above entities,
  check this box and state type of entity below.)

**Chapter 15 Debtors**

Country of debtor's center of main interests:

Each country in which a foreign proceeding
by, regarding, or against debtor is pending:

**Nature of Business**
(Check one box)

☐ Health Care Business
☐ Single Asset Real Estate as defined
  in 11 U.S.C. § 101 (51B)
☐ Railroad
☐ Stockbroker
☐ Commodity Broker
☐ Clearing Bank
■ Other

**Tax-Exempt Entity**
(Check box, if applicable)

☐ Debtor is a tax-exempt organization
  under Title 26 of the United States
  Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which
the Petition is Filed** (Check one box)

☐ Chapter 7
☐ Chapter 9
■ Chapter 11
☐ Chapter 12
☐ Chapter 13

☐ Chapter 15 Petition for Recognition
  of a Foreign Main Proceeding
☐ Chapter 15 Petition for Recognition
  of a Foreign Nonmain Proceeding

**Nature of Debts**
(Check one box)

☐ Debts are primarily consumer debts,
  defined in 11 U.S.C. § 101(8) as
  "incurred by an individual primarily for
  a personal, family, or household purpose."
■ Debts are primarily
  business debts.

**Filing Fee** (Check one box)

■ Full Filing Fee attached

☐ Filing Fee to be paid in installments (applicable to individuals only). Must
  attach signed application for the court's consideration certifying that the
  debtor is unable to pay fee except in installments. Rule 1006(b). See Official
  Form 3A.

☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must
  attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
■ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).
Check if:
☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates)
  are less than $2,490,925 *(amount subject to adjustment on 4/01/16 and every three years thereafter).*
Check all applicable boxes:
☐ A plan is being filed with this petition.
☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors,
  in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**

■ Debtor estimates that funds will be available for distribution to unsecured creditors.
☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid,
  there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |

Estimated Assets

| ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

Estimated Liabilities

| ☐ | ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

| **Voluntary Petition** | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **National Air Cargo, Inc.** |

### All Prior Bankruptcy Cases Filed Within Last 8 Years (If more than two, attach additional sheet)

| Location Where Filed:  **- None -** | Case Number: | Date Filed: |
|---|---|---|
| Location Where Filed: | Case Number: | Date Filed: |

### Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor (If more than one, attach additional sheet)

| Name of Debtor: **- None -** | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

<table>
<tr><td>

**Exhibit A**

(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)

☐ Exhibit A is attached and made a part of this petition.

</td><td>

**Exhibit B**
(To be completed if debtor is an individual whose debts are primarily consumer debts.)

I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).

X _____
    Signature of Attorney for Debtor(s)          (Date)

</td></tr>
</table>

### Exhibit C

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

### Exhibit D

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

### Information Regarding the Debtor - Venue
(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

### Certification by a Debtor Who Resides as a Tenant of Residential Property
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

| **Voluntary Petition** | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **National Air Cargo, Inc.** |

**Signatures**

| **Signature(s) of Debtor(s) (Individual/Joint)** | **Signature of a Foreign Representative** |
|---|---|

**Signature(s) of Debtor(s) (Individual/Joint)**

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

**Signature of a Foreign Representative**

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

**Signature of Attorney\***

X **/s/ Raymond L. Fink**
Signature of Attorney for Debtor(s)

**Raymond L. Fink**
Printed Name of Attorney for Debtor(s)

**Harter Secrest & Emery LLP**
Firm Name

**Twelve Fountain Plaza**
**Buffalo, NY 14202-2293**

_____
Address

**716 853-1616  Fax: 716 853-1617**
Telephone Number

**October 17, 2014**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

**Signature of Non-Attorney Bankruptcy Petition Preparer**

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. §110; 18 U.S.C. §156.*

**Signature of Debtor (Corporation/Partnership)**

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **/s/ Brian T. Conaway**
Signature of Authorized Individual

