**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| NATIONAL AIR CARGO, INC., | Case No. 14-12414-MJK |
| Debtor. | |
| THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS, | |
| Plaintiff, | |
| vs. | |
| Airline Container Leasing, LLC | Adv. Proc. No. 16-01047 |
| American President Lines, Ltd. | Adv. Proc. No. 16-01048 |
| Atlas Air, Inc. | Adv. Proc. No. 16-01049 |
| Bulloch & Bulloch, Inc. d/b/a J&P Hall Express | Adv. Proc. No. 16-01050 |
| Canuck Inc. d/b/a The Delivery People | Adv. Proc. No. 16-01051 |
| Cargo Airport Services USA LLC | Adv. Proc. No. 16-01053 |
| Crowley Logistics, Inc. | Adv. Proc. No. 16-01054 |
| Dassault Falcon Jet Corp. *et al*. | Adv. Proc. No. 16-01055 |
| Delta Airlines, Inc. | Adv. Proc. No. 16-01056 |
| Esecurity Solutions, LLC | Adv. Proc. No. 16-01057 |
| Forward Air, Inc. | Adv. Proc. No. 16-01058 |
| Freight Force, Inc. | Adv. Proc. No. 16-01059 |
| Gama Aviation LLC | Adv. Proc. No. 16-01060 |
| Global Crossing Communications, Inc. | Adv. Proc. No. 16-01061 |
| Golden State Container, Inc. | Adv. Proc. No. 16-01062 |
| Heavyweight Air Express, LLC | Adv. Proc. No. 16-01064 |
| Kalitta Air, LLC | Adv. Proc. No. 16-01065 |
| Maersk Agency U.S.A. Inc. | Adv. Proc. No. 16-01067 |
| Maersk Line, Ltd. | Adv. Proc. No. 16-01068 |
| Microsoft Licensing GP | Adv. Proc. No. 16-01069 |
| Pacific Air Cargo | Adv. Proc. No. 16-01070 |
| Pro-Line Embroidery, L.L.C | Adv. Proc. No. 16-01071 |
| Regency Dulles, LLC | Adv. Proc. No. 16-01072 |
| Silk Way Airlines USA, Inc. d/b/a Eurasian Air Cargo USA | Adv. Proc. No. 16-01073 |
| Southern Counties Terminals d/b/a Griley Air Flight SSA Cooper, LLC | Adv. Proc. No. 16-01074 |
| United Airlines, Inc. | Adv. Proc. No. 16-01075 |

| | |
|---|---|
| Universal Specialized, Inc. d/b/a Universal Logistics Solutions, Inc.<br>United States<br>American Express Travel Related Services Company, Inc.<br><br>Defendants. | Adv. Proc. No. 16-01076<br>Adv. Proc. No. 16-01077<br><br>Adv. Proc. No. 16-01078<br>Adv. Proc. No. 16-01079 |

## AFFIDAVIT OF SERVICE

Denise A. Harris, being duly sworn, affirms, deposes and says:

I am over the age of eighteen years, am employed by Pachulski Stang Ziehl & Jones LLP and am not a party to the action herein.

On March 30, 2017, I caused the Notice of Extension of Time to Serve Complaints and The Proposed Order Granting Motion of Official Committee of Unsecured Creditors for Entry of an Order Extending Deadline to Effect Service of Process for Avoidance Actions to be served upon the parties listed in the annexed Service Lists, by first class mail, postage prepaid, by the United States Postal Service.

*/s/ Denise A. Harris*
Denise A. Harris

SWORN TO AND SUBSCRIBED before me this
30th day of March, 2017

*/s/ G. Karen Brown*
G. KAREN BROWN
NOTARY PUBLIC, STATE OF NEW YORK
Registration No. 01BR6159074
Qualified in Queens County
Commission Expires January 16, 2019

# SERVICE LIST

**American Express Travel Related Services Company, Inc.**

Darryl S. Laddin, Esq.
Arnall Golden Gregory LLP
171 17th Street, NW
Suite 2100
Atlanta, GA 30363
Tel: (404) 873-8120
Fax : (404) 873-8121
Email: bkrfilings@agg.com

**Christopher Alf, et al.**

Andrew James Currie, Esq.
Venable, LLP
750 E. Pratt Street
Baltimore, MD 21202
Tel: 410-244-7400 x7603
Email: acurrie@venable.com

Eric Stowe Galler, Esq.
Galler Corporate Law Group
8639B 16th Street
Suite 208
Silver Spring, MD 20910
Tel: 301-728-3850
Fax : 240-638-0938
Email: egaller@gcorplaw.com

Rishi Kapoor, Esq.
Venable LLP
1270 Avenue of the Americas
24th Floor
New York, NY 10020
Tel: 212-307-5500
Fax : 213-307-5598
Email: rkapoor@venable.com

Daniel O'Brien, Esq.
Venable LLP
1201 N. Market Street
Suite 1400
Wilmington, DE 19801
Tel: 302-298-3535
Email: daobrien@venable.com

**United States, on behalf of the Department of Defense, through its agency, Defense Finance and Accounting Services**

United States, on behalf of the Department of Defense, through its agency, Defense Finance and Accounting Services
8899 E 56th Street
Indianapolis, IN 46249

**Universal Specialized, Inc. d/b/a Universal Logistics Solutions, Inc.**

Universal Specialized, Inc.
Attn: Rebecca C. Johnson, Esq.
12755 E. Nine Mile
Warren, MI 48089

