UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NEW YORK

IN RE:

NATIONAL AIR CARGO, INC.,

      DEBTOR.

CHAPTER 11
CASE NO. 1-14-12414-MJK

**NOTICE OF DEBTOR'S MOTION FOR ORDER EXTENDING DEADLINE
FOR DEBTOR TO FILE ITS SCHEDULES OF ASSETS AND LIABILITIES
AND STATEMENT OF FINANCIAL AFFAIRS**

| | |
|---|---|
| **MOVING PARTY:** | National Air Cargo, Inc. ("Debtor") |
| **HEARING JUDGE, DATE, TIME & PLACE:** | · Before the Honorable Michael J. Kaplan<br>· **October 28, 2014, at 10:00 a.m. ET**<br>· U.S. Bankruptcy Court for the Western District of New York<br>Olympic Towers<br>300 Pearl Street, 3rd Floor<br>Buffalo, New York 14202 |
| **SUPPORTING PAPERS:** | · Motion for Order Extending Deadline for Debtor to File Its Schedules of Assets and Liabilities and Statement of Financial Affairs ("Motion") [Docket No. 7]. |
| **EXAMINATION & COPIES:** | · Copies of the Motion may be obtained by contacting either HARTER SECREST & EMERY LLP at the address and number listed below, or the Court's website via PACER password at http://www.nywb.uscourts.gov. |
| **RESPONSES OR OBJECTIONS:** | · Any responses or objections to the Motion: (i) must be in writing; (ii) conform to the FED. R. BANKR. P. and Local Rules of the Court; and (iii) are due as soon as practicable in accordance with Local Rule 9013-1(B). |

Dated: October 20, 2014
      Buffalo, New York

HARTER SECREST & EMERY LLP

      */s/ John A. Mueller*
Raymond L. Fink, Esq.
John A. Mueller, Esq.
· *Proposed Counsel to Debtor*
12 Fountain Plaza, Suite 400
Buffalo, New York 14203-2293
(716) 853-1616
rfink@hselaw.com
jmueller@hselaw.com