

**Cargolution**
Transitaire International
International Freight Forwarder

Votre Solution Cargo !
Your Cargo Solution !

14-12414

CARGOLUTION ONTARIO INC
7347 KIMBEL ST. STE 201
MISSISSAUGA, ONTARIO
PHONE : (905)-673-5904
FAX : (905)673-3310

# INVOICE:

| Customer: | | INVOICE: | 02005088 |
|---|---|---|---|
| NATIONAL AIR CARGO | | File No: | AI02000912 |
| 350 WINDWARD DRIVE | | Invoice Date: | 14/07/08 |
| ORCHARD PARK, NY | | Invoice Due Date: | 14/08/07 |
| 14127 USA | | GST | 800941452RT |
| | | Page No: | 1 |

**AIR IMPORT SHIPMENT:**

| Shipper: | NATIONAL AIRLINES | Flight: | 356 |
|---|---|---|---|
| Consignee: | SUNWING AIRLINES | Date: | 14/06/18 |
| From: | AL MAKTOUM INT'L-DWC | HAWB No: | 9467057 |
| To: | TORONTO AIRPORT, CANADA | No. of Pieces: | 4 |
| By: | SOCIETE AIR FRANCE | Gross Weight: | 1,113.00 |
| Locn/Gds: | IWD 3103 497CW861 | Charge Weight: | |
| MAWB No: | 057- 2529 1766 | Customs Entry # | |
| Cargo Ctl: | 801P 02002316 | Customs Ref. # | |

| GL Code | Description | GST | PST | Invoice Amount | Cur |
|---|---|---|---|---|---|
| 4040 | WAITING TIME | | | 97.50 | USD |
| 4040 | DELIVERY | | | 167.78 | USD |
| 4112 | HANDLING | | | 45.00 | USD |

FILED NOV - 4 2014 BANKRUPTCY COURT BUFFALO, NY

| | | |
|---|---|---|
| | Total Amount | 310.28 USD |
| | Total GST | USD |
| Payment Due Net 30 Days | Total HST | USD |
| | Total PST | USD |
| All business is conducted under the standard trading conditions of the Canadian Inter. Freight Forwarders Ass. Inc. CIFFA copy available. | Total Invoice | 310.28 USD |

Case 1-14-12414-MJK    Doc 43    Filed 11/04/14    Entered 11/04/14 15:09:34    Desc Main
Document    Page 1 of 13



**Cargolution**
Transitaire International
International Freight Forwarder

Votre Solution Cargo !
Your Cargo Solution !

CARGOLUTION
800 STUART GRAHAM, STE 360
DORVAL, QUEBEC, CANADA, H4Y 1J6
Tel: (514) 636-2576
Fax: (514) 636-8799

# INVOICE:

| Customer: | INVOICE: | 01097902 |
|---|---|---|
| NATIONAL AIR CARGO | File No: | AE01129481 |
| 350 WINDWARD DRIVE | Invoice Date: | 14/10/14 |
| ORCHARD PARK, NY | Invoice Due Date: | 14/11/13 |
| 14127 USA | GST | 885161547RT |
| | PST | 1020404333 |
| | Page No: | 1 |

**AIR EXPORT SHIPMENT:**

| | | | |
|---|---|---|---|
| Shipper: | CANADIAN HELICOPTER LTD | MAWB No: | 020-5542 7481 |
| Ref No: | | HAWB No: | AE01129481 |
| Consignee: | CANADIAN HELICOPTER LTD/MOLSON AIR | Quantity: | 1 |
| From: | DORVAL, QC | Gross Weight: | 204.00 KGS |
| To: | AL MAKTOUM INT'L-DWC | Volume Weight: | 197.50 |
| By: | LUFTHANSA CARGO AG | Charge Weight: | 204.00 |
| Flight: | 479 | Réf. client | |
| Date: | 14/10/03 | | |

| GL Code | Description | GST | PST | Invoice Amount | Cur |
|---|---|---|---|---|---|
| 4020 | AIRFREIGHT TERMINAL/TERM. | | | 748.33 | USD |
| 4020 | NAVCAN FEES | | | 12.78 | USD |
| 4020 | FUEL SURCHARGE | | | 209.90 | USD |
| 4030 | SECURITY SURCHARGE | | | 51.11 | USD |
| 4110 | DOCUMENTATION FEE | | | 50.00 | USD |
| 4040 | PICK-UP | | | 258.00 | USD |
| | DIMS: CM 114 X 114 X 91 (1) | | | | |

