UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NEW YORK

IN RE:

NATIONAL AIR CARGO, INC.,

DEBTOR.

CHAPTER 11
CASE NO. 1-14-12414-MJK

**NOTICE OF DEBTOR'S MOTION FOR ORDER (I) PROHIBITING UTILITY PROVIDERS FROM ALTERING, REFUSING, OR DISCONTINUING UTILITY SERVICES, (II) APPROVING THE DEBTOR'S PROPOSED FORM OF ADEQUATE ASSURANCE AND (III) ESTABLISHING PROCEDURES FOR RESOLVING OBJECTIONS THERETO BY UTILITY PROVIDERS**

| | |
|---|---|
| **MOVING PARTY:** | National Air Cargo, Inc. ("Debtor") |
| **HEARING JUDGE, DATE, TIME & PLACE:** | · Before the Honorable Michael J. Kaplan<br>· **November 18, 2014, at 2:00 p.m. ET**<br>U.S. Bankruptcy Court for the Western District of New York<br>Olympic Towers<br>300 Pearl Street, 3rd Floor<br>Buffalo, New York 14202 |
| **SUPPORTING PAPERS:** | · Motion for Order: (I) Prohibiting Utility Providers From Altering, Refusing or Discontinuing Utility Services; (II) Approving the Debtor's Proposed Adequate Assurance; and (iii) Establishing Procedures for Resolving Objections Thereto by Utility Providers ("Motion"). |
| **EXAMINATION & COPIES:** | · Copies of the Motion may be obtained by contacting either HARTER SECREST & EMERY LLP at the address and number listed below, or the Court's website via PACER password at http://www.nywb.uscourts.gov. |
| **RESPONSES OR OBJECTIONS:** | · Any responses or objections to the Motion: (i) must be in writing; (ii) conform to the FED. R. BANKR. P. and Local Rules of the Court; and (iii) are due as soon as practicable in accordance with Local Rule 9013-1(B). |

Dated: November 6, 2014       **HARTER SECREST & EMERY LLP**
    Buffalo, New York

    */s/ John A. Mueller*
Raymond L. Fink, Esq.
John A. Mueller, Esq.
· *Proposed Counsel to Debtor*
12 Fountain Plaza, Suite 400
Buffalo, New York 14203-2293
(716) 853-1616
rfink@hselaw.com
jmueller@hselaw.com

3636829_1
Case 1-14-12414-MJK    Doc 45-3    Filed 11/06/14    Entered 11/06/14 17:56:32    Desc
Notice    Page 2 of 2