UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NEW YORK
In Re: Case No. 14-12414-MJK

NATIONAL AIR CARGO, INC. Chapter 11

Debtor
_____

# APPOINTMENT OF COMMITTEE OF UNSECURED CREDITORS

Pursuant to §1102 of the Bankruptcy Code, the following creditors of the above entitled Debtor, being among the largest unsecured claimants and being willing to serve, are hereby appointed to the Official Committee of Unsecured Creditors:

| | |
|---|---|
| Warren Guthrie<br>Guthrie Trucking<br>2208 Cambridge Downs Drive<br>Morehead City NC 28557<br>Tel: (252) 247-1874<br>E-Mail: warren@guthrietransport.com | Brad Caracciola<br>Ground Force Ltd.<br>231 West 29th Street<br>Suite 1206<br>New York, NY 10001<br>Tel: (212) 964-4700<br>E-Mail: bradc@groundforcelogistics.com |
| John McLaughlin<br>DC Dyna, Inc.<br>d/b/a Cavalier Logistics<br>48085 Old Ox Road<br>Dulles VA 20166<br>Tel: (703) 733-4010<br>E-Mail: jmclaughlin@cavlog.com | David Cahill<br>c/o Key Air LLC<br>P. O. Box 10264<br>Uniondale, NY 11555<br>Telephone: (203) 264-0605<br>Email: dcahill@keyair.com |
| | Jacob Hodges<br>Global BTG<br>P. O. BOX: 12021<br>Wilshire Blvd. #381<br>Los Angeles, CA 90025<br>Telephone: (805) 405-9211<br>Email: jacob@globalbtg.com |

Dated: November 7, 2014
Buffalo, New York

Respectfully submitted,
William K. Harrington
UNITED STATES TRUSTEE

By: ___/s/ Jospeh W. Allen___
Joseph W. Allen, Esq.
ASSISTANT UNITED STATES TRUSTEE
300 Pearl Street, Suite 401
Buffalo, New York 14202
Telephone: (716) 551-5541