UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NEW YORK

---

IN RE:

NATIONAL AIR CARGO, INC.,
    DEBTOR.

CHAPTER 11
CASE NO. 1-14-12414

---

### ORDER SHORTENING TIME, PRESCRIBING NOTICE AND SCHEDULING AN EXPEDITED HEARING FOR DEBTOR'S MOTION FOR ENTRY OF ORDER PURSUANT TO 11 U.S.C. §§ 105(a) AND 363(b) AUTHORIZING BUT NOT DIRECTING DEBTOR TO PAY PRE-PETITION CLAIMS OF CERTAIN CRITICAL VENDORS

Upon the *ex parte* motion of National Air Cargo, Inc., as debtor and debtor-in-possession ("Debtor"), for an Order shortening time, prescribing notice and scheduling an expedited hearing to consider the Debtor's Critical Vendor Motion [Docket No. _____][1]; and it appearing that this Court has jurisdiction to consider the Motion pursuant to 28 U.S.C. §§ 157 and 1334, this matter is a core proceeding pursuant to 28 U.S.C. § 157(b), and this Court is the proper venue for this proceeding pursuant to 28 U.S.C. §§ 1408 and 1409; and this Court having determined that the relief requested in the Motion is in the best interests of the Debtor, its estate, its creditors and other parties in interest; and after due deliberation thereon; and good and sufficient cause appearing therefore;

IT IS HEREBY ORDERED THAT:

1.     The Motion is GRANTED as set forth herein.

2.     The hearing on the Critical Vendor Motion shall be held on **November 18, 2014**, at **2:00** a.m. / ~~p.m.~~ or as soon thereafter as counsel can be heard, before the Honorable

---

[1] All capitalized terms used but otherwise not defined herein have the meaning set forth in the Critical Vendor Motion.

Michael J. Kaplan, at the U.S. Bankruptcy Court for the Western District of New York, Third Floor, Olympic Towers, 300 Pearl Street, Buffalo, New York 14202 ("Bankruptcy Court").

3. Any objections or responses to the Critical Vendor Motion must be filed with the Bankruptcy Court and served upon HARTER SECREST & EMERY LLP, Attn: Raymond L. Fink, 12 Fountain Plaza, Suite 400, Buffalo, New York 14202, as soon as practicable prior to the hearing date in accordance with LOCAL RULE 9013-1(B).

4. Service of this Order, the Critical Vendor Motion, and all supporting papers must be made by facsimile transmission, email, personal delivery, or priority overnight courier, sent **on or before 3:00 p.m. on November 11**, 2014, on the following: (i) Office of the U.S. Trustee for the Western District of New York; (ii) parties who have filed a notice of appearance in this case; (iii) parties included on the Debtor's List of Creditors Holding Twenty (20) Largest Unsecured Claims; and (iv) parties included on the list attached hereto as **Exhibit A**.

5. This Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation and enforcement of this Order.

Dated: November 10, 2014
Buffalo, New York

_____
HONORABLE MICHAEL J. KAPLAN
U.S. BANKRUPTCY JUDGE



3646402_1