UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NEW YORK

In re National Air Cargo, Inc.
Debtor

Case No. 1-14-12414
Reporting Period: October 18-31, 2014

Federal Tax I.D. # 72-1527000

## CORPORATE MONTHLY OPERATING REPORT

**File with the Court and submit a copy to the United States Trustee within 20 days after the end of the month and submit a copy of the report to any official committee appointed in the case.**
*(Reports for Rochester and Buffalo Divisions of Western District of New York are due 15 days after the end of the month, as are the reports for Southern District of New York.)*

| REQUIRED DOCUMENTS | Form No. | Document Attached | Explanation Attached |
|---|---|---|---|
| Schedule of Cash Receipts and Disbursements | MOR-1 | X | |
| Bank Reconciliation (or copies of debtor's bank reconciliations) | MOR-1 (CON'T) | | |
| Copies of bank statements | | X | |
| Cash disbursements journals | | | |
| Statement of Operations | MOR-2 | X | |
| Balance Sheet | MOR-3 | X | |
| Status of Post-petition Taxes | MOR-4 | | |
| Copies of IRS Form 6123 or payment receipt | | | |
| Copies of tax returns filed during reporting period | | | |
| Summary of Unpaid Post-petition Debts | MOR-4 | | |
| Listing of Aged Accounts Payable | | | |
| Accounts Receivable Reconciliation and Aging | MOR-5 | | |
| Taxes Reconciliation and Aging | MOR-5 | | |
| Payments to Insiders and Professional | MOR-6 | X | |
| Post Petition Status of Secured Notes, Leases Payable | MOR-6 | X | |
| Debtor Questionnaire | MOR-7 | X | |

I declare under penalty of perjury (28 U.S.C. Section 1746) that this report and the attached documents are true and correct to the best of my knowledge and belief.

Signature of Debtor ______________________ Date 11/26/2014

Signature of Authorized Individual* [signature] Date ______

Printed Name of Authorized Individual Brian T Conaway Date ______

*Authorized individual must be an officer, director or shareholder if debtor is a corporation; a partner if debtor is a partnership; a manager or member if debtor is a limited liability company.

| In re National Air Cargo, Inc. | Case No. 1-14-12414 |
|---|---|
| Debtor | Reporting Period: October 18-31, 2014 |

**THE FOLLOWING SECTION MUST BE COMPLETED**

**DISBURSEMENTS FOR CALCULATING U.S. TRUSTEE QUARTERLY FEES: (FROM CURRENT MONTH ACTUAL COLUMN)**

| | |
|---|---|
| **TOTAL DISBURSEMENTS** | 1,631,114.63 |
| LESS: TRANSFERS TO OTHER DEBTOR IN POSSESSION ACCOUNTS | - |
| PLUS: ESTATE DISBURSEMENTS MADE BY OUTSIDE SOURCES (i.e. from escrow accounts) | - |
| **TOTAL DISBURSEMENTS FOR CALCULATING U.S. TRUSTEE QUARTERLY FEES** | 1,631,114.63 |

**National Air Cargo, Inc.**
**Statement of Income (Unaudited)**
**For the month ended October 31, 2014**

| | Monthly | YTD |
|---|---|---|
| Revenues | $ 3,098,490 | $69,933,183 |
| Cost of Sales | 2,516,009 | 54,347,326 |
| Gross profit | 582,481 | 15,585,857 |
| **Operating Expense** | | |
| Selling Expense | 79,191 | 752,314 |
| General and Administrative Expense | 352,287 | 6,736,313 |
| Total Operating Expense | 431,478 | 7,488,627 |
| Income from Operations | 151,003 | 8,097,230 |
| **Other Income (Expense)** | | |
| Interest (expense) income | 18 | 311 |
| Foreign Currency Transaction Losses | (832) | (5,849) |
| Other (expense) income, net | 1,020 | 24,411 |
| Total Other Income | 206 | 18,873 |
| Income before provision for income tax | 151,209 | 8,116,103 |
| Provision for income tax | 9 | 6,489 |
| Net Income | $ 151,200 | $ 8,109,614 |