**Brian T. Conaway**
Printed Name of Authorized Individual

**Secretary and VP of Finance**
Title of Authorized Individual

**October 17, 2014**
Date

# United States Bankruptcy Court
## Western District of New York

In re    **National Air Cargo, Inc.**        Case No. _____

Debtor(s)      Chapter    **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) | (2) | (3) | (4) | (5) |
|---|---|---|---|---|
| *Name of creditor and complete mailing address including zip code* | *Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | *Nature of claim (trade debt, bank loan, government contract, etc.)* | *Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | *Amount of claim [if secured, also state value of security]* |
| **Air France**<br>**125 West 55th Street**<br>**ATTN: Mustapha**<br>**Jamaleddine**<br>**New York, NY 10019** | **Air France**<br>**125 West 55th Street**<br>**ATTN: Mustapha Jamaleddine**<br>**New York, NY 10019** | **Trade debt** | | **236,375.58** |
| **All Nippon Airways Co Ltd**<br>**2050 West 190th Street**<br>**Suite 100**<br>**Torrance, CA 90504-6228** | **All Nippon Airways Co Ltd**<br>**2050 West 190th Street**<br>**Suite 100**<br>**Torrance, CA 90504-6228** | **Trade debt** | | **44,076.50** |
| **CASS Settlement Office**<br>**CNS Iata #6740**<br>**Citibank Lockbox**<br>**Operations**<br>**1615 Brett Road**<br>**New Castle, DE 19720-2425** | **CASS Settlement Office**<br>**CNS Iata #6740**<br>**Citibank Lockbox Operations**<br>**New Castle, DE 19720-2425** | **Trade debt** | | **188,438.89** |
| **China Airlines Ltd.**<br>**PO Box 404109**<br>**Atlanta, GA 30384-4109** | **China Airlines Ltd.**<br>**PO Box 404109**<br>**Atlanta, GA 30384-4109** | **Trade debt** | | **40,172.80** |
| **Crowley Logistics, Inc.**<br>**PO Box 2684**<br>**Carol Stream, IL 60132-2684** | **Crowley Logistics, Inc.**<br>**PO Box 2684**<br>**Carol Stream, IL 60132-2684** | **Trade debt** | | **739,523.56** |
| **D.C. Dyna Inc.**<br>**48085 Old Ox Road**<br>**Dulles, VA 20166** | **D.C. Dyna Inc.**<br>**48085 Old Ox Road**<br>**Dulles, VA 20166** | **Trade debt** | | **34,700.00** |
| **Delta Airlines**<br>**PO Box 934946**<br>**Atlanta, GA 31193-4946** | **Delta Airlines**<br>**PO Box 934946**<br>**Atlanta, GA 31193-4946** | **Trade debt** | | **56,888.22** |
| **Emirates**<br>**Cargo Department**<br>**55 East 59th Street**<br>**5th Floor**<br>**New York, NY 10022** | **Emirates**<br>**Cargo Department**<br>**55 East 59th Street**<br>**New York, NY 10022** | **Trade debt** | | **84,606.50** |
| **European Air Transport**<br>**Brussels National Airport**<br>**Building 4-5**<br>**Zaventem 1930**<br>**CHILE** | **European Air Transport**<br>**Brussels National Airport**<br>**Building 4-5**<br>**CHILE** | **Trade debt** | | **108,553.00** |

In re **National Air Cargo, Inc.**          Case No. _____

Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br><br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| **Forward Air Inc.**<br>**PO Box 1058**<br>**Greeneville, TN 37744** | **Forward Air Inc.**<br>**PO Box 1058**<br>**Greeneville, TN 37744** | **Trade debt** | | **30,070.58** |
| **Global BTG LLC**<br>**12021 Wilshire Blvd**<br>**#381**<br>**Los Angeles, CA 90025** | **Global BTG LLC**<br>**12021 Wilshire Blvd**<br>**#381**<br>**Los Angeles, CA 90025** | **Judgment** | **Contingent**<br>**Disputed** | **9,927,232.00** |
| **Ground Force, Ltd.**<br>**231 W. 29th Street**<br>**Suite 1206**<br>**New York, NY 10001** | **Ground Force, Ltd.**<br>**231 W. 29th Street**<br>**Suite 1206**<br>**New York, NY 10001** | **Trade debt** | | **28,565.00** |
| **Guthrie Trucking**<br>**2208 Cambridge Downs Drive**<br>**Morehead City, NC 28557** | **Guthrie Trucking**<br>**2208 Cambridge Downs Drive**<br>**Morehead City, NC 28557** | **Trade debt** | | **171,420.00** |
| **Key Air LLC**<br>**PO Box 10264**<br>**Uniondale, NY 11555-0263** | **Key Air LLC**<br>**PO Box 10264**<br>**Uniondale, NY 11555-0263** | **Trade debt** | | **314,548.53** |
| **Maersk Agency U.S.A., Inc.**<br>**ATTN:  Payment Services**<br>**9300 Arrowpoint Blvd.**<br>**3rd Floor South**<br>**Charlotte, NC 28273-8136** | **Maersk Agency U.S.A., Inc.**<br>**ATTN:  Payment Services**<br>**9300 Arrowpoint Blvd.**<br>**Charlotte, NC 28273-8136** | **Trade debt** | | **65,026.43** |
| **Maersk Line, Limited**<br>**One Commercial Place**<br>**20th Floor**<br>**Norfolk, VA 23510-2103** | **Maersk Line, Limited**<br>**One Commercial Place**<br>**20th Floor**<br>**Norfolk, VA 23510-2103** | **Trade debt** | | **3,201,443.26** |
| **Portside Cargo Services II, LLC**<br>**1131 SW Klickitat Way**<br>**Seattle, WA 98134** | **Portside Cargo Services II, LLC**<br>**1131 SW Klickitat Way**<br>**Seattle, WA 98134** | **Trade debt** | | **34,070.00** |
| **SSA Cooper, LLC**<br>**PO Box 409249**<br>**Atlanta, GA 30384-9249** | **SSA Cooper, LLC**<br>**PO Box 409249**<br>**Atlanta, GA 30384-9249** | **Trade debt** | | **143,631.37** |
| **United Airlines Cargo**<br>**PO Box 13085**<br>**Newark, NJ 07188-0085** | **United Airlines Cargo**<br>**PO Box 13085**<br>**Newark, NJ 07188-0085** | **Trade debt** | | **56,530.29** |
| **Universal Logistics Solutions**<br>**PO Box 713328**<br>**Cincinnati, OH 45271-3328** | **Universal Logistics Solutions**<br>**PO Box 713328**<br>**Cincinnati, OH 45271-3328** | **Trade debt** | | **113,145.32** |