**United Airlines, Inc.**

United Airlines, Inc.
c/o CT Corporation System
111 Eighth Avenue
New York, NY 10011

**SSA Cooper, LLC**

SSA Cooper, LLC
c/o Corporation Service Co.
40 Technology Parkway South
Suite 300
Norcorss, GA 30092

**Southern Counties Terminals d/b/a Griley Air Freight**

Southern Counties Terminals
d/b/a Griley Air Freight
Attn: Tom J. Griley, Agent
5341 W 104th Street
Los Angeles, CA 12207

**Silk Way Airlines USA, Inc. d/b/a Eurasian Cargo USA**

Silk Way Airlines USA, Inc.
d/b/a Eurasian Cargo USA
Corporation Service Co.
80 State Street
Albany, NY 12207

**Regency Dulles, LLC**

Regency Dulles, LLC
c/o Corporation Service Co.
2711 Centerville Road, Ste. 400
Wilmington, DE 19808

**Pro-Line Embroidery, L.L.C.**

Pro-Line Embroidery, L.L.C.
Attn: Dennis J. Hogan
5518 Port Royal Road
Springfield, CA 96103

**Pacific Air Cargo, LLC**

Pacific Air Cargo, LLC
c/o Amber Schildman
68867 Guidici Lane
Blairsden, CA 96103

**Microsoft Licensing GP**

Maria Ann Milano, Esq.
Riddell Williams P.S.
1001 4th Ave
Suite 4500
Seattle, WA 98154
Tel: 206-624-3600
Fax : 206-389-1708
Email: mmilano@riddellwilliams.com

Katherine A Seabright , Esq.
Riddell Williams P.S.
1001 4th Ave
Suite 4500
Seattle, WA 98154
Tel: 206-624-3600
Fax : 206-389-1708
Email: kseabright@riddellwilliams.com

**Maersk Line, Limited**

Maersk Line, Limited
150 Fayetteville Street, Box 1011
Raleigh, NC 27601-2957

**Maersk Agency U.S.A. Inc.**

Maersk Agency U.S.A. Inc.
150 Fayetteville Street, Box 1011
Raleigh, NC 27601-2957

**Kalitta Air, LLC**

Kalitta Air, LLC
818 Willow Run Airport
Ypsilanti, MI 48198

**Heavyweight Air Express, LLC**

Heavyweight Air Express, LLC
Attn: Christopher J. Goluba, Agent
399 Wall Street, Unit H
Glendale Heights, IL 60139

**Golden State Container, Inc.**

Golden State Container, Inc.
c/o The Corporation Trust Co.
Corporation Trust Center
1209 Orange Street
Wilmington, DE 19801

**Global Crossing Telecommunications, Inc.**

Global Crossing Telecommunications, Inc.
c/o CT Corporation System
1300 East Ninth Street
Cleveland, OH 06106-0470

**Gama Aviation LLC**

Gama Aviation LLC
c/o Secretary of the State
30 Trinity Street
Hartford, CT 06106-0470

**Freight Force, Inc.**

Freight Force, Inc.
Attn: Chris Coppersmith, Agent
2560 W. Woodland Drive
Anaheim, CA 92801

**Forward Air, Inc.**

Forward Air, Inc.
National Corporate Research, Ltd., Inc.
992 Davidson Drive, Ste. B
Nashville, TN 37205-1051

**Esecurity Solutions, LLC**

Esecurity Solutions, LLC
Attn: Tom Ruffolo, Agent
2280 University Dr
Ste 104
Newport Beach, CA 92660

**Delta Airlines, Inc.**

Delta Airlines, Inc.
c/o Corporation Service Co.
40 Technology Parkway South
Suite 300
Norcross, GA 30092

**Dassault Falcon Jet Corp.**

Dassault Falcon Jet Corp.
c/o Delaware Intercorp, LLC
113 Barksdale Professional Center
Newark, DE 19711-3258

**Crowley Logistics, Inc.**

Crowley Logistics, Inc.
c/o Illinois Corporation Service
80 Adlai Stevenson Drive
Springfield, CT 62703

**Cargo Airport Services USA LLC**

Cargo Airport Services USA LLC
c/o CT Corporation System
1200 South Pine Island Road
Plantation, FL 33324

**Canuck Inc. d/b/a The Delivery People**

Canuck Inc. d/b/a The Delivery People
c/o John Fisher
99-1056 Iwaena Street
Aiea, HI 96701

**Bulloch & Bulloch, Inc.
d/b/a J&P Hall Express**

Bulloch & Bulloch, Inc.
d/b/a J&P Hall Express
Attn: Todd Moore, Registered Agent
309 Cash Memorial Blvd.
Forest Park, GA 30297

**Atlas Air, Inc.**

Jordi Guso
Berger Singerman LLP
1450 Brickell Avenue
Suite 1900
Miami, FL 33131
Tel: 305-755-9500 x4375
Fax : 305-714-4340
Email: jguso@bergersingerman.com

**American President Lines, Ltd.**

American President Lines, Ltd.
c/o Corporation Service Co.
2338 W. Royal Palm Road, Ste. J
Phoenix, AZ 85021

**Airline Container Leasing, LLC**

Airline Container Leasing, LLC
Jamile J. Francis III
300 E. McBee Avenue
Greenville, SC 29601