Payment Due Net 30 Days

All business is conducted under the standard trading conditions of the
Canadian Inter. Freight Forwarders Ass. Inc. CIFFA copy available.

| | | |
|---|---|---|
| Total Amount | 1,330.12 | USD |
| Total GST | | USD |
| Total HST | | USD |
| Total PST | | USD |
| Total Invoice | 1,330.12 | USD |



**Cargolution**
Transitaire International
International Freight Forwarder

Votre Solution Cargo !
Your Cargo Solution !

CARGOLUTION ONTARIO INC
7347 KIMBEL ST. STE 201
MISSISSAUGA, ONTARIO
PHONE : (905)-673-5904
FAX : (905)673-3310

# INVOICE:

| Customer: | | INVOICE: | 02005220 |
|---|---|---|---|
| NATIONAL AIR CARGO | | File No: | AE02001540 |
| 350 WINDWARD DRIVE | | Invoice Date: | 14/07/31 |
| ORCHARD PARK, NY | | Invoice Due Date: | 14/08/30 |
| 14127 USA | | GST | 800941452RT |
| | | Page No: | 1 |

**AIR EXPORT SHIPMENT:**

| Shipper: | National Airlines c/o | MAWB No: | 014-3105 2254 |
|---|---|---|---|
| Ref No: | 9764258 | HAWB No: | AE02001540 |
| Consignee: | NATIONAL AIRLINES | Quantity: | 1 |
| From: | Toronto | Gross Weight: | 40.00 KGS |
| To: | Orlando, Fl. | Volume Weight: | 85.50 |
| By: | AIR CANADA | Charge Weight: | 85.50 |
| Flight: | 1860 | Réf. client | |
| Date: | 14/07/23 | | |

| GL Code | Description | GST | PST | Invoice Amount | Cur |
|---|---|---|---|---|---|
| 4112 | HANDLING | | | 50.00 | USD |
| 4055 | TERMINAL FEE | | | 35.00 | USD |
| 4040 | PICK-UP | | | 35.95 | USD |
| 4020 | MISCELLANEOUS PACKING | | | 25.00 | USD |
| 4020 | AIRFREIGHT TERMINAL/TERM. | | | 169.87 | USD |

Payment Due Net 30 Days

All business is conducted under the standard trading conditions of the
Canadian Inter. Freight Forwarders Ass. Inc. CIFFA copy available.

| | | |
|---|---|---|
| Total Amount | 315.82 | USD |
| Total GST | | USD |
| Total HST | | USD |
| Total PST | | USD |
| Total Invoice | 315.82 | USD |

Case 1-14-12414-MJK    Doc 43    Filed 11/04/14    Entered 11/04/14 15:09:34    Desc Main
Document    Page 3 of 13



**Cargolution**
Transitaire International
International Freight Forwarder

Votre Solution Cargo !
Your Cargo Solution !

CARGOLUTION ONTARIO INC
7347 KIMBEL ST. STE 201
MISSISSAUGA, ONTARIO
PHONE : (905)-673-5904
FAX : (905)673-3310

# INVOICE:

| **Customer:** | | INVOICE: | 02005215 |
|---|---|---|---|
| NATIONAL AIR CARGO | | File No: | AE02001520 |
| 350 WINDWARD DRIVE | | Invoice Date: | 14/08/01 |
| ORCHARD PARK, NY | | Invoice Due Date: | 14/08/31 |
| 14127  USA | | GST | 800941452RT |
| | | Page No: | 1 |