**National Air Cargo, Inc.**
**Balance Sheet (Unaudited)**
**As of October 31, 2014 and September 30, 2014, respectively**

| | October 31, 2014 | September 30 , 2014 |
|---|---|---|
| **Assets** | | |
| Current assets | | |
| Cash and cash equivalents | $ 150,517 | $ (24,866) |
| Accounts receivable - trade, net of allowance for bad debt | 1,162,744 | 1,495,302 |
| Prepaid expenses | 323,754 | 366,106 |
| Other current assets | 9,875 | - |
| Total current assets | 1,646,891 | 1,836,542 |
| | | |
| Property, plant and equipment | 2,631,556 | 2,631,556 |
| Accumulated depreciation | (2,122,828) | (2,104,893) |
| Property, plan and equipment, net | 508,728 | 526,663 |
| | | |
| **Other Assets** | | |
| Deposits | 85,683 | 420,203 |
| | | |
| **Total assets** | $ 2,241,302 | $ 2,783,408 |
| | | |
| **Liabilities and Stockholder's Equity** | | |
| Current Liabilities | | |
| Accounts payable - trade | $ 1,617,066 | $ 4,318,181 |
| Accounts payable - affiliate | 10,087,205 | 10,763,141 |
| Accrued expenses | 646,945 | 10,743,411 |
| Accrued wages and payroll taxes | 302,235 | - |
| Total current liabilities | 12,653,452 | 25,824,733 |
| | | |
| Liabilities subject to compromise | 12,477,973 | - |
| | | |
| **Total liabilities** | 25,131,425 | 25,824,733 |
| | | |
| **Stockholder's equity** | | |
| Common stock no par value | 3,000 | 3,000 |
| Additional paid-in capital | 30,322,735 | 30,322,735 |
| Retained deficit | (53,215,859) | (53,367,060) |
| Total stockholder's equity | (22,890,123) | (23,041,325) |
| | | |
| **Total liabilities and stockholder's equity** | $ 2,241,302 | $ 2,783,408 |

In re National Air Cargo, Inc.
Debtor

Case No. 1-14-12414
Reporting Period: October 18-31, 2014

## PAYMENTS TO INSIDERS AND PROFESSIONALS

Of the total disbursements shown on the Cash Receipts and Disbursements Report (MOR-1) list the amount paid to insiders (as defined in Section 101(31) (A)-(F) of the U.S. Bankruptcy Code) and to professionals. For payments to insiders, identify the type of compensation paid (e.g. Salary, Bonus, Commissions, Insurance, Housing Allowance, Travel, Car Allowance, Etc.). Attach additional sheets if necessary.

| INSIDERS | | | |
|---|---|---|---|
| NAME | TYPE OF PAYMENT | AMOUNT PAID | TOTAL PAID TO DATE |
| Christopher Alf | Salary (Post-Petition Only) | 11,538.47 | 11,538.47 |
| Lori Alf | Salary (Post-Petition Only) | 3,461.54 | 3,461.54 |
| Glen Joerger | Salary | 15,230.77 | 15,230.77 |
| Brian Conaway | Salary | 7,307.70 | 7,307.70 |
| Margaret Bradford | Salary | 3,769.24 | 3,769.24 |
| Marc Gonzales | Salary | 2,692.31 | 2,692.31 |
| | | | |
| | | | |
| | TOTAL PAYMENTS TO INSIDERS | 44,000.03 | 44,000.03 |

| PROFESSIONALS | | | | | |
|---|---|---|---|---|---|
| NAME | DATE OF COURT ORDER AUTHORIZING PAYMENT | AMOUNT APPROVED | AMOUNT PAID | TOTAL PAID TO DATE | TOTAL INCURRED & UNPAID* |
| None | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | TOTAL PAYMENTS TO PROFESSIONALS | | | | |

* INCLUDE ALL FEES INCURRED, BOTH APPROVED AND UNAPPROVED

### POST-PETITION STATUS OF SECURED NOTES, LEASES PAYABLE AND ADEQUATE PROTECTION PAYMENTS

| NAME OF CREDITOR | SCHEDULED MONTHLY PAYMENT DUE | AMOUNT PAID DURING MONTH | TOTAL UNPAID POST-PETITION |
|---|---|---|---|
| Central Park Management LLC | 1,696.00 | 1,696.00 | 1,696.00 |
| ComDoc, Inc. | Depends on usage | - | - |
| Mizner Park Office Plaza | 5,132.16 | 5,132.16 | - |
| Signature Flight Support Corporation | 6,721.25 | - | - |
| Windward Drive Lot 12 LLC | 29,700.00 | NA | NA |
| Braxton Acquisitions, LLC | 140,500.00 | NA | NA |
| LA 45 Equipment, LLC | 26,250.00 | NA | NA |
| | | | |
| | TOTAL PAYMENTS | 6,828.16 | 1,696.00 |