In re **National Air Cargo, Inc.**                                    Case No. _____
_____
Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
### (Continuation Sheet)

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the Secretary and VP of Finance of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date **October 17, 2014**                    Signature **/s/ Brian T. Conaway**
_____                    _____
                                                   **Brian T. Conaway**
                                                   **Secretary and VP of Finance**

*Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

# United States Bankruptcy Court

## Western District of New York

In re    **National Air Cargo, Inc.** ,

Debtor

Case No. _____

Chapter _____ **11** _____

# LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with Rule 1007(a)(3) for filing in this chapter 11 case.

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **National Air Cargo Holdings, Inc.**<br>**5955 T.G. Lee Blvd.**<br>**Suite 500**<br>**Orlando, FL 32822** | | **100%** | **Stockholder** |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

    I, the Secretary and VP of Finance of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date ___ **October 17, 2014** _____

Signature **/s/ Brian T. Conaway** _____

      **Brian T. Conaway**
      **Secretary and VP of Finance**

*Penalty for making a false statement or concealing property*:   Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C §§ 152 and 3571.

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

# United States Bankruptcy Court
## Western District of New York

In re    __National Air Cargo, Inc.__        Case No. _____

                    Debtor(s)       Chapter    __11__ _____

# VERIFICATION OF CREDITOR MATRIX

I, the Secretary and VP of Finance of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:    __October 17, 2014__            __/s/ Brian T. Conaway__

                                          __Brian T. Conaway/Secretary and VP of Finance__
                                          Signer/Title

3A Packing, Inc.
1725 Del Amo Blvd
Torrance, CA 90501


5Star Life Insurance Company
909 North Washington
Alexandria, VA 22313-9905


A C T Cartage, Inc.
Sky Harbor International Airport
PO Box 24280
Phoenix, AZ 85074


Accelerated Courier Inc.
PO Box 116092
Atlanta, GA 30368-6092


Aero Services
PO Box 951883
Dallas, TX 75395-1883


Aeromar Internacional S.R.L.
ATTN: Laura Deggeller
Las Americas 684 entre Tte.
Luque 2079
PARAGUA


Aeromexpress Cargo
3838 N. Sam Houston Pkwy E.
Houston, TX 77032


Air Canada
PO Box/CP 966
Winnipeg Manitoba R3C 2V6
CANADA


Air Cargo Delivery of Fay, Inc.
PO Box 64072
Fayetteville, NC 28306


AIR CHINA
230-59 Int. Airport Ctr., BLVD
Suite 282
Springfield Gardens, NY 11413

Air France
125 West 55th Street
ATTN: Mustapha Jamaleddine
New York, NY 10019


Air Ground Xpress
PO Box 438
Clinton, PA 15026


Air Land Transport, Inc.
11100 Calaska Circle
Anchorage, AK 99515


Air Logistics Group
3340-C Greens Road
Suite 50
Houston, TX 77032


Airline Container Leasing
436 Saco Lowell Road
Easley, SC 29640


Airmax International
JFK International Airport
PO Box 300053
Jamaica, NY 11430


Alaska Airlines, Inc.
PO Box 749877
Los Angeles, CA 90074-9877


Alitalia
FDR Station 5003
PO Box 5003
New York, NY 10103


All Nippon Airways Co Ltd
2050 West 190th Street
Suite 100
Torrance, CA 90504-6228


Alpha Logistics, Ltd
CRA 20 No. 39-33 of 305
Bogota
COLUMBIA

Altimax Courier (2006) Ltd.
274 Dieppe Blvd.
New Brunswick E1A 6P8
CANADA


American Airlines Cargo
8430 W Bryn Mawr Avenue
3rd Floor
PO Box 2994
Carol Stream, IL 60132-2994


American Express
PO Box 1270
Newark, NJ 07101-1270


Amerijet International
PO Box 409077
Atlanta, GA 30384-9077


Anyware Express
PO Box 40877
Charleston, SC 29423-0877


Archgate TMS, Inc.
5600 N. River Road
Suite 800
Rosemont, IL 60018


Arco Courier
PO Box 523611
Miami, FL 33152


ASAP International LLC


Atlantic
4605 Brookfield Corporate Drive
Chantilly, VA 20151


Atlantic Aviation
PO Box 951883
Dallas, TX 75395-1883

Atlas Air, Inc.
2000 Westchester Avenue
Purchase, NY 10577-2543

Automatic Data Processing
PO Box 842854
Boston, MA 02284-2854

B. Kerr Courier Service Inc.
1600 B. Dean Forest Road
PO Box 7866
Savannah, GA 31408

Barnes & Thornburg
1717 Pennsylvania Ave N.W.
Suite 500
Washington, DC 20006

BBT Logistics, Inc.
329 Doremus Avenue
Newark, NJ 07105

Becker Trucking
6350 S 143rd Street
Tukwila, WA 98168

Bonded Transportation Solutions Inc.
PO Box 724
Milwaukee, WI 53201-0724

Braden Burry Expediting Ltd.
18 Yellowknife Airport
Yellowknife NT X1A 3T2
CANADA