**AIR EXPORT SHIPMENT:**

| Shipper: | SUNWING AIRLINES | MAWB No: | 016-0990 3913 |
|---|---|---|---|
| Ref No: | | HAWB No: | AE02001520 |
| Consignee: | NATIONAL AIRLINES | Quantity: | 1 |
| From: | Toronto | Gross Weight: | 3.00 KGS |
| To: | Buffalo | Volume Weight: | 6.50 |
| By: | UNITED AIRLINE | Charge Weight: | 6.50 |
| Flight: | | Réf. client | |
| Date: | 00/00/00 | | |

| GL Code | Description | GST | PST | Invoice Amount | Cur |
|---|---|---|---|---|---|
| 4112 | HANDLING | | | 50.00 | USD |
| 4055 | TERMINAL FEE | | | 35.00 | USD |
| 4040 | PICK-UP | | | 30.00 | USD |
| 4020 | AIRFREIGHT TERMINAL/TERM. | | | 75.00 | USD |
| 4020 | MISCELLANEOUS SURCHARGES | | | 30.00 | USD |

Payment Due Net 30 Days

All business is conducted under the standard trading conditions of the Canadian Inter. Freight Forwarders Ass. Inc. CIFFA copy available.

| | | |
|---|---|---|
| Total Amount | 220.00 | USD |
| Total GST | | USD |
| Total HST | | USD |
| Total PST | | USD |
| Total Invoice | 220.00 | USD |



**Cargolution**
Transitaire International
International Freight Forwarder

Votre Solution Cargo !
Your Cargo Solution !

CARGOLUTION ONTARIO INC
7347 KIMBEL ST. STE 201
MISSISSAUGA, ONTARIO
PHONE : (905)-673-5904
FAX : (905)673-3310

# INVOICE:

| Customer: | | INVOICE: | 02005214 |
|---|---|---|---|
| NATIONAL AIR CARGO | | File No: | AE02001517 |
| 350 WINDWARD DRIVE | | Invoice Date: | 14/07/31 |
| ORCHARD PARK, NY | | Invoice Due Date: | 14/08/30 |
| 14127  USA | | GST | 800941452RT |
| | | Page No: | 1 |

| AIR EXPORT SHIPMENT: | | | |
|---|---|---|---|
| Shipper: | SUNWING AIRLINES | MAWB No: | 014-3105 2173 |
| Ref No: | | HAWB No: | AE02001517 |
| Consignee: | NATIONAL AIRLINES | Quantity: | 1 |
| From: | Toronto | Gross Weight: | 57.00 KGS |
| To: | Los Angeles | Volume Weight: | 130.00 |
| By: | AIR CANADA | Charge Weight: | 130.00 |
| Flight: | 787 | Réf. client | |
| Date: | 14/07/15 | | |

| GL Code | Description | GST | PST | Invoice Amount | Cur |
|---|---|---|---|---|---|
| 4112 | HANDLING | | | 50.00 | USD |
| 4040 | PICK-UP | | | 115.88 | USD |
| 4020 | AIRFREIGHT TERMINAL/TERM. | | | 250.90 | USD |
| 4020 | MISCELLANEOUS | | | 83.20 | USD |

Payment Due Net 30 Days

All business is conducted under the standard trading conditions of the
Canadian Inter. Freight Forwarders Ass. Inc. CIFFA copy available.

| | | |
|---|---:|---|
| Total Amount | 499.98 | USD |
| Total GST | | USD |
| Total HST | | USD |
| Total PST | | USD |
| Total Invoice | 499.98 | USD |



**Cargolution**
Transitaire International
International Freight Forwarder

Votre Solution Cargo !
Your Cargo Solution !

CARGOLUTION ONTARIO INC
7347 KIMBEL ST. STE 201
MISSISSAUGA, ONTARIO
PHONE : (905)-673-5904
FAX : (905)673-3310

# INVOICE:

| **Customer:** | | **INVOICE:** | 02005183 |
|---|---|---|---|
| NATIONAL AIR CARGO | | File No: | AE02001487 |
| 350 WINDWARD DRIVE | | Invoice Date: | 14/07/22 |
| ORCHARD PARK, NY | | Invoice Due Date: | 14/08/21 |
| 14127  USA | | GST | 800941452RT |
| | | Page No: | 1 |