**In re** National Air Cargo, Inc.
**Debtor**

**Case No.** 1-14-12414
**Reporting Period:** October 18-31, 2014

# DEBTOR QUESTIONNAIRE

| | **Must be completed each month. If the answer to any of the questions is "Yes", provide a detailed explanation of each item. Attach additional sheets if necessary.** | **Yes** | **No** |
|---|---|---|---|
| 1 | Have any assets been sold or transferred outside the normal course of business this reporting period? | | **X** |
| 2 | Have any funds been disbursed from any account other than a debtor in possession account this reporting period? | | **X** |
| 3 | Is the Debtor delinquent in the timely filing of any post-petition tax returns? | | **X** |
| 4 | Are workers compensation, general liability or other necessary insurance coverages expired or cancelled, or has the debtor received notice of expiration or cancellation of such policies? | | **X** |
| 5 | Is the Debtor delinquent in paying any insurance premium payment? | | **X** |
| 6 | Have any payments been made on pre-petition liabilities this reporting period? | **X - Per Order** | |
| 7 | Are any post petition receivables (accounts, notes or loans) due from related parties? | **X - Normal course of business** | |
| 8 | Are any post petition payroll taxes past due? | | **X** |
| 9 | Are any post petition State or Federal income taxes past due? | | **X** |
| 10 | Are any post petition real estate taxes past due? | | **X** |
| 11 | Are any other post petition taxes past due? | | **X** |
| 12 | Have any pre-petition taxes been paid during this reporting period? | **X - Per Order** | |
| 13 | Are any amounts owed to post petition creditors delinquent? | | **X** |
| 14 | Are any wage payments past due? | | **X** |
| 15 | Have any post petition loans been been received by the Debtor from any party? | | **X** |
| 16 | Is the Debtor delinquent in paying any U.S. Trustee fees? | | **X** |
| 17 | Is the Debtor delinquent with any court ordered payments to attorneys or other professionals? | | **X** |
| 18 | Have the owners or shareholders received any compensation outside of the normal course of business? | | **X** |

WELLS FARGO

NATIONAL AIR CARGO, INC.
350 WINDWARD DR
ORCHARD PARK NY 14127-1568

W0

**Questions?**

Call your Customer Service Officer or Client Services
**1-800-AT WELLS** (1-800-289-3557)
5:00 AM TO 6:00 PM Pacific Time Monday - Friday

*Online:* *wellsfargo.com*

*Write:* Wells Fargo Bank, N.A. (182)
PO Box 63020
San Francisco, CA 94163

## Account summary

### *WellsOne® Account*

| *Account number* | *Beginning balance* | *Total credits* | *Total debits* | *Ending balance* |
|---|---|---|---|---|
| [redacted]4257 | [redacted] | [redacted] | [redacted] | $217,827.88 |

## Credits

### Electronic deposits/bank credits

| *Effective date* | *Posted date* | *Amount* | *Transaction detail* |
|---|---|---|---|
| | 10/01 | [redacted] | [redacted] |
| | 10/02 | [redacted] | [redacted] |
| | 10/02 | [redacted] | [redacted] Cargo, Inc. Srf# [redacted] |
| | [redacted] | 2,950.00 | [redacted] |
| | [redacted] | 35,132.16 | [redacted] Na [redacted] |
| | [redacted] | 1,551.88 | [redacted] 2400 [redacted] 00 [redacted] 000 [redacted] |
| | [redacted] | [redacted] | Syncada Tranfees 141002 000[redacted] TN*897159290*100004107706\Dtm*434*20141001\SE*11* |
| | [redacted] | [redacted] | // Cad30968.3100.8898315 CA141002031795 Braden-Burry Expediting Ltd. |
| | [redacted] | [redacted] | WT Seq#40875 National Air Cargo Grou /Org=National Air Cargo, Inc. Srf# IN14100306463023 Trn#141003040875 Rfb# 000007249 |
| | [redacted] | [redacted] | Syncada Tranfees 141003 000000610000184 2345233*100004110516\Dtm*434*20141002\SE*14*0001\ |
| | [redacted] | 190.05 | [redacted] 018 [redacted] |
| | [redacted] | 1,439.33 | [redacted] Braden-Burry Expediting Ltd. |
| | [redacted] | 52,376.05 | [redacted] |
| | 10/08 | [redacted] | [redacted] Cargo |
| | 10/09 | [redacted] | [redacted] |

Case 1-14-12414-MJK Doc 92 Filed 11/26/14 Entered 11/26/14 15:02:13 Desc Main Document Page 7 of 16