Braxton Acquisitions, LLC
350 Windward Drive
Orchard Park, NY 14127

British Airways
JFK International Airport
CARGO BLDG 66
Jamaica, NY 11430

Buf Ops


C&M Express Logistics, Inc.
342 Blackbook Road
Painesville, OH 44077


California Sierra Express
4965 Joule Street
Reno, NV 89502


Capitol Express
PO Box 462
Hilliard, OH 43026


Cargo Airport Services
PO Box 528044
Miami, FL 33152


Cargo Handling Services
1212 H El Camino Real #342
San Bruno, CA 94066


Cargolution
800 Stuart Graham S.
Suite 332
Dorval PQ H4Y 1J6
CANADA


Cargolution Ontario Inc.
7347 Kimbel Street
Suite 201
Mississauga, Ontario L4T 3M6
CANADA


Cargolux Airlines Int'L S.A.
238 Lawrence Avenue
Suite D
South San Francisco, CA 94080


Carlile Enterprises, Inc.
1800 E. 1st Avenue
Anchorage, AK 99501

Carlile Transportation
1800 East 1st Avenue
Anchorage, AK 99501


Carr's Delivery, L.P.
113 Gibson Lane
Corpus Christi, TX 78406


Carr's Delivery, LP
113 Gibson Lane
Corpus Christi, TX 78406


Cartage Dispatch Services
4446 Center Gate Drive
San Antonio, TX 78217


CASS Settlement Office
CNS Iata #6740
Citibank Lockbox Operations
1615 Brett Road
New Castle, DE 19720-2425


Cathay Pacific


CBeyond Online
PO Box 406815
Atlanta, GA 30384-6815


CCI, Incorporated
PO Box 607
Humble, TX 77347


CDW Direct, LLC
PO Box 75723
Chicago, IL 60675-5723


Central Park Management
1331 Park Plaza Drive
Suite 4
O Fallon, IL 62269


Centurion Cargo
4500 NW 36 Street
Miami, FL 33166

Charter Business Communications
PO Box 790086
Saint Louis, MO 63179-0086


China Airlines Ltd.
PO Box 404109
Atlanta, GA 30384-4109


Christopher Alf
1235 Marble Way
Boca Raton, FL 33432


Ciranda, Inc.
221 Vine Street
Hudson, WI 54016


Claypoole & Sons Cartage
PO Box 60223
Fairbanks, AK 99706-0223


Clayton County Tax Commissioner
121 S McDonough Street
Administration Annex 3
2nd Floor
Jonesboro, GA 30236


Clt Air Freight Carrier
4325 Beam Road
Suite 104
Charlotte, NC 28217


Columbia Freight Systems, LLC
PO Box 30565
Portland, OR 97294


Comcast Communications
PO Box 3006
Southeastern, PA 19398-3006


Commercial Cleaners of WNY, Inc.
116 Main Street
Depew, NY 14043

Commodity Forwarders, Inc.
11101 S. La Cienega Blvd.
Los Angeles, CA 90045


Complete Transport
PO Box 4037
Hazelwood, MO 63042


Concur Technologies Inc.
62157 Collections Center Drive
Chicago, IL 60693


Copa Airlines
6205 Blue Lagoon Drive
Suite 200
Miami, FL 33126


Cross Country Courier
PO Box 44630
Madison, WI 53744


Crowley Logistics, Inc.
PO Box 2684
Carol Stream, IL 60132-2684


D.C. Dyna Inc.
48085 Old Ox Road
Dulles, VA 20166


Delta Airlines
PO Box 934946
Atlanta, GA 31193-4946


Deltek Inc.
PO Box 79581
Baltimore, MD 21279-0581


DFS Freight, Inc.
645 Keys Road
Yakima, WA 98901


Dhl Network Operations (USA) Inc.
PO Box 741114
Atlanta, GA 30374-1114

Direct Express Services, LLC
PO Box 692
Gonzalez, FL 32560


Donald J. Kula, Esq.
Perkins Coie LLP
1888 Century Park East
Suite 1700
Los Angeles, CA 90067-1721


EAN Services LLC
PO Box 402383
Atlanta, GA 30384-2383


Earthlink Business
PO Box 88104
Chicago, IL 60680-1104


Eastern States Sentinel Alarm Services,
5647 Seneca Street
Buffalo, NY 14224


Econocaribe Consolidators, Inc.
2401 NW 69th Street
Miami, FL 33147


Elite Link International
1342 Hixon Street
Oakville Ontario L6L 1R7
CANADA


Emirates
Cargo Department
55 East 59th Street
5th Floor
New York, NY 10022


eSecurityToGo, LLC
3990 Westerly Place
Suite 270
Newport Beach, CA 92660


Etihad Airways (Buf)
New Airport Road
Abu Dhabi
UAE

European Air Transport
Brussels National Airport
Building 4-5
Zaventem 1930
CHILE