**AIR EXPORT SHIPMENT:**

| **Shipper:** | NATIONAL AIRLINES | **MAWB No:** | 014-3105 2136 |
|---|---|---|---|
| **Ref No:** | 9764139 | **HAWB No:** | AE02001487 |
| **Consignee:** | NATIONAL AIRLINES | **Quantity:** | 1 |
| **From:** | Toronto | **Gross Weight:** | 3.00 KGS |
| **To:** | MIAMI | **Volume Weight:** | 9.50 |
| **By:** | AIR CANADA | **Charge Weight:** | 9.50 |
| **Flight:** | 916 | **Réf. client** | |
| **Date:** | 14/07/01 | | |

| GL Code | Description | GST | PST | Invoice Amount | Cur |
|---|---|---|---|---|---|
| 4040 | PICK-UP | | | 30.00 | USD |
| 4112 | HANDLING | | | 50.00 | USD |
| 4055 | TERMINAL FEE | | | 35.00 | USD |
| 4020 | AIRFREIGHT TERMINAL/TERM. | | | 81.50 | USD |

| | | |
|---|---|---|
| | Total Amount | 196.50 USD |
| Payment Due Net 30 Days | Total GST | USD |
| | Total HST | USD |
| | Total PST | USD |
| All business is conducted under the standard trading conditions of the Canadian Inter. Freight Forwarders Ass. Inc. CIFFA copy available. | Total Invoice | 196.50 USD |



**Cargolution**
Transitaire International
International Freight Forwarder

Votre Solution Cargo !
Your Cargo Solution !

CARGOLUTION ONTARIO INC
7347 KIMBEL ST. STE 201
MISSISSAUGA, ONTARIO
PHONE : (905)-673-5904
FAX : (905)673-3310

# INVOICE:

| **Customer:** | | INVOICE: | 02005100 |
|---|---|---|---|
| NATIONAL AIR CARGO | | File No: | AI02000934 |
| 350 WINDWARD DRIVE | | Invoice Date: | 14/07/08 |
| ORCHARD PARK, NY | | Invoice Due Date: | 14/08/07 |
| 14127  USA | | GST | 800941452RT |
| | | Page No: | 1 |

**AIR IMPORT SHIPMENT:**

| | | | |
|---|---|---|---|
| Shipper: | UNICAL AVIATION | Flight: | 790 |
| Consignee: | SUNWING AIRLINES | Date: | 14/07/04 |
| From: | Los Angeles | HAWB No: | 9764159 |
| To: | TORONTO AIRPORT, CANADA | No. of Pieces: | 1 |
| By: | AIR CANADA | Gross Weight: | 5.00 |
| Locn/Gds: | AIR CANADA YYZ sub loc 3074 | Charge Weight: | |
| MAWB No: | 014- 0183 8911 | Customs Entry # | |
| Cargo Ctl: | 014- 0183 8911 | Customs Ref. # | 9764159 |

| GL Code | Description | GST | PST | Invoice Amount | Cur |
|---|---|---|---|---|---|
| 4055 | TERMINAL FEE | | | 75.00 | USD |
| 4112 | HANDLING | | | 75.00 | USD |
| 4110 | DOCUMENTATION FEE | | | 45.00 | USD |
| 4040 | DELIVERY | | | 98.16 | USD |

Payment Due Net 30 Days

All business is conducted under the standard trading conditions of the
Canadian Inter. Freight Forwarders Ass. Inc. CIFFA copy available.

| | | |
|---|---|---|
| Total Amount | 293.16 | USD |
| Total GST | | USD |
| Total HST | | USD |
| Total PST | | USD |
| Total Invoice | 293.16 | USD |



**Cargolution**
Transitaire International
International Freight Forwarder

Votre Solution Cargo !
Your Cargo Solution !