Account number: ██████4257 ■ October 1, 2014 - October 31, 2014 ■ Page 2 of 8



## Electronic deposits/bank credits *(continued)*

| Effective date | Posted date | Amount | Transaction detail |
|---|---|---|---|
| | 10/09 | | |
| | 10/09 | | |
| | 10/09 | | |
| | 10/09 | | Cargo |
| | | | |
| | | | |
| | | | 280 |
| | | 14,594.74 | // Cad16807.3000 6018299 CA141001014457 |
| | | 300,000.00 | |
| | | | Desktop Check Deposit |
| | | | Bank of America Deposit 141009 421345764888 National Air Cargo |
| | | | Aar Corporation AP Payment 0400-55203 National Air Cargo, IN |
| | | | Bank of America Deposit 141010 421345764888 National Air Cargo |
| | | | WT F61015064961000 Abn Amro Bank N. /Org=1/B S K Pcke Global Supply B.V. Srf# F61015064961000 Trn#141015034568 Rfb# |
| | | | Bank of America Deposit 141014 421345764888 National Air Cargo |
| | | | Syncada Tranfees 141015 000000610000184 |
| | | | 15252*100004130483\Dtm*434*20141014\SE*14*0001\GE |
| | | | WT |
| | | | 138 |
| | | 231,635.55 | /Org |
| | | | b# 00 |
| | | 50,300.00 | |
| | | | 073 |
| | | | 90 |
| | | | IN |
| | 10/17 | | |
| | 10/17 | | Srf# |
| | 10/17 | | |
| | | | |
| | 10/20 | 1,071.34 | Syncada Tranfees 141017 000000610000184 0383\ |
| | 10/20 | 176,802.68 | Desktop Check Deposit |
| | 10/20 | 2,378.98 | American Express Settlement 141018 1310053400 National Air1310053400 |
| | 10/22 | 17,934.19 | Syncada Tranfees 141021 000000610000184 |
| | | | 41020\SE*26*0001\GE*1*384\Iea*1*000000384\ |
| | 10/23 | 1,687.20 | Syncada Tranfees 141022 000000610000184 85\ |
| | 10/24 | 2,995.05 | Aar Corporation AP Payment 0400-55203 National Air Cargo, IN |
| | 10/24 | 2,956.20 | Lockheed Gtl3682 EDI Paymnt Oct 23 |
| | | | *2760050\GE*000001*000000276\Iea*00001*000000276\ |



Case 1-14-12414-MJK    Doc 92    Filed 11/26/14    Entered 11/26/14 15:02:13    Desc Main
Document    Page 8 of 16



**Electronic deposits/bank credits** *(continued)*

| Effective date | Posted date | Amount | Transaction detail |
|---|---|---|---|
| | 10/24 | 350.00 | Rolls-Royce Nort Payments 141024 2400134898 20140805\SE*17*000005062\GE*1*2819\lea*1*00000285 |
| | 10/24 | 4,033.49 | // Aud4677.9800 6172796 Au11410241707714 Insitu - Payments Oct 14 Invoices |
| | 10/24 | 44,109.00 | WT F61022119290000 Abn Amro Bank N. /Org=1/B S K Pcke Global Supply B.V. Srf# F61022119290000 Trn#141024015614 Rfb# |
| | 10/24 | 522,351.62 | Notice of Levy Under Writ of Execution Case# 101160314 |
| | 10/28 | 44,364.07 | Desktop Check Deposit |
| | 10/28 | 497.00 | Desktop Check Deposit |
| | 10/29 | 4,729.31 | // Cad5411.7500 6219139 CA141028037129 Braden-Burry Expediting Ltd. |
| | 10/30 | 1,535.00 | Syncada Tranfees 141029 000000610000184 TN*906895365*100004160355\Dtm*434*20141028\SE*11* |
| | 10/30 | 395,055.81 | Desktop Check Deposit |
| | 10/30 | 5,363.07 | Desktop Check Deposit |
| | 10/30 | 200.00 | Desktop Check Deposit |
| | 10/30 | 71.02 | Desktop Check Deposit |
| | 10/30 | 8,295.18 | Bank of America Deposit 141029 421345764888 National Air Cargo |
| | 10/31 | 11,696.12 | Lockheed Gtl3682 EDI Paymnt Oct 30 0070\GE*000001*000000278\lea*00001*000000278\ |
| | 10/31 | 1,572.79 | Aar Corporation AP Payment 0400-55203 National Air Cargo, IN |
| | 10/31 | 771.28 | Syncada Tranfees 141030 000000610000184 87\ |
| | 10/31 | 6,399.07 | // Cad7335.4000 6257230 CA141031036867 Braden-Burry Expediting Ltd. |
| | 10/31 | 21,374.62 | Desktop Check Deposit |
| | 10/31 | 984.00 | Desktop Check Deposit |
| | 10/31 | 52.40 | Desktop Check Deposit |
| | 10/31 | 13,282.12 | Bank of America Deposit 141030 421345764888 National Air Cargo |
| | | **$5,249,052.37** | **Total electronic deposits/bank credits** |
| | | **$5,249,052.37** | **Total credits** |