Eva Airways
PO Box 26514
New York, NY 10087-6514

Expediters Hawaii
PO Box 30849
Honolulu, HI 96820

EyeMed
Fidelity Security Life Insurance/EyeMed
PO Box 632530
Cincinnati, OH 45263-2530

Ezxpeditors, Inc.
1842 S. 144th Street
Seattle, WA 98168

Fast Track Delivery Service
43 Sandy Lane
Buffalo, NY 14227

Fedex Express
2354 Collection Center Drive
Chicago, IL 60693

FirstLine Funding Group
PO Box 488
Madison, SD 57042

Flite Pak
PO Box 3774
Humble, TX 77347

Florida Surplus Lines Service Office
PO Box 864593
Orlando, FL 32886

Forward Air Inc.
PO Box 1058
Greeneville, TN 37744


Freedom Freight Services, Inc.
PO Box 43892
Atlanta, GA 30336-0892


Freight Force Inc.
PO Box 4390
Anaheim, CA 92803-4390


Furniture Installation Team, LLC
PO Box 2395
Glen Burnie, MD 21060


Geese Cartage & Courier, LLC
1345 Diamond Springs Road
Suite 102
Virginia Beach, VA 23455


Global BTG LLC
12021 Wilshire Blvd
#381
Los Angeles, CA 90025


Global Crossing Conferencing
PO Box 790407
Saint Louis, MO 63179-0407


Grand Slam Expedited, Inc.
4405 Steubenville Pike
Pittsburgh, PA 15205


Griley Air Freight
PO Box 92940
Los Angeles, CA 90009


Ground Force, Ltd.
231 W. 29th Street
Suite 1206
New York, NY 10001

GRUPO TACA
8333 NW 53 Street
Suite 100
Miami, FL 33166


Gulf Coast Express
5184 Caldwell Mill Road
Birmingham, AL 35244


Gulf Coast Express, Inc.
5184 Caldwell Mill Road
Suite 204
Hoover, AL 35244


Guthrie Trucking
2208 Cambridge Downs Drive
Morehead City, NC 28557


Halsey & Griffith Office Solutions
1000 Park Centre Blvd.
Suite 128
Miami, FL 33169


Hawaiian Airlines
PO Box 29460
Honolulu, HI 96820-1860


Hazardous Material Compliance
PO Box 520596
Miami, FL 33152-0596


HealthNow Administrative Services
PO Box 742
Blue Bell, PA 19422


Heavyweight Air Express
1555 Mittel Blvd.
Suite C
Wood Dale, IL 60191


Hill Logistics Inc.
PO Box 2950
Batesville, AR 72503

Iberia Airlines of Spain
PO Box 260220
Miami, FL 33126


International Packing Corp.
351 E. Alondra Blvd.
Gardena, CA 90248


IPrint Technologies
980 Magnolia Avenue
Suite 5
Larkspur, CA 94939


J&P Hall Express
PO Box 45098
Atlanta, GA 30320


Japan Airlines
JFK International Airport
Building 151
Jamaica, NY 11430


JD Factors, LLC
c/o Absolute Courier & Trucking
PO Box 687
Wheaton, IL 60187


Jet Delivery Service, Inc.
PO Box 20467
Kansas City, MO 64195


Jet Delivery, Inc.
2169 Wright Avenue
La Verne, CA 91750


Jomar Freight Delivery, Inc.
3285 Terminal Drive
Eagan, MN 55121


JPS 2004, LP
c/o Land Air Express
PO Box 2250
Bowling Green, KY 42102-2250

Kathy Marie New York IFG, Inc.
1200 William Street #791
Buffalo, NY 14240


Key Air LLC
PO Box 10264
Uniondale, NY 11555-0263


Kimmel & Associates
25 Page Avenue
Asheville, NC 28801


KLM Royal Dutch Airline
Cargo Division
565 Taxter Road
Elmsford, NY 10523-0903


Korean Airlines
PO Box 30028
Honolulu, HI 96819


Kuehne+Nagel Ltd.
77 Foster Crescent
Mississauga Ontario L5R 0K1
CANADA


L & L Pro Pac, Inc.
PO Box 938
Grapevine, TX 76099-0938


LA 45 Equipment, LLC
350 Windward Drive
Orchard Park, NY 14127


Labelmaster Packing Services
1100 Elk Chase Avenue
Elk Grove Village, IL 60007


Lakeland Delivery Service
PO Box 16493
Duluth, MN 55816-0493


Lan Chile S.A.
Santiago
CHILE

Lincoln Archives, Inc.
155 Great Arrow Ave.
Buffalo, NY 14207


Livingston International
PO Box 490
Buffalo, NY 14225


Lufthansa Cargo
1640 Hempstead Turnpike
East Meadow, NY 11554-1096


Lykes Cartage Co, Inc.
PO Box 142263
Austin, TX 78714


M&D Transportation, Inc.
510 J McCormick Drive
Glen Burnie, MD 21061


M2 Transport
46090 Lake Center Plaza
Suite 208
Potomac Falls, VA 20165


Maersk Agency U.S.A., Inc.
ATTN: Payment Services
9300 Arrowpoint Blvd.
3rd Floor South
Charlotte, NC 28273-8136