CARGOLUTION ONTARIO INC
7347 KIMBEL ST. STE 201
MISSISSAUGA, ONTARIO
PHONE : (905)-673-5904
FAX : (905)673-3310

# INVOICE:

| Customer: | INVOICE: | 02005099 |
|---|---|---|
| NATIONAL AIR CARGO | File No: | AI02000933 |
| 350 WINDWARD DRIVE | Invoice Date: | 14/07/08 |
| ORCHARD PARK, NY | Invoice Due Date: | 14/08/07 |
| 14127 USA | GST | 800941452RT |
| | Page No: | 1 |

**AIR IMPORT SHIPMENT:**

| Shipper: | UNICAL AVIATION | Flight: | 790 |
|---|---|---|---|
| Consignee: | SUNWING AIRLINES | Date: | 14/07/04 |
| From: | Los Angeles | HAWB No: | 9764158 |
| To: | TORONTO AIRPORT, CANADA | No. of Pieces: | 1 |
| By: | AIR CANADA | Gross Weight: | 5.00 |
| Locn/Gds: | AIR CANADA YYZ sub loc 3074 | Charge Weight: | |
| MAWB No: | 014- 0183 7780 | Customs Entry # | |
| Cargo Ctl: | 014- 0183 7780 | Customs Ref. # | 9764158 |

| GL Code | Description | GST | PST | Invoice Amount | Cur |
|---|---|---|---|---|---|
| 4055 | TERMINAL FEE | | | 75.00 | USD |
| 4112 | HANDLING | | | 75.00 | USD |
| 4110 | DOCUMENTATION FEE | | | 45.00 | USD |
| 4040 | DELIVERY | | | 98.16 | USD |

Payment Due Net 30 Days

All business is conducted under the standard trading conditions of the
Canadian Inter. Freight Forwarders Ass. Inc. CIFFA copy available.

| | | |
|---|---|---|
| Total Amount | 293.16 | USD |
| Total GST | | USD |
| Total HST | | USD |
| Total PST | | USD |
| Total Invoice | 293.16 | USD |



**Cargolution**
Transitaire International
International Freight Forwarder

Votre Solution Cargo !
Your Cargo Solution !

CARGOLUTION ONTARIO INC
7347 KIMBEL ST. STE 201
MISSISSAUGA, ONTARIO
PHONE : (905)-673-5904
FAX : (905)673-3310

# INVOICE:

| Customer: | INVOICE: | 02005094 |
|---|---|---|
| NATIONAL AIR CARGO | File No: | AI02000923 |
| 350 WINDWARD DRIVE | Invoice Date: | 14/07/08 |
| ORCHARD PARK, NY | Invoice Due Date: | 14/08/07 |
| 14127  USA | GST | 800941452RT |
|  | Page No: | 1 |

**AIR IMPORT SHIPMENT:**

| | | | | |
|---|---|---|---|---|
| Shipper: | AVOCET AVIATION SERVICES | Flight: | 1865 | |
| Consignee: | SUNWING AIRLINES | Date: | 14/06/25 | |
| From: | Orlando, Fl. | HAWB No: | 9764102 | |
| To: | TORONTO AIRPORT, CANADA | No. of Pieces: | 1 | |
| By: | AIR CANADA | Gross Weight: | 5.00 | |
| Locn/Gds: | IWD 3103 497CW861 | Charge Weight: | | |
| MAWB No: | 014- 6862 7182 | Customs Entry # | | |
| Cargo Ctl: | 801P 02002332 | Customs Ref. # | | |

| GL Code | Description | GST | PST | Invoice Amount | Cur |
|---|---|---|---|---|---|
| 4055 | TERMINAL FEE | | | 75.00 | USD |
| 4112 | HANDLING | | | 35.00 | USD |
| 4110 | DOCUMENTATION FEE | | | 45.00 | USD |
| 4040 | DELIVERY | | | 30.00 | USD |

|  |  |  |  |
|---|---|---|---|
|  | Total Amount | 185.00 | USD |
|  | Total GST |  | USD |
| Payment Due Net 30 Days | Total HST |  | USD |
|  | Total PST |  | USD |
| All business is conducted under the standard trading conditions of the Canadian Inter. Freight Forwarders Ass. Inc. CIFFA copy available. | Total Invoice | 185.00 | USD |



**Cargolution**
Transitaire International
International Freight Forwarder

Votre Solution Cargo !
Your Cargo Solution !