WELLS FARGO

[redacted]

| *Effective date* | [redacted] | [redacted] | [redacted] |
|---|---|---|---|
| | [redacted] | [redacted] | [redacted] |
| | 10/03 | [redacted] | [redacted] |
| | 10/03 | [redacted] | [redacted] Srf# [redacted] |
| | 10/03 | [redacted] | [redacted] |
| | 10/03 | [redacted] | [redacted] |
| | [redacted] | [redacted] | [redacted] |
| | [redacted] | [redacted] | [redacted] |
| | [redacted] | 210,613.55 | [redacted] |
| | [redacted] | 3,479.48 | [redacted] |
| | [redacted] | 192.00 | [redacted] |
| | [redacted] | 471.90 | [redacted] |
| | [redacted] | 25.71 | [redacted] |
| | [redacted] | 1.90 | [redacted] |
| | [redacted] | 8,400.00 | [redacted] |
| | [redacted] | 3,478.21 | [redacted] |
| | [redacted] | 1,545.00 | [redacted] |
| | [redacted] | 523.76 | [redacted] |
| | [redacted] | [redacted] | [redacted] |
| | [redacted] | [redacted] | [redacted] |
| | [redacted] | [redacted] | [redacted] |
| | [redacted] | [redacted] | [redacted] Bank of America, N /Ftr/Bnf=Maersk Line, Limited Srf# IN14101009483012 Trn#141010097108 Rfb# 000007298 |
| | [redacted] | [redacted] | WT Fed#02323 Bank of America, N /Ftr/Bnf=AP Moller - Maersk A/S Srf# IN14101009480620 Trn#141010097106 Rfb# 000007297 |
| | [redacted] | [redacted] | WT Fed#02219 Manufacturers Tr /Ftr/Bnf=National Air Cargo Srf# IN14101009003835 Trn#141010096848 Rfb# 000007296 |
| | [redacted] | [redacted] | WT Fe[redacted] |
| | [redacted] | 2,765.71 | [redacted] |
| | [redacted] | 4,675.00 | [redacted] |
| | [redacted] | 2,200.00 | [redacted] |
| | [redacted] | 500,000.00 | [redacted] |
| | [redacted] | [redacted] | [redacted] |
| | [redacted] | [redacted] | [redacted]nal Air Cargo |
| | [redacted] | [redacted] | [redacted] |
| | [redacted] | [redacted] | [redacted] |
| | 10/15 | [redacted] | [redacted] Srf# [redacted] |
| | 10/15 | [redacted] | [redacted] |
| | 10/16 | [redacted] | [redacted] |



***Electronic debits/bank debits*** *(continued)*

| Effective date | Posted date | Amount | Transaction detail |
|---|---|---|---|
| | 10/16 | 188,438.89 | CNS-Cass-USA Debit 141015 01192080013 National Air Cargo Inc |
| | 10/16 | 6,356.47 | Concur Corp Card 141015 C00I3E8Dx007 Air Cargo Amex |
| | 10/16 | 30.68 | Syncada Tranfees 141015 000000610000184 0000National Air Car |
| | [redacted] | 419,560.76 | WT Fed#06686 Bank of America, N /Ftr/Bnf=Maersk Line, Limited Srf# IN14101711302022 Trn#141017119429 Rfb# 000007330 |
| | [redacted] | 65,026.43 | WT Fed#06838 Bank of America, N /Ftr/Bnf=AP Moller - Maersk A/S Srf# IN14101711281463 Trn#141017119425 Rfb# 000007329 |
| | [redacted] | 5,363.13 | WT [redacted] Ban /Ftr/B[redacted] [redacted]000007351 |
| | 10/17 | 17,274.03 | [redacted] |
| | 10/17 | 93.21 | [redacted] |
| | 10/17 | 16.00 | [redacted] |
| | 10/22 | 179.34 | Syncada Tranfees 141021 000000610000184 0000National Air Car |
| | 10/23 | 9,533.57 | WT Fed#02701 Bank of America, N /Ftr/Bnf=SSA Cooper Gulf Srf# IN14102312082987 Trn#141023108804 Rfb# 000007389 |
| | 10/23 | 16.87 | Syncada Tranfees 141022 000000610000184 0000National Air Car |
| | 10/24 | 36,875.00 | WT Fed#05254 Bank of America, N /Ftr/Bnf=SSA Cooper Srf# IN14102410472322 Trn#141024099524 Rfb# 000007406 |
| | 10/24 | 19,180.00 | WT Fed#05257 Bank of America, N /Ftr/Bnf=SSA Cooper Srf# IN14102410465490 Trn#141024099525 Rfb# 000007405 |
| | 10/24 | 3,815.00 | WT Fed#09076 Compass Bank /Ftr/Bnf=Platinum Air Cargo Srf# IN14102412140595 Trn#141024138500 Rfb# 000007408 |
| | 10/27 | 225,000.00 | WT Fed#01781 Manufacturers Tr /Ftr/Bnf=National Air Cargo Srf# IN14102706411595 Trn#141027042612 Rfb# 000007413 |
| | 10/27 | 9,425.80 | Concur Corp Card 141024 C00Ibw1Vx004 Air Cargo Amex |
| | 10/27 | 440.04 | Concur Cash 141024 C00Ibw1Px006 National Air Cargo |
| | 10/28 | 13,671.65 | WT Fed#00592 Bank of America, N /Ftr/Bnf=Northwind Enterprises Ta Atlantic Srf# IN14102807084232 Trn#141028039543 Rfb# 000007416 |
| | 10/28 | 2,960.00 | WT Fed#04452 Bank of America, N /Ftr/Bnf=SSA Cooper Srf# IN14102810413112 Trn#141028086228 Rfb# 000007418 |
| | 10/28 | 2,430.05 | WT Fed#04449 Citibank, N.A. /Ftr/Bnf=International Packing Corp Srf# IN14102810430346 Trn#141028086213 Rfb# 000007419 |
| | 10/28 | 2,000.00 | WT Fed#00403 Bb&T Western Kentu /Ftr/Bnf=Jps 2004, Lp Srf# IN14102812522024 Trn#141028135924 Rfb# 000007420 |
| | 10/28 | 1,347.44 | WT Fed#00679 Branch Banking & T /Ftr/Bnf=Virginia International Terminals Srf# IN14102807141978 Trn#141028039574 Rfb# 000007417 |
| | 10/28 | 6,843.23 | Concur Corp Card 141027 C00Icoldx005 Air Cargo Amex |
| | 10/28 | 83.55 | Concur Cash 141027 C00Icol8x005 National Air Cargo |
| | 10/29 | 6,440.00 | WT Fed#06747 Citibank N.A. NEW /Ftr/Bnf=Asiana Srf# IN14102911254933 Trn#141029119809 Rfb# 000007427 |
| | 10/29 | 300.00 | WT Fed#06066 Regions Bank /Ftr/Bnf=Direct Express Service, LLC Srf# IN14102907585803 Trn#141029055291 Rfb# 000007424 |
| | 10/29 | 285.25 | WT Fed#06525 Bank of America, N /Ftr/Bnf=California Sierra Express Srf# IN14102911490431 Trn#141029119215 Rfb# 000007428 |
| | 10/29 | 400,000.00 | WT Seq#55113 National Air Cargo Grou /Bnf=National Air Cargo Group, Inc. Srf# IN14102907472005 Trn#141029055113 Rfb# 000007423 |
| | 10/29 | 7,168.83 | Concur Corp Card 141028 C00IE11xx009 Air Cargo Amex |