Maersk Line, Limited
One Commercial Place
20th Floor
Norfolk, VA 23510-2103


Mat Parcel Express Inc.
2719 Kurtz Street
Suite C
San Diego, CA 92110


Mb Messenger
PO Box 300344
Jamaica, NY 11430

McKenna, Long & Aldridge LLP
1676 International Drive Penthouse
Mc Lean, VA 22102


MCL & Associates, Inc.
PO Box 45995
Los Angeles, CA 90045


Met Life
Metlife - Group Benefits
PO Box 804466
Kansas City, MO 64180-4466


Metro Express Inc.
11241 Jersey Blvd.
Suite 101
Rancho Cucamonga, CA 91730


Metro Trucking & Cartage
PO Box 907
Elizabeth, NJ 07208-0907


Mid-South Express Delivery
3644 Winchester
Suite 108
Memphis, TN 38118


Misc Payable


Moore Foggs
Darby Commons Ct.
Bay 7, 8, 9
Folcroft, PA 19032


NAC 300 LLC


NAC 300 LLC
350 Windward Drive
Orchard Park, NY 14127


NAC 900LX LLC
350 Windward Drive
Orchard Park, NY 14127

NAC AC Ventures LLC
350 Windward Drive
Orchard Park, NY 14127


NAC Acquisitions LLC
350 Windward Drive
Orchard Park, NY 14127


NACA Logistics
NACA Logistics (USA) Inc. dba Vanguard
Logistics
32366 Collection Center Drive
Chicago, IL 60693-0323


NACM Holdings SDN BHD
Unit A-2-10 SME Technopreneur Centre
Cyberjaya 2270 Jalan Usahawan 2
Cyber 6 63000 Cyberjaya, Selangor
MALAYSIA


NACM OHQ SDN BHD
Unit A-2-10, SME Technopreneur Centre
Cyberjaya 2270 Jalan Usahawan 2
Cyber 6 63000 Cyberjaya, Selangor
MALAYSIA


National Air Cargo (Thailand) Limited
27/F 1 South Sathorn Road
Regus Q House Lumpini Center
Thungmahamek, Sathorn Bangkok
THAILAND


National Air Cargo - DTC


National Air Cargo [Deutschland] GmbH
Cargo City South, Bldg. 537, 5th Floor
D-60549 Frandfurt am Main
Frankfurt
GERMANY


National Air Cargo [Japan] KK
Shinagawa East One Tower 4F
2-16-1 Konan
Minato-ku Tokyo
JAPAN

National Air Cargo [Luxembourg] S.a.r.l.


National Air Cargo Group DBA National Ai
5955 T G Lee Blvd.
Suite 500
Orlando, FL 32822


National Air Cargo Holdings, Inc.
350 Windward Drive
Orchard Park, NY 14127


National Air Cargo LLC [Korea]
20th Floor, Korea First Bank Bldg.
100 Gongpyung-Dong, Jongro-Gu
Seoul
KOREA


National Air Cargo Middle East FZE
PO Box 54429, 3rd Floor, Block B
West Wing 4
Dubai Airport Free Zone, Dubai
UAE


National Air Cargo Nederland BV
Anchoragelaan 50
1118 LE Amsterdam - Schiphol Airport
Amsterdam
THE NETHERLANDS


National Brokerage LLC
350 Windward Drive
Orchard Park, NY 14127


National Fuel
PO Box 4103
Buffalo, NY 14264-0001


National Leasing LLC
5955 T G Lee Blvd.
Suite 500
Orlando, FL 32822

Network Cargo Mgmt Corp
5575 S. Semoran Blvd.
Suite 5014
Orlando, FL 32822


New York State Sales Tax
PO Box 15168
Albany, NY 12212-5168


Nippon Cargo Airlines
O'Hare International Airport
663 North Access Road
Chicago, IL 60666


North Park Transportation Co.
5150 Columbine Street
Denver, CO 80216


Nova Delivery Service Inc.
PO Box 30590
San Juan, PR 00929-1590


NYSEG
PO Box 11745
Newark, NJ 07101-4745


OKX Logistics Inc.
PO Box 272138
Oklahoma City, OK 73137


Operations Support Group, Inc.
PO Box 58764
Tukwila, WA 98138


Pace Freight Systems
PO Box 91853
Los Angeles, CA 90009-1853


Pacex Package Express, Inc.
568 Beach Road
Hamilton Ontario L8H 3K9
CANADA

Pacific Air Cargo
PO Box 881900
Los Angeles, CA 90009


Pegasus Maritime
250 West 39th Street
Suite #505
New York, NY 10018


Penton Media, Inc.
24652 Network Place
Chicago, IL 60673-1246


Pepsi Cola Buffalo Bottling
PO Box 75948
Chicago, IL 60675-5948


Philadelphia Truck Lines
519 Kaiser Drive
Suite D
Folcroft, PA 19032


Philippine Airlines
PO Box 2716
Redondo Beach, CA 90245


Phillips Lytle, LLP
One Canalside
125 Main Street
Buffalo, NY 14203


Portside Cargo Services II, LLC
1131 SW Klickitat Way
Seattle, WA 98134


Premier Trans Aire
3375 Koapaka Street, B264
Honolulu, HI 96819


PricewaterhouseCoopers LLP
PO Box 7247-8001
Philadelphia, PA 19170-8001

Pro Pak International, Inc.
PO Box 1586
Marietta, GA 30061


Pro-Line Promotional Products
5518 Port Royal Road
PO Box 1404
Springfield, VA 22151