CARGOLUTION ONTARIO INC
7347 KIMBEL ST. STE 201
MISSISSAUGA, ONTARIO
PHONE : (905)-673-5904
FAX : (905)673-3310

# INVOICE:

| **Customer:** | | **INVOICE:** | 02005098 |
|---|---|---|---|
| NATIONAL AIR CARGO | | File No: | AI02000932 |
| 350 WINDWARD DRIVE | | Invoice Date: | 14/07/08 |
| ORCHARD PARK, NY | | Invoice Due Date: | 14/08/07 |
| 14127  USA | | GST | 800941452RT |
| | | Page No: | 1 |

**AIR IMPORT SHIPMENT:**

| Shipper: | UNICAL AVIATION | Flight: | 790 |
|---|---|---|---|
| Consignee: | SUNWING AIRLINES | Date: | 14/07/01 |
| From: | Los Angeles | HAWB No: | 9764141 |
| To: | TORONTO AIRPORT, CANADA | No. of Pieces: | 1 |
| By: | AIR CANADA | Gross Weight: | 1.00 |
| Locn/Gds: | AIR CANADA YYZ sub loc 3074 | Charge Weight: | |
| MAWB No: | 014- 6862 7193 | Customs Entry # | |
| Cargo Ctl: | 014- 6862 7193 | Customs Ref. # | |

| GL Code | Description | GST | PST | Invoice Amount | Cur |
|---|---|---|---|---|---|
| 4055 | TERMINAL FEE | | | 75.00 | USD |
| 4112 | HANDLING | | | 35.00 | USD |
| 4110 | DOCUMENTATION FEE | | | 45.00 | USD |
| 4040 | DELIVERY | | | 30.00 | USD |

Payment Due Net 30 Days

All business is conducted under the standard trading conditions of the
Canadian Inter. Freight Forwarders Ass. Inc. CIFFA copy available.

| | | |
|---|---|---|
| Total Amount | 185.00 | USD |
| Total GST | | USD |
| Total HST | | USD |
| Total PST | | USD |
| Total Invoice | 185.00 | USD |



**Cargolution**
Transitaire International
International Freight Forwarder

Votre Solution Cargo !
Your Cargo Solution !

CARGOLUTION ONTARIO INC
7347 KIMBEL ST. STE 201
MISSISSAUGA, ONTARIO
PHONE : (905)-673-5904
FAX : (905)673-3310

# INVOICE:

| **Customer:**<br>NATIONAL AIR CARGO<br>350 WINDWARD DRIVE<br>ORCHARD PARK, NY<br>14127  USA | **INVOICE:** 02005097<br>**File No:** AI02000930<br>**Invoice Date:** 14/07/08<br>**Invoice Due Date:** 14/08/07<br>**GST** 800941452RT<br><br>**Page No:** 1 |
|---|---|

| **AIR IMPORT SHIPMENT:** | | | |
|---|---|---|---|
| **Shipper:** | PALM AEROSPACE | **Flight:** | |
| **Consignee:** | SUNWING AIRLINES | **Date:** | 00/00/00 |
| **From:** | Tampa | **HAWB No:** | 9764145 |
| **To:** | TORONTO AIRPORT, CANADA | **No. of Pieces:** | 1 |
| **By:** | AMERICAN AIRLINES | **Gross Weight:** | 13.00 |
| **Locn/Gds:** | CAS YYZ SUB 4718 | **Charge Weight:** | |
| **MAWB No:** | 001- 2291 7053 | **Customs Entry #** | |
| **Cargo Ctl:** | 001- 2291 7053 | **Customs Ref. #** | |

| GL Code | Description | GST | PST | Invoice Amount | Cur |
|---|---|---|---|---|---|
| 4055 | TERMINAL FEE | | | 75.00 | USD |
| 4110 | DOCUMENTATION FEE | | | 45.00 | USD |
| 4040 | DELIVERY | | | 98.16 | USD |
| 4040 | DELIVERY | | | 98.16 | USD |

|  | Total Amount | 316.32 | USD |
|---|---|---|---|
| | Total GST | | USD |
| Payment Due Net 30 Days | Total HST | | USD |
| | Total PST | | USD |
| All business is conducted under the standard trading conditions of the<br>Canadian Inter. Freight Forwarders Ass. Inc. CIFFA copy available. | Total Invoice | 316.32 | USD |



**Cargolution**
Transitaire International
International Freight Forwarder

Votre Solution Cargo !
Your Cargo Solution !