Account number: ▇▇▇▇4257  ■ October 1, 2014 - October 31, 2014  ■ Page 6 of 8



### Electronic debits/bank debits (continued)

| Effective date | Posted date | Amount | Transaction detail |
|---|---|---|---|
| | 10/30 | 8,360.00 | WT Fed#05349 Bank of America, N /Ftr/Bnf=SSA Cooper Srf# IN14103007340733 Trn#141030051830 Rfb# 000007432 |
| | 10/30 | 255.58 | WT Fed#05362 California Bank An /Ftr/Bnf=Pace Freight Systems Srf# IN14103004394644 Trn#141030051823 Rfb# 000007429 |
| | 10/30 | 120.00 | WT Fed#05338 Citibank, N.A. /Ftr/Bnf=International Packing Corp Srf# IN14103007183194 Trn#141030051826 Rfb# 000007430 |
| | 10/30 | 109.88 | WT Fed#07562 Bank of America, N /Ftr/Bnf=California Sierra Express Srf# IN14103013313336 Trn#141030149780 Rfb# 000007436 |
| | 10/30 | 23,645.13 | CNS-Cass-USA Debit 141029 01192080013 National Air Cargo Inc |
| | 10/30 | 2,073.88 | Concur Corp Card 141029 C00lfm91x002 Air Cargo Amex |
| | 10/30 | 15.35 | Syncada Tranfees 141029 000000610000184 0000National Air Car |
| | 10/31 | 300,000.00 | WT Seq127042 National Air Cargo Hold /Bnf=National Air Cargo Holdin Srf# IN14103110582599 Trn#141031127042 Rfb# 000007440 |
| | 10/31 | 200,000.00 | WT Seq127047 National Air Cargo Grou /Bnf=National Air Cargo Group, Inc. Srf# IN14103110580722 Trn#141031127047 Rfb# 000007439 |
| | 10/31 | 951.23 | Concur Corp Card 141030 C00lh1U5x003 Air Cargo Amex |
| | 10/31 | 158.48 | Concur Cash 141030 C00lh1U1x001 National Air Cargo |
| | 10/31 | 7.71 | Syncada Tranfees 141030 000000610000184 0000National Air Car |

~~$4,029,819.15~~ **$1,283,692.86 Post Petition**  Total electronic debits/bank debits