Ptc Air Freight Inc.
Amf Box 22145
Salt Lake City, UT 84122


Qantas Airways Ltd.
Quantas Centre 203 Coward Street
Mascot, N S W 2020
AUSTRALIA


Quick Delivery Service Inc.
632 Pratt Avenue North
Schaumburg, IL 60193


Quick Delivery Service, Inc.
632 Pratt Avenue - North
Schaumburg, IL 60193


Quick Delivery Service, Inc.
PO Box 7361
Mobile, AL 36670


Quick Trip Express Freight Services
PO Box 25294
Tampa, FL 33622-5294


Quickstar Logistics, Inc.
PO Box 2206
Ashburn, VA 20146


Rapid Express
PO Box 3261
Windsor Locks, CT 06096-3261


Redline Logistics Inc.
PO Box 681481
Indianapolis, IN 46268

RHDC International
PO Box 741091
Rancho Cucamonga, CA 91730


Royal Jordanian
140 West 98th Street
Suite 114
Bloomington, MN 55420


Rushway Delivery Services
23669 Eichler Street #A
Hayward, CA 94545


S.E.L. Maduro & Sons, Inc.
PO Box 3304
WILLEMSTAD, CURACAO


Saudi Arabian Airlines
PO Box 620
Jeddah 21231
SWITZERLAND


Scale Logic, Inc.
1401 American Blvd East
Unit #4
Bloomington, MN 55425


Signature Flight Support - Boca
PO Box 402458
Atlanta, GA 30384-2458


Silk Way Airlines USA
JFK International Airport
Cargo Building 75
Suite 230
Jamaica, NY 11430


Singapore Airlines
ATTN: Tracy Huynh
PO Box 280746
San Francisco, CA 94128


Ski Packing & Crating, Inc.
144-145 156th Street
Jamaica, NY 11434

Southwest Airlines Cargo
PO Box 97390
Dallas, TX 75397


Special Service Freight Co.
PO Box 19508
Charlotte, NC 28219-9508


Sprint
PO Box 4181
Carol Stream, IL 60197-4181


SSA Cooper, LLC
PO Box 409249
Atlanta, GA 30384-9249


Staples Advantage
Dept. ROC
PO Box 415256
Boston, MA 02241-5256


Sunteck Transport
6413 Congress Avenue
Suite 260
Boca Raton, FL 33487


Super Sonic, Inc.
9958 N.W. 89th Court
Medley, FL 33178


Swiss Intl Air
Zurich Airport
Zurich CH-8058
SWITZERLAND


Swissport Cargo Services
45025 Aviation Drive
Suite 350
Dulles, VA 20166


Tantalus
634 Main Street
East Aurora, NY 14052

Tapecon Inc.
701 Seneca Street
Buffalo, NY 14210


Temple Trucking Services
PO Box 421078
Indianapolis, IN 46242


Tex-Air Delivery, Inc.
1061 Texan Trail
Suite 600
Grapevine, TX 76051


The Borenstein Group
11240 Waples Mill Road
Fairfax, VA 22030


The Delivery People
PO Box 30377
Honolulu, HI 96820


The Expediting Co, Inc.
1295 South Brown School Road
Vandalia, OH 45377


The Hartford
PO Box 660916
Dallas, TX 75266-0916


The Notable Corp.
4240 Ridge Lea Road
Amherst, NY 14226


The Proposal Network LLC
381 Flamingo Drive
Venice, FL 34285


Town Delivery, Inc.
2615 N 11th Street
Omaha, NE 68110


Towne Air Freight Inc.
1932 Momentum Place
Chicago, IL 60689-5319

Tracking Innovations Inc.
350 Windward Drive
Orchard Park, NY 14127


Trans Overseas Corporation
PO Box 847
Taylor, MI 48180


Trans-Hold, Inc.
15417 Collections Center Drive
Chicago, IL 60639


Transborder Air Cargo
PO Box 300603
JFK Station
Jamaica, NY 11430


TransPerfect Translations Int'l Inc.
Three Park Avenue
39th Floor
New York, NY 10016