CARGOLUTION ONTARIO INC
7347 KIMBEL ST. STE 201
MISSISSAUGA, ONTARIO
PHONE : (905)-673-5904
FAX : (905)673-3310

# INVOICE:

| **Customer:** NATIONAL AIR CARGO<br>350 WINDWARD DRIVE<br>ORCHARD PARK, NY<br>14127 USA | **INVOICE:** 02005093<br>**File No:** AI02000921<br>**Invoice Date:** 14/07/08<br>**Invoice Due Date:** 14/08/07<br>**GST** 800941452RT<br><br>**Page No:** 1 |
|---|---|

| **AIR IMPORT SHIPMENT:** | | | |
|---|---|---|---|
| **Shipper:** | WORTHINGTON AV - FL | **Flight:** | 1610 |
| **Consignee:** | SUNWING AIRLINES | **Date:** | 14/06/24 |
| **From:** | Orlando, Fl. | **HAWB No:** | 9764105 |
| **To:** | TORONTO AIRPORT, CANADA | **No. of Pieces:** | 1 |
| **By:** | AMERICAN AIRLINES | **Gross Weight:** | 5.00 |
| **Locn/Gds:** | CAS YYZ SUB 4718 | **Charge Weight:** | |
| **MAWB No:** | 001- 3934 3220 | **Customs Entry #** | |
| **Cargo Ctl:** | 001- 3934 3220 | **Customs Ref. #** | |

| GL Code | Description | GST | PST | Invoice Amount | Cur |
|---|---|---|---|---|---|
| 4055 | TERMINAL FEE | | | 75.00 | USD |
| 4112 | HANDLING | | | 35.00 | USD |
| 4110 | DOCUMENTATION FEE | | | 45.00 | USD |
| 4040 | DELIVERY | | | 30.00 | USD |

Payment Due Net 30 Days

All business is conducted under the standard trading conditions of the
Canadian Inter. Freight Forwarders Ass. Inc. CIFFA copy available.

| | | |
|---|---|---|
| Total Amount | 185.00 | USD |
| Total GST | | USD |
| Total HST | | USD |
| Total PST | | USD |
| Total Invoice | 185.00 | USD |



**Cargolution**
Transitaire International
International Freight Forwarder

Votre Solution Cargo !
Your Cargo Solution !

CARGOLUTION ONTARIO INC
7347 KIMBEL ST. STE 201
MISSISSAUGA, ONTARIO
PHONE : (905)-673-5904
FAX : (905)673-3310

# INVOICE:

| **Customer:** | | INVOICE: | 02005084 |
|---|---|---|---|
| NATIONAL AIR CARGO | | File No: | RI02000653 |
| 350 WINDWARD DRIVE | | Invoice Date: | 14/07/08 |
| ORCHARD PARK, NY | | Invoice Due Date: | 14/08/07 |
| 14127  USA | | GST | 800941452RT |
| | | Page No: | 1 |

| **ROAD IMPORT SHIPMENT:** | | | |
|---|---|---|---|
| Shipper | TORONTO AVIALL | Date: | 00/00/00 |
| Consignee: | SUNWING AIRLINES | ProBill No: | |
| From: | | HAWB No: | 9764086 |
| To: | | No. Pieces: | 2 |
| By: | | Gross Weight: | 55.00KGS |
| # Ref. | | Volume Weight: | KGS |
| Locn/Gds: | | Customs Entry # | |
| Cargo Ctl: | | | |

| GL Code | Description | GST | PST | Invoice Amount | Cur |
|---|---|---|---|---|---|
| 4040 | DELIVERY | | | 83.89 | USD |

| | | |
|---|---|---|
| | Total Amount | 83.89 USD |
| | Total GST | USD |
| Payment Due Net 30 Days | Total HST | USD |
| | Total PST | USD |
| All business is conducted under the standard trading conditions of the Canadian Inter. Freight Forwarders Ass. Inc. CIFFA copy available. | Total Invoice | 83.89 USD |