### Checks paid

| Number | | | | Amount | Date |
|---|---|---|---|---|---|
| 112417 | | | | 2,651.51 | 10/06 |
| 112475* | | | | 470.07 | |
| 112524* | | | | 3,017.16 | |
| 112546* | | | 112749* | 831.64 | 10/06 |
| | | | 112750 | | 10/07 |
| | 1,089.12 10/06 | 112722 | 112751 | | 10/06 |
| | 10/16 | 112723 | 112752 | | 10/06 |
| | 10/07 | 112725* | | | 10/07 |
| | 10/02 | 112726 | 515.77 | | 10/02 |
| | | 112727 | 150.00 | | 10/10 |
| | | 112728 | 3,625.00 | | |
| | | 112729 | 82.00 | | |
| | | 112730 | 13,018.94 | | |
| | | 112731 | 235.85 | | |
| | 10/03 | 112732 | 197.41 | | |
| | 10/01 | 112733 | 445.39 | | 10/06 |
| | 10/06 | 112734 | 151.24 | | 10/03 |
| | 866.43 10/01 | 112735 | | 112763 | 10/07 |
| | 348.34 10/01 | 112736 | | 112764 | 10/06 |
| | 141.87 10/03 | | | 112765 | |
| | 142.00 | | | 112766 | |
| 112703 | | | | | |
| 112704 | | | | 380 | 10/03 |
| 112707* | | | | | 10/14 |
| 112708 | | | | | 10/10 |

▇▇▇▇-12414-MJK   Doc 92   Filed 11/26/14   Entered 11/26/14 15:02:13   Desc Main
Document   Page 12 of 16





| Number | | | | | Date | Number | | |
|---|---|---|---|---|---|---|---|---|
| 112772 | | | | | 10/06 | 112849 | | |
| 112773 | | | | | 10/09 | 112850 | | |
| 112774 | | | | | 10/14 | 112851 | | 10/15 |
| 112775 | | | | | 10/07 | 112852 | | 10/14 |
| 112776 | | | | | 10/08 | 112853 | 142.42 | 10/15 |
| | | | | | 10/07 | 112854 | 2,722.16 | 10/14 |
| | | | | 100.00 | | 112855 | 1,906.97 | 10/14 |
| | | | | | | 112856 | 4,604.42 | 10/17 |
| | | | | | | | 13,900.00 | 10/15 |
| | | | | | | | 156.64 | 10/17 |
| | | | | | | | 215.14 | |
| | | | | | | | 363.56 | |
| | | | | | | | 251.87 | |
| | | 10/08 | 112824 | | | | 25.40 | |
| | 326.74 | 10/08 | 112825 | | | | 174.14 | |
| | | 10/08 | 112826 | | | | 5,018.76 | |
| | | 10/08 | 112827 | | | | 1,417.84 | |
| | | 10/16 | 112828 | | | | 1,203.50 | 10/17 |
| | | 10/14 | 112829 | | | | 452.44 | 10/15 |
| | | 10/07 | 112830 | | | | 1,385.00 | 10/17 |
| | | 10/08 | 112831 | | | | 847.30 | 10/14 |
| | | 10/08 | 112832 | | | 112878 * | 70.88 | 10/14 |
| | 1,318.50 | 10/08 | 112833 | | | 112879 | | 10/16 |
| | 74.41 | 10/07 | 112834 | | | 112880 | | 10/15 |
| | 744.63 | 10/15 | | | | 112881 | | 10/14 |
| | 16,350.00 | | | 55.40 | | 112882 | | 10/15 |
| | 685.80 | | | 1,206.75 | | 112883 | 67,491.81 | 10/14 |
| | | | | 664.01 | 10/14 | 112884 | 157.82 | 10/14 |
| | | | | 725.00 | 10/15 | 112885 | 2,826.25 | 10/27 |
| | | | | 12.93 | 10/14 | 112887 * | 122.30 | 10/31 |
| | | | | 9,345.00 | | 112888 | 99.91 | 10/30 |
| | | | | 107.95 | 10/14 | 112889 | 67,735.67 | 10/28 |
| 112805 | | | | 7,397.90 | 10/17 | 112894 * | 347.37 | 10/30 |
| 112806 | | | | 450.00 | 10/14 | 112895 | 12,341.69 | 10/29 |
| 112807 | | | | | 10/15 | 112896 | 149.37 | 10/31 |
| 112808 | | | | | 10/14 | 112898 * | 1,428.75 | 10/28 |
| 112809 | | | | | 10/14 | 112899 | 570.08 | 10/27 |
| 112810 | | | | | | | | |