Truck Courier Inc.
PO Box 2760
Woburn, MA 01888-1360


Turkish Airlines
SISL
Istanbul
TURKEY


Uline
ATTN: Accounts Receivable
PO Box 88741
Chicago, IL 60680-1741


United Airlines Cargo
PO Box 13085
Newark, NJ 07188-0085


United Parcel Service
PO Box 7247-0244
Philadelphia, PA 19170-0001

United States Treasury


Universal Logistics Solutions
PO Box 713328
Cincinnati, OH 45271-3328


Ups Supply Chain Solutions
28013 Network Place
Chicago, IL 60673-1280


US Airways
PO Box 731123
Dallas, TX 75373-1123


Valley Transportation, Inc.
PO Box 12663
Fresno, CA 93778-2663


Vance Courier Services D/Fw Airport
PO Box 610784
Dallas, TX 75261


Verizon
PO Box 15124
Albany, NY 12212-5124


Verizon
PO Box 1100
Albany, NY 12250-0001


Verizon Wireless
PO Box 408
Newark, NJ 07101-0408


Victory Packaging
6047 Fulton Industrial Blvd.
Atlanta, GA 30336


Virgin Atlantic Airways Cargo
14404 Collections Center Drive
Chicago, IL 60693

Westchester Putnam Freight
1 Slater Drive
Elizabethport, NJ 07206


Western Flyer Delivery Service
PO Box 1078
Brighton, CO 80601-1078


Wiley Rein LLP
1776 K Street NW
Washington, DC 20006


Windward Drive Lot 12 LLC
350 Windward Drive
Orchard Park, NY 14127


World Trade Center Miami
1007 N. America Way
Miami, FL 33132


World Wide Movers
PO Box 832
Kodiak, AK 99615-0832


Zipp Delivery, Inc.
593 West County line Road
Springdale, AR 72764-8004


Zipp Express
PO Box 1538
Maryland Heights, MO 63043

# United States Bankruptcy Court
## Western District of New York

In re __National Air Cargo, Inc.__      Case No. _____

                 Debtor(s)      Chapter    **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for __National Air Cargo, Inc.__ in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

**National Air Cargo Holdings, Inc.**
**5955 T.G. Lee Blvd.**
**Suite 500**
**Orlando, FL 32822**

☐ None [*Check if applicable*]

__October 17, 2014__            **/s/ Raymond L. Fink**

Date                              **Raymond L. Fink**

                                Signature of Attorney or Litigant

                                Counsel for __National Air Cargo, Inc.__

                                **Harter Secrest & Emery LLP**

                                **Twelve Fountain Plaza**
                                **Buffalo, NY 14202-2293**
                                **716 853-1616 Fax:716 853-1617**

Software Copyright (c) 1996-2014 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

# FORM G

## United States Bankruptcy Court
### Western District of New York

In re __National Air Cargo, Inc.__ _____

Debtor(s)

Case No. _____

Chapter **11**

## DECLARATION RE: ELECTRONIC FILING OF
## PETITION, SCHEDULES & STATEMENTS

## PART I - DECLARATION OF PETITIONER

I (WE) __Brian T. Conaway__ and _____, the undersigned debtor(s), *hereby declare under penalty of perjury* that the information provided in the electronically filed petition, statements, and schedules is true and correct and that I signed these documents prior to electronic filing. I consent to my attorney sending my petition, statements and schedules to the United States Bankruptcy Court. I understand that this DECLARATION RE: ELECTRONIC FILING is to be executed at the First Meeting of Creditors and filed with the Trustee. I understand that failure to file the signed original of this DECLARATION may cause my case to be dismissed pursuant to 11 U.S.C. § 707(a)(3) without further notice. I (we) further declare under penalty of perjury that I (we) signed the original Statement of Social Security Number(s), (Official Form B21) prior to the electronic filing of the petition and have verified the 9-digit social security number displayed on the Notice of Meeting of Creditors to be accurate.

☐    If petitioner is an individual whose debts are primarily consumer debts and who has chosen to file under a chapter: I am aware that I may proceed under chapter 7, 11, 12 or 13 of Title 11, United States Code, understand the relief available under each chapter, and choose to proceed under this chapter. I request relief in accordance with the chapter specified in this petition. I (WE) ____ and ____, the undersigned debtor(s), *hereby declare under penalty of perjury* that the information provided in the electronically filed petition, statements, and schedules is true and correct.

☒    If petitioner is a corporation or partnership: I declare under penalty of perjury that the information provided in the electronically filed petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor. The debtor requests relief in accordance with the chapter specified in this petition.

☐    If petitioner files an application to pay filing fees in installments: I certify that I completed an application to pay the filing fee in installments. I am aware that if the fee is not paid within 120 days of the filing date of filing the petition, the bankruptcy case may be dismissed and, if dismissed, I may not receive a discharge of my debts.

Dated:    **October 17, 2014**

Signed:    /s/ Brian T. Conaway _____    _____
**Brian T. Conaway**
(Applicant)                                                            (Joint Applicant)

## PART II - DECLARATION OF ATTORNEY

I *declare under penalty of perjury* that the debtor(s) signed the petition, schedules, statements, etc., including the Statement of Social Security Number(s), Official Form B21, before I electronically transmitted the petition, schedules, and statements to the United States Bankruptcy Court, and have followed all other requirements in Administrative Orders and Administrative Procedures, including submission of the electronic entry of the debtor(s) Social Security number into the Court's electronic records. If an individual, I further declare that I have informed the petitioner (if an individual) that [he or she] may qualify to proceed under chapter 7, 11, 12 or 13 of Title 11, United States Code, and have explained the relief available under each chapter. This declaration is based on the information of which I have knowledge.

Dated:    **October 17, 2014**

/s/ Raymond L. Fink
**Raymond L. Fink**
Attorney for Debtor(s)

Address of Attorney
**Twelve Fountain Plaza**
**Buffalo, NY 14202-2293**
**716 853-1616 Fax:716 853-1617**