**Total checks paid**

Post Petition $85,621.39

* *Gap in check sequence.*

**$5,323,736.60 Total debits**

## Daily ledger balance summary

| Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |



*Daily ledger balance summary (continued)*

| Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|
| 10/17 | 294,229.52 | 10/24 | 1,001,299.49 | 10/29 | 287,591.59 |
| 10/20 | 474,482.52 | 10/27 | 763,037.32 | 10/30 | 663,084.57 |
| 10/22 | 492,237.37 | 10/28 | 709,398.05 | 10/31 | 217,827.88 |
| 10/23 | 484,374.13 | | | | |

**Average daily ledger balance** [redacted]

©2010 Wells Fargo Bank, N.A.
All rights reserved. Member FDIC



FOR INQUIRIES CALL: WNY COMMERCIAL BANKING
(716) 848-7355

00 0 00013M NM 017

P

000005248 FIDS1548D01710311410 04 010000

NATIONAL AIR CARGO INC
350 WINWARD DR
ORCHARD PARK NY 14127

| ACCOUNT TYPE | |
|---|---|
| CORPORATE CHECKING | |
| ACCOUNT NUMBER | STATEMENT PERIOD |
| 7076 | 10/01/14 - 10/31/14 |

| | |
|---|---|
| BEGINNING BALANCE | |
| DEPOSITS & CREDITS | |
| LESS CHECKS & DEBITS | |
| LESS SERVICE CHARGES | |
| ENDING BALANCE | |

## ACCOUNT ACTIVITY

| POSTING DATE | TRANSACTION DESCRIPTION | DEPOSITS & OTHER CREDITS (+) | WITHDRAWALS & OTHER DEBITS (-) | DAILY BALANCE |
|---|---|---|---|---|
| 10/01/2014 | BEGINNING BALANCE | | | $256,418.39 |
| 10/01/2014 | ADP | | $3,995.54 | |
| | TX/FINC | | 4,612.04 | |
| | VO A | | 20,322.93 | |
| | ACCO | | 1,310.34 | |
| | NSFER | $50,000.00 | | |
| | ADP PAYROLL FEES ADP - FEES 10ZTS 0117947 | | | |
| | ADP PAYROLL FEES ADP - FEES 1069F 0154180 | | | |
| | ADP TX/FINCL SVC ADP - TAX 39255095955469F | | | |
| | 0154 | | | |
| | X 3925 | | | |
| 10/16/2014 | DEPOSIT | 35,918.32 | | |
| 10/16/2014 | DEPOSIT | | | |
| 10/16/2014 | DEPOSIT | | | |
| 10/16/2014 | ADP TX/FINCL SVC ADP - TAX 0969F 2052462VV | | 190.48 | |
| 10/16/2014 | ADP TX/FINCL SVC ADP - TAX 0969F 101541V01 | | 21,070.72 | 47,060.14 |
| 10/17/2014 | ADP PAYROLL FEES ADP - FEES 1069F 0660375 | | 682.33 | 46,377.81 |
| 10/20/2014 | CHECK NUMBER 6006 | | 3,232.74 | 43,144.87 |
| 10/24/2014 | ADP PAYROLL FEES ADP - FEES 1069F 1035534 | | 2,604.74 | 40,540.13 |
| 10/27/2014 | INCOMING FEDWIRE FUNDS TRANSFER NATIONAL AIR CARGO, INC. | 225,000.00 | | |
| 10/27/2014 | OUTGOING FEDWIRE TRANSFER AUTO NON REP ADP | | 184,009.14 | |
| 10/27/2014 | OUTGOING FEDWIRE TRANSFER AUTO NON REP ADP | | 71,638.41 | 9,892.58 |
| 10/28/2014 | DEPOSIT | 12,211.62 | | |
| 10/28/2014 | CHECK NUMBER 6005 | | 315.35 | 21,788.85 |
| | NUMBER OF DEPOSITS/CHECKS PAID | 6 | 2 | |

Post Petition #261,800.38

LD18 (6/12)

MANUFACTURERS AND TRADERS TRUST COMPANY
ONE FOUNTAIN PLAZA BUFFALO, NEW YORK 14203-1495

M&T Bank Checking Account Statement

FOR INQUIRIES CALL: WNY COMMERCIAL BANKING
(716) 848-7355

| ACCOUNT TYPE | |
|---|---|
| CORPORATE CHECKING | |
| ACCOUNT NUMBER | STATEMENT PERIOD |
| [redacted]7076 | 10/01/14 - 10/31/14 |

NATIONAL AIR CARGO INC

EFFECTIVE JANUARY 1, 2015, FEES FOR THE FOLLOWING SERVICE WILL CHANGE:
CHECKS PAID SUMMARY $7.50

PAGE 2 OF 2

L018 (6/12)

MANUFACTURERS AND TRADERS TRUST COMPANY
ONE FOUNTAIN PLAZA BUFFALO, NEW YORK 14203-1495

Document Page 16 of 16