UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NEW YORK

In re National Air Cargo, Inc.
Debtor

Case No. 1-14-12414
Reporting Period: November 1-30, 2014

Federal Tax I.D. # 72-1527000

## CORPORATE MONTHLY OPERATING REPORT

**File with the Court and submit a copy to the United States Trustee within 20 days after the end of the month and submit a copy of the report to any official committee appointed in the case.**
*(Reports for Rochester and Buffalo Divisions of Western District of New York are due 15 days after the end of the month, as are the reports for Southern District of New York.)*

| REQUIRED DOCUMENTS | Form No. | Document Attached | Explanation Attached |
|---|---|---|---|
| Schedule of Cash Receipts and Disbursements | MOR-1 | X | |
| Bank Reconciliation (or copies of debtor's bank reconciliations) | MOR-1 (CON'T) | | |
| Copies of bank statements | | X | |
| Cash disbursements journals | | | |
| Statement of Operations | MOR-2 | X | |
| Balance Sheet | MOR-3 | X | |
| Status of Post-petition Taxes | MOR-4 | | |
| Copies of IRS Form 6123 or payment receipt | | | |
| Copies of tax returns filed during reporting period | | | |
| Summary of Unpaid Post-petition Debts | MOR-4 | | |
| Listing of Aged Accounts Payable | | | |
| Accounts Receivable Reconciliation and Aging | MOR-5 | | |
| Taxes Reconciliation and Aging | MOR-5 | | |
| Payments to Insiders and Professional | MOR-6 | X | |
| Post Petition Status of Secured Notes, Leases Payable | MOR-6 | X | |
| Debtor Questionnaire | MOR-7 | X | |

I declare under penalty of perjury (28 U.S.C. Section 1746) that this report and the attached documents are true and correct to the best of my knowledge and belief.

Signature of Debtor ______________________ Date 12/18/2014

Signature of Authorized Individual* [signature] Date ______

Printed Name of Authorized Individual Brian T Conaway Date ______

*Authorized individual must be an officer, director or shareholder if debtor is a corporation; a partner if debtor is a partnership; a manager or member if debtor is a limited liability company.

**In re** National Air Cargo, Inc. **Case No.** 1-14-12414

**Debtor** **Reporting Period:** November 1-30, 2014

**THE FOLLOWING SECTION MUST BE COMPLETED**

**DISBURSEMENTS FOR CALCULATING U.S. TRUSTEE QUARTERLY FEES: (FROM CURRENT MONTH ACTUAL COLUMN)**

| | |
|---|---|
| **TOTAL DISBURSEMENTS** | 2,132,969.00 |
| LESS: TRANSFERS TO OTHER DEBTOR IN POSSESSION ACCOUNTS | - |
| PLUS: ESTATE DISBURSEMENTS MADE BY OUTSIDE SOURCES (i.e. from escrow accounts) | - |
| **TOTAL DISBURSEMENTS FOR CALCULATING U.S. TRUSTEE QUARTERLY FEES** | 2,132,969.00 |

**National Air Cargo, Inc.**
**Statement of Income (Unaudited)**
**For the month ended November 30, 2014**

| | November 2014 | October - November 2014 | YTD - 2014 |
|---|---|---|---|
| Revenues | $3,365,563 | $ 6,464,053 | $73,298,746 |
| Cost of Sales | 1,820,299 | 4,336,308 | 56,165,878 |
| Gross profit | 1,545,264 | 2,127,745 | 17,132,868 |
| **Operating Expense** | | | |
| Selling Expense | 50,863 | 130,054 | 803,637 |
| General and Administrative Expense | 718,625 | 1,070,912 | 7,456,064 |
| Total Operating Expense | 769,488 | 1,200,966 | 8,259,701 |
| Income from Operations | 775,776 | 926,779 | 8,873,167 |
| **Other Income (Expense)** | | | |
| Interest (expense) income | - | 18 | 311 |
| Foreign Currency Transaction Losses | (333) | (1,165) | (6,182) |
| Other (expense) income, net | 1,020 | 2,040 | 25,431 |
| Total Other Income | 687 | 893 | 19,560 |
| Income before provision for income tax | 776,463 | 927,672 | 8,892,727 |
| Provision for income tax | 2,481 | 2,490 | 8,970 |
| Net Income | $ 773,982 | $ 925,182 | $ 8,883,757 |

**National Air Cargo, Inc.**
**Balance Sheet (Unaudited)**
**As of November 30, 2014, October 31, 2014 and September 30, 2014, respectively**

| | November 30, 2014 | October 31, 2014 | September 30 , 2014 |
|---|---|---|---|
| **Assets** | | | |
| Current assets | | | |
| Cash and cash equivalents | $ 21,789 | $ 150,517 | $ (24,866) |
| Accounts receivable - trade, net of allowance for bad debt | 759,405 | 1,162,744 | 1,495,302 |
| Prepaid expenses | 279,402 | 323,754 | 366,106 |
| Other current assets | - | 9,875 | - |
| Total current assets | 1,060,596 | 1,646,890 | 1,836,542 |
| | | | |
| Property, plant and equipment | 2,631,556 | 2,631,556 | 2,631,556 |
| Accumulated depreciation | (2,140,683) | (2,122,828) | (2,104,893) |
| Property, plan and equipment, net | 490,873 | 508,728 | 526,663 |
| | | | |
| **Other Assets** | | | |
| Deposits | 85,683 | 85,683 | 420,203 |
| | | | |
| **Total assets** | $ 1,637,152 | $ 2,241,301 | $ 2,783,408 |
| | | | |
| **Liabilities and Stockholder's Equity** | | | |
| Current Liabilities | | | |
| Accounts payable - trade | $ 1,506,410 | $ 1,617,066 | $ 4,318,181 |
| Accounts payable - affiliate | 9,458,744 | 10,087,205 | 10,763,141 |
| Accrued expenses | 70 | 646,945 | 10,743,411 |
| Accrued wages and payroll taxes | 309,935 | 302,235 | - |
| Total current liabilities | 11,275,159 | 12,653,451 | 25,824,733 |
| | | | |
| Liabilities subject to compromise | 12,477,973 | 12,477,973 | - |
| | | | |
| **Total liabilities** | 23,753,132 | 25,131,424 | 25,824,733 |
| | | | |
| **Stockholder's equity** | | | |
| Common stock no par value | 3,000 | 3,000 | 3,000 |
| Additional paid-in capital | 30,322,735 | 30,322,735 | 30,322,735 |
| Retained deficit | (52,441,715) | (53,215,859) | (53,367,060) |
| Total stockholder's equity | (22,115,980) | (22,890,123) | (23,041,325) |
| | | | |
| **Total liabilities and stockholder's equity** | $ 1,637,152 | $ 2,241,301 | $ 2,783,408 |

In re National Air Cargo, Inc.
Debtor

Case No. 1-14-12414
Reporting Period: November 1-30, 2014

## PAYMENTS TO INSIDERS AND PROFESSIONALS

Of the total disbursements shown on the Cash Receipts and Disbursements Report (MOR-1) list the amount paid to insiders (as defined in Section 101(31) (A)-(F) of the U.S. Bankruptcy Code) and to professionals. For payments to insiders, identify the type of compensation paid (e.g. Salary, Bonus, Commissions, Insurance, Housing Allowance, Travel, Car Allowance, Etc.). Attach additional sheets if necessary.

| INSIDERS | | | |
|---|---|---|---|
| NAME | TYPE OF PAYMENT | AMOUNT PAID | TOTAL PAID TO DATE |
| Christopher Alf | Salary | 46,153.86 | 57,692.33 |
| Lori Alf | Salary | 13,846.16 | 17,307.70 |
| Glen Joerger | Salary | 30,461.54 | 45,692.31 |
| Brian Conaway | Salary | 14,615.40 | 21,923.10 |
| Margaret Bradford | Salary | 7,538.48 | 11,307.72 |
| Marc Gonzales | Salary | 8,076.93 | 10,769.24 |
| | | | |
| | | | |
| TOTAL PAYMENTS TO INSIDERS | | 120,692.37 | 164,692.40 |

| PROFESSIONALS | | | | | |
|---|---|---|---|---|---|
| NAME | DATE OF COURT ORDER AUTHORIZING PAYMENT | AMOUNT APPROVED | AMOUNT PAID | TOTAL PAID TO DATE | TOTAL INCURRED & UNPAID* |
| None | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| TOTAL PAYMENTS TO PROFESSIONALS | | | | | |

* INCLUDE ALL FEES INCURRED, BOTH APPROVED AND UNAPPROVED

## POST-PETITION STATUS OF SECURED NOTES, LEASES PAYABLE AND ADEQUATE PROTECTION PAYMENTS

| NAME OF CREDITOR | SCHEDULED MONTHLY PAYMENT DUE | AMOUNT PAID DURING MONTH | TOTAL UNPAID POST-PETITION |
|---|---|---|---|
| Central Park Management LLC | 1,696.00 | 1,696.00 | - |
| ComDoc, Inc. | Depends on usage | 1,408.46 | - |
| Mizner Park Office Plaza | 5,132.16 | - | - |
| Signature Flight Support Corporation | 6,721.25 | - | - |
| Windward Drive Lot 12 LLC | 29,700.00 | NA | NA |
| Braxton Acquisitions, LLC | 140,500.00 | NA | NA |
| LA 45 Equipment, LLC | 26,250.00 | NA | NA |
| | | | |
| TOTAL PAYMENTS | | 3,104.46 | - |

**In re** National Air Cargo, Inc. **Case No.** 1-14-12414
**Debtor** **Reporting Period:** November 1-30, 2014

# DEBTOR QUESTIONNAIRE

| | **Must be completed each month. If the answer to any of the questions is "Yes", provide a detailed explanation of each item. Attach additional sheets if necessary.** | **Yes** | **No** |
|---|---|---|---|
| 1 | Have any assets been sold or transferred outside the normal course of business this reporting period? | | **X** |
| 2 | Have any funds been disbursed from any account other than a debtor in possession account this reporting period? | | **X** |
| 3 | Is the Debtor delinquent in the timely filing of any post-petition tax returns? | | **X** |
| 4 | Are workers compensation, general liability or other necessary insurance coverages expired or cancelled, or has the debtor received notice of expiration or cancellation of such policies? | | **X** |
| 5 | Is the Debtor delinquent in paying any insurance premium payment? | | **X** |
| 6 | Have any payments been made on pre-petition liabilities this reporting period? | **X - Per Order** | |
| 7 | Are any post petition receivables (accounts, notes or loans) due from related parties? | **X - Normal course of business** | |
| 8 | Are any post petition payroll taxes past due? | | **X** |
| 9 | Are any post petition State or Federal income taxes past due? | | **X** |
| 10 | Are any post petition real estate taxes past due? | | **X** |
| 11 | Are any other post petition taxes past due? | | **X** |
| 12 | Have any pre-petition taxes been paid during this reporting period? | | **X** |
| 13 | Are any amounts owed to post petition creditors delinquent? | | **X** |
| 14 | Are any wage payments past due? | | **X** |
| 15 | Have any post petition loans been been received by the Debtor from any party? | | **X** |
| 16 | Is the Debtor delinquent in paying any U.S. Trustee fees? | | **X** |
| 17 | Is the Debtor delinquent with any court ordered payments to attorneys or other professionals? | | **X** |
| 18 | Have the owners or shareholders received any compensation outside of the normal course of business? | | **X** |



NATIONAL AIR CARGO, INC.
350 WINDWARD DR
ORCHARD PARK NY 14127-1568

W0

**Questions?**

Call your Customer Service Officer or Client Services
**1-800-AT WELLS** (1-800-289-3557)
5:00 AM TO 6:00 PM Pacific Time Monday - Friday

*Online:* *wellsfargo.com*

*Write:* Wells Fargo Bank, N.A. (182)
PO Box 63020
San Francisco, CA 94163

## Account summary

### *WellsOne® Account*

| *Account number* | *Beginning balance* | *Total credits* | *Total debits* | *Ending balance* |
|---|---|---|---|---|
| [redacted]4257 | $217,827.88 | $2,026,653.05 | -$2,116,771.31 | $127,709.62 |

## Credits

**Electronic deposits/bank credits**

| *Effective date* | *Posted date* | *Amount* | *Transaction detail* |
|---|---|---|---|
| | 11/03 | 261,200.00 | WT Seq#77712 Aecom National Security /Org=Aecom Srf# IN14110307115023 Trn#141103077712 Rfb# 000041894 |
| | 11/04 | 6,579.48 | // Cad7657.2000 6279251 CA141103027713 Braden-Burry Expediting Ltd. |
| | 11/04 | 5,402.56 | Bank of America Deposit 141101 421345764888 National Air Cargo |
| | 11/05 | 3,939.60 | Usai Treas 310 Misc Pay 110514 xxxxx0000 Rmr*IV*093014-3939.60*Pi*3939.60\ |
| | 11/07 | 3,053.27 | Aar Corporation AP Payment 0400-55203 National Air Cargo, IN |
| | 11/07 | 175,000.00 | WT Seq#92977 National Air Cargo Grou /Org=National Air Cargo, Inc. Srf# IN14110710294955 Trn#141107092977 Rfb# 000007524 |
| | 11/07 | 150,000.00 | WT Seq#56828 National Air Cargo Grou /Org=National Air Cargo, Inc. Srf# IN14110707590628 Trn#141107056828 Rfb# 000007519 |
| | 11/07 | 239,514.01 | Desktop Check Deposit |
| | 11/07 | 196.32 | Desktop Check Deposit |
| | 11/10 | 20,299.66 | Syncada Tranfees 141107 000000610000184 141106\SE*26*0001\GE*1*388\Iea*1*000000388\ |
| | 11/10 | 7,833.04 | Usai Treas 310 Misc Pay 111014 xxxxx0000 Rmr*IV*083114-7833.04*Pi*7833.04\ |
| | 11/10 | 183,490.60 | Desktop Check Deposit |
| | 11/10 | 225.00 | Desktop Check Deposit |
| | 11/10 | 1,542.00 | Bank of America Deposit 141107 421345764888 National Air Cargo |
| | 11/12 | 15,540.00 | WT Seq188233 Aecom National Security /Org=Aecom Srf# IN14111208232215 Trn#141112188233 Rfb# 000042035 |
| | 11/12 | 5,047.96 | WT F61107066938000 Abn Amro Bank N. /Org=1/B S K Pcke Global Supply B.V. Srf# F61107066938000 Trn#141112029647 Rfb# |



***Electronic deposits/bank credits*** *(continued)*

| *Effective date* | *Posted date* | *Amount* | *Transaction detail* |
|---|---|---|---|
| | 11/12 | 1,919.02 | Bank of America Deposit 141108 421345764888 National Air Cargo |
| | 11/12 | 1,590.00 | Bank of America Deposit 141111 421345764888 National Air Cargo |
| | 11/14 | 11,206.47 | Lockheed Gtl3682 EDI Paymnt Nov 13 \GE*000001*000000280\Iea*00001*000000280\ |
| | 11/17 | 118,860.62 | Desktop Check Deposit |
| | 11/17 | 2,804.35 | Bank of America Deposit 141114 421345764888 National Air Cargo |
| | 11/19 | 9,367.00 | Syncada Tranfees 141118 000000610000184 96928\Dtm*434*20141117\SE*17*0001\GE*1*389\Iea*1* |
| | 11/19 | 2,378.83 | Bank of America Deposit 141118 421345764888 National Air Cargo |
| | 11/21 | 1,829.51 | Syncada Tranfees 141120 000000610000184 913657603*100004202612\Dtm*434*20141119\SE*14*000 |
| | 11/24 | 9,813.04 | // Cad11332.1000 6504622 CA141121029389 Braden-Burry Expediting Ltd. |
| | 11/24 | 250,000.00 | WT Seq#46662 National Air Cargo Grou /Org=National Air Cargo, Inc. Srf# IN14112406410620 Trn#141124046662 Rfb# 000007625 |
| | 11/24 | 1,983.44 | Bank of America Deposit 141121 421345764888 National Air Cargo |
| | 11/25 | 75,000.00 | WT Seq128996 National Air Cargo Hold /Org=National Air Cargo, Inc. Srf# IN14112510305329 Trn#141125128996 Rfb# 000007641 |
| | 11/26 | 2,994.00 | Lockheed Gtl3682 EDI Paymnt Nov 25 57\GE*000001*000000282\Iea*00001*000000282\ |
| | 11/26 | 50,000.00 | WT Seq153068 National Air Cargo Grou /Org=National Air Cargo, Inc. Srf# IN14112611345623 Trn#141126153068 Rfb# 000007677 |
| | 11/26 | 235.00 | WT Seq164675 WF Return Wires IN Proc /Org= Srf# 2014112600091091 Trn#141126164675 Rfb# |
| | 11/26 | 97,092.06 | Desktop Check Deposit |
| | 11/26 | 313.03 | Desktop Check Deposit |
| | 11/26 | 3,622.00 | Bank of America Deposit 141125 421345764888 National Air Cargo |
| | 11/28 | 3,350.00 | Lm Enterprise Bu Corp Pymnt 2000970593 5313491~ |
| | 11/28 | 617.14 | Rolls-Royce Nort Payments 141128 2400137104 \Dtm*007*20140909\SE*17*000024724\GE*1*2857\Iea*1 |
| | 11/28 | 1,832.07 | // Aud2170.7000 6561272 Au11411261706060 Insitu - Payments 9769811-01 |
| | 11/28 | 300,000.00 | WT Seq#79516 National Air Cargo Hold /Org=National Air Cargo, Inc. Srf# IN14112807572610 Trn#141128079516 Rfb# 000007681 |
| | 11/28 | 981.97 | Bank of America Deposit 141126 421345764888 National Air Cargo |
| | | **$2,026,653.05** | **Total electronic deposits/bank credits** |
| | | **$2,026,653.05** | **Total credits** |

## Debits

**Electronic debits/bank debits**

| *Effective date* | *Posted date* | *Amount* | *Transaction detail* |
|---|---|---|---|
| | 11/03 | 500.00 | Neopost Advance Advance 0025085461 National Air Cargo |
| | 11/03 | 195.20 | Bci Holdings CO Cash C&D 141103 I91 National Air Cargo |
| | 11/04 | 15,566.93 | WT Fed#06178 Deutsche Bank Trus /Ftr/Bnf=ADP Payroll Deposit Custodial Srf# IN14110405325665 Trn#141104030524 Rfb# 000007468 |




***Electronic debits/bank debits*** *(continued)*

| *Effective date* | *Posted date* | *Amount* | *Transaction detail* |
|---|---|---|---|
| | 11/04 | 2,699.43 | WT Fed#09363 Citibank N.A. NEW /Ftr/Bnf=Asiana Airlines Srf# IN14110413535847 Trn#141104127621 Rfb# 000007473 |
| | 11/04 | 693.75 | WT Fed#03520 Beneficial Mutual /Ftr/Bnf=Moore Fogg's Cargo Systems Inc Srf# IN14110412400043 Trn#141104110706 Rfb# 000007472 |
| | 11/04 | 103.47 | WT Fed#09425 Providence Bank /Ftr/Bnf=Texair Delivery Srf# IN14110413550563 Trn#141104127743 Rfb# 000007474 |
| | 11/04 | 2,519.18 | Bank of America Fee 141102 421345764888 National Air Cargo |
| | 11/04 | 3,269.53 | Concur Technolog Corp Pmt C00Iiy7Zx009 Rmr*Zz*National Air Cargo Inc.\TRN*1*C00Iiy7Zx009 |
| | 11/05 | 6,960.00 | WT Fed#00287 Fifth Third Bank /Ftr/Bnf=Heavyweight Express Srf# IN14110506471836 Trn#141105100227 Rfb# 000007477 |
| | 11/05 | 170.00 | WT Fed#07177 Village Bank & Tru /Ftr/Bnf=Quick Delivery Services Srf# IN14110512531732 Trn#141105120974 Rfb# 000007479 |
| | 11/05 | 4,148.62 | Concur Corp Card 141104 C00Ikcg0x002 Air Cargo Amex |
| | 11/05 | 228.76 | Concur Cash 141104 C00Ikceux004 National Air Cargo |
| | 11/06 | 1,500.00 | WT Fed#05327 Bank of America, N /Ftr/Bnf=California Sierra Express Srf# IN14110612243499 Trn#141106113615 Rfb# 000007486 |
| | 11/06 | 335.00 | WT Fed#05326 Fifth Third Bank /Ftr/Bnf=Hae Srf# IN14110612290705 Trn#141106113616 Rfb# 000007487 |
| | 11/06 | 300,000.00 | WT Seq113428 National Air Cargo Grou /Bnf=National Air Cargo Group, Inc. Srf# IN14110606590516 Trn#141106113428 Rfb# 000007482 |
| | 11/06 | 4,882.84 | Bci Holdings CO Cash C&D 141106 I91 National Air Cargo |
| | 11/06 | 402.76 | Concur Corp Card 141105 C00Ilzuyx003 Air Cargo Amex |
| | 11/07 | 191,214.65 | WT Fed#08955 Deutsche Bank Trus /Ftr/Bnf=ADP Srf# IN14110707593774 Trn#141107053169 Rfb# 000007520 |
| | 11/07 | 75,367.99 | WT Fed#05610 Deutsche Bank Trus /Ftr/Bnf=ADP Srf# IN14110708000489 Trn#141107053168 Rfb# 000007521 |
| | 11/07 | 58,422.41 | WT Fed#07150 Bank of America, N /Ftr/Bnf=SSA Cooper Srf# IN14110706252141 Trn#141107057984 Rfb# 000007507 |
| | 11/07 | 13,485.95 | WT Fed#06796 Fifth Third Bank /Ftr/Bnf=Heavyweight Air Express Srf# IN14110705340049 Trn#141107055248 Rfb# 000007506 |
| | 11/07 | 650.75 | WT Fed#05998 Village Bank & Tru /Ftr/Bnf=Quick Delivery Systems Srf# IN14110704290829 Trn#141107054201 Rfb# 000007491 |
| | 11/07 | 487.04 | WT Fed#05994 California Bank An /Ftr/Bnf=Pace Freight Systems Srf# IN14110704240579 Trn#141107054198 Rfb# 000007490 |
| | 11/07 | 300.00 | WT Fed#08760 Citibank, N.A. /Ftr/Bnf=Griley Air Freight Srf# IN14110710252129 Trn#141107093229 Rfb# 000007523 |
| | 11/07 | 221.40 | WT Fed#05597 Jpmorgan Chase Ban /Ftr/Bnf=Globe Air Cargo Srf# IN14110713232186 Trn#141107140632 Rfb# 000007529 |
| | 11/07 | 81.46 | WT Fed#09358 First National Ban /Ftr/Bnf=World Wide Movers Srf# IN14110712314402 Trn#141107124898 Rfb# 000007528 |
| | 11/07 | 253.36 | WT Seq#54200 Quickstar Logistics Inc /Bnf=Quick Logistics, Inc. Srf# IN14110704305011 Trn#141107054200 Rfb# 000007492 |
| | 11/07 | 4,954.23 | Concur Corp Card 141106 C00Inkihx007 Air Cargo Amex |
| | 11/07 | 182.20 | Concur Cash 141106 C00Inkibx009 National Air Cargo |
| | 11/10 | 15,884.25 | WT Fed#04419 Fifth Third Bank /Ftr/Bnf=Heavyweight Air Express Srf# IN14111013445058 Trn#141110140267 Rfb# 000007535 |



***Electronic debits/bank debits*** *(continued)*

| *Effective date* | *Posted date* | *Amount* | *Transaction detail* |
|---|---|---|---|
| | 11/10 | 3,100.00 | WT Fed#04422 Bank of Tokyo-Mits /Ftr/Bnf=Nippon Cargo Airlines Srf# IN14111013493130 Trn#141110140273 Rfb# 000007536 |
| | 11/10 | 2,454.90 | WT Fed#05487 Citibank N.A. NEW /Ftr/Bnf=Cargolux Airlines Srf# IN14111014080311 Trn#141110143323 Rfb# 000007539 |
| | 11/10 | 420.00 | WT Fed#04420 Citibank N.A. NEW /Ftr/Bnf=Emirates Sky Cargo Srf# IN14111013513502 Trn#141110140266 Rfb# 000007537 |
| | 11/10 | 382.00 | WT Fed#04421 Keybank National A /Ftr/Bnf=The Expediting Company Srf# IN14111013523508 Trn#141110140272 Rfb# 000007538 |
| | 11/10 | 203.00 | Syncada Tranfees 141107 000000610000184 0000National Air Car |
| | 11/10 | 30.02 | Concur Cash 141107 C00Iotaix004 National Air Cargo |
| | 11/12 | 3,524.10 | Client Analysis Srvc Chrg 141110 Svc Chge 1014 000004124524257 |
| | 11/12 | 18,300.00 | WT Fed#06428 Citibank N.A. NEW /Ftr/Bnf=Cargolux Airlines Srf# IN14111210522417 Trn#141112160546 Rfb# 000007546 |
| | 11/12 | 10,060.60 | WT Fed#06308 Fifth Third Bank /Ftr/Bnf=Heavyweight Air Express Srf# IN14111211404297 Trn#141112160313 Rfb# 000007548 |
| | 11/12 | 4,535.00 | WT Fed#05102 Cadence Bank, NA /Ftr/Bnf=Gulf Winds International Inc. Srf# IN14111205370406 Trn#141112070747 Rfb# 000007541 |
| | 11/12 | 1,309.52 | WT Fed#05104 Deutsche Bank Trus /Ftr/Bnf=ADP Srf# IN14111206235607 Trn#141112070749 Rfb# 000007543 |
| | 11/12 | 212.13 | WT Fed#05105 California Bank An /Ftr/Bnf=Pace Freight Systems Srf# IN14111206204950 Trn#141112070751 Rfb# 000007542 |
| | 11/12 | 88.47 | WT Fed#06375 Providence Bank /Ftr/Bnf=Tex Air Delivery Srf# IN14111210533280 Trn#141112160412 Rfb# 000007547 |
| | 11/12 | 8,400.00 | Fla Dept Revenue C01 141110 000000016141549 National Air CA |
| | 11/12 | 1,545.00 | Fla Dept Revenue C01 141110 000000016067054 National Air CA |
| | 11/13 | 2,797.10 | WT Fed#09521 Citibank, N.A. /Ftr/Bnf=Qatar Airways Srf# IN14111307382227 Trn#141113123045 Rfb# 000007553 |
| | 11/13 | 1,183.35 | WT Fed#09882 Providence Bank /Ftr/Bnf=Tex-Air Delivery Srf# IN14111307372048 Trn#141113063873 Rfb# 000007552 |
| | 11/13 | 962.23 | WT Fed#09544 Citibank, N.A. /Ftr/Bnf=Emirates Sky Cargo Srf# IN14111312175022 Trn#141113123088 Rfb# 000007555 |
| | 11/13 | 182.61 | WT Fed#09827 Citibank, N.A. /Ftr/Bnf=Emirates Srf# IN14111307361225 Trn#141113063697 Rfb# 000007551 |
| | 11/13 | 133.47 | WT Fed#09509 Providence Bank /Ftr/Bnf=Tex-Air Delivery Srf# IN14111312203658 Trn#141113123010 Rfb# 000007556 |
| | 11/13 | 325.00 | Concur Cash 141112 C00Iqx96x009 National Air Cargo |
| | 11/13 | 249.00 | Concur Corp Card 141112 C00Iqx9Ex003 Air Cargo Amex |
| | 11/14 | 10,560.20 | WT Fed#01403 Fifth Third Bank /Ftr/Bnf=Heavyweight Air Express Srf# IN14111410471691 Trn#141114126689 Rfb# 000007577 |
| | 11/14 | 4,304.85 | WT Fed#01405 Citibank N.A. NEW /Ftr/Bnf=Kuehne+Nagel Srf# IN14111410565514 Trn#141114126687 Rfb# 000007582 |
| | 11/14 | 3,692.26 | WT Fed#01408 Citibank, N.A. /Ftr/Bnf=Griley Air Freight Srf# IN14111410560221 Trn#141114126688 Rfb# 000007581 |
| | 11/14 | 1,500.00 | WT Fed#00734 Bank of America, N /Ftr/Bnf=California Sierra Express Srf# IN14111411473087 Trn#141114125138 Rfb# 000007586 |
| | 11/14 | 1,265.75 | WT Fed#09796 Citibank, N.A. /Ftr/Bnf=Qatar Airways Srf# IN14111413164671 Trn#141114152986 Rfb# 000007588 |



***Electronic debits/bank debits*** *(continued)*

| *Effective date* | *Posted date* | *Amount* | *Transaction detail* |
|---|---|---|---|
| | 11/14 | 613.50 | WT Fed#01412 Village Bank & Tru /Ftr/Bnf=Quick Delivery Systems Srf# IN14111410525316 Trn#141114126693 Rfb# 000007579 |
| | 11/14 | 451.82 | WT Fed#09790 Citibank, N.A. /Ftr/Bnf=Emirates Sky Cargo Srf# IN14111410203321 Trn#141114152965 Rfb# 000007560 |
| | 11/14 | 225,000.00 | WT Seq125867 National Air Cargo Grou /Bnf=National Air Cargo Group, Inc. Srf# IN14111411005938 Trn#141114125867 Rfb# 000007583 |
| | 11/14 | 46.00 | WT Seq126690 Quickstar Logistics Inc /Bnf=Quick Logistics, Inc. Srf# IN14111410532348 Trn#141114126690 Rfb# 000007580 |
| | 11/14 | 532.72 | WT 141114-126686 Bancolombia Sucursa /Bnf=Alpha Logistics Ltda Srf# IN14111410482299 Trn#141114126686 Rfb# 000007578 |
| | 11/14 | 9,227.64 | Concur Corp Card 141113 C00Iu8M8x008 Air Cargo Amex |
| | 11/14 | 702.35 | Concur Cash 141113 C00Iu8Ltx007 National Air Cargo |
| | 11/17 | 5,620.00 | WT Fed#08176 Bank of America, N /Ftr/Bnf=SSA Cooper Srf# IN14111708393728 Trn#141117069377 Rfb# 000007589 |
| | 11/17 | 1,514.35 | WT Fed#00483 Citibank, N.A. /Ftr/Bnf=Qatar Airways Srf# IN14111710531659 Trn#141117134064 Rfb# 000007595 |
| | 11/17 | 607.37 | WT Fed#00898 Mufg Union Bank, N /Ftr/Bnf=McL & Associates, Inc. Srf# IN14111710552412 Trn#141117135306 Rfb# 000007596 |
| | 11/17 | 546.25 | WT Fed#00481 Bank of America, N /Ftr/Bnf=Qantas Airways, Ltd Srf# IN14111710521518 Trn#141117134060 Rfb# 000007594 |
| | 11/17 | 260.24 | WT Fed#00484 Citibank, N.A. /Ftr/Bnf=Emirates Srf# IN14111711592295 Trn#141117134063 Rfb# 000007597 |
| | 11/17 | 88.80 | WT Fed#00488 California Bank An /Ftr/Bnf=Pace Freight Systems Srf# IN14111712054466 Trn#141117134067 Rfb# 000007598 |
| | 11/17 | 5,180.05 | Concur Corp Card 141114 C00Ivc38x008 Air Cargo Amex |
| | 11/18 | 3,928.00 | WT Fed#07028 Fifth Third Bank /Ftr/Bnf=Heavyweight Air Express Srf# IN14111808253051 Trn#141118058187 Rfb# 000007601 |
| | 11/18 | 1,704.42 | WT Fed#04535 Citibank, N.A. /Ftr/Bnf=Emirates Srf# IN14111811170759 Trn#141118112399 Rfb# 000007603 |
| | 11/18 | 2,551.43 | Concur Corp Card 141117 C00Iw9Hsx009 Air Cargo Amex |
| | 11/19 | 17,670.00 | WT Fed#06122 Citibank N.A. NEW /Ftr/Bnf=Cargolux Srf# IN14111912281987 Trn#141119115120 Rfb# 000007607 |
| | 11/19 | 8,175.25 | Concur Corp Card 141118 C00Ixdiwx001 Air Cargo Amex |
| | 11/19 | 1,320.70 | Concur Cash 141118 C00Ixdilx003 National Air Cargo |
| | 11/19 | 93.67 | Syncada Tranfees 141118 000000610000184 0000National Air Car |
| | 11/20 | 891.48 | WT Fed#03567 Compass Bank /Ftr/Bnf=Atc/Platinum Air Cargo Srf# IN14112012565813 Trn#141120138604 Rfb# 000007616 |
| | 11/20 | 633.66 | WT Fed#03472 Citibank, N.A. /Ftr/Bnf=Emirates Srf# IN14112013013688 Trn#141120138303 Rfb# 000007617 |
| | 11/20 | 330.45 | WT Fed#03489 California Bank An /Ftr/Bnf=Pace Freight Systems Srf# IN14112012491473 Trn#141120138331 Rfb# 000007615 |
| | 11/20 | 51,661.26 | Bank Originated Debit |
| | 11/21 | 944.00 | WT Fed#04351 Citibank, N.A. /Ftr/Bnf=Emirates Srf# IN14112110392076 Trn#141121137541 Rfb# 000007618 |
| | 11/21 | 570.89 | WT Fed#04411 Providence Bank /Ftr/Bnf=Tex-Air Delivery Srf# IN14112110453863 Trn#141121137807 Rfb# 000007619 |




**Electronic debits/bank debits** *(continued)*

| *Effective date* | *Posted date* | *Amount* | *Transaction detail* |
|---|---|---|---|
| | 11/21 | 390.64 | WT Fed#04510 Compass Bank /Ftr/Bnf=Atc Platinum Air Cargo Srf# IN14112113063990 Trn#141121138115 Rfb# 000007621 |
| | 11/21 | 18.30 | Syncada Tranfees 141120 000000610000184 0000National Air Car |
| | 11/24 | 192,231.64 | WT Fed#00036 Deutsche Bank Trus /Ftr/Bnf=ADP Srf# IN14112406091364 Trn#141124046801 Rfb# 000007622 |
| | 11/24 | 74,860.64 | WT Fed#00037 Deutsche Bank Trus /Ftr/Bnf=ADP Srf# IN14112406095930 Trn#141124046803 Rfb# 000007623 |
| | 11/24 | 48,095.00 | WT Fed#08111 First-Citizens Ban /Ftr/Bnf=Guthrie Trucking Srf# IN14112413370536 Trn#141124163223 Rfb# 000007628 |
| | 11/24 | 31,560.00 | WT Fed#08110 Keybank National A /Ftr/Bnf=Universal Logistics Srf# IN14112413415991 Trn#141124163225 Rfb# 000007631 |
| | 11/24 | 2,885.61 | WT Fed#07993 Compass Bank /Ftr/Bnf=Atc Platinum Air Cargo Srf# IN14112413462831 Trn#141124162929 Rfb# 000007634 |
| | 11/24 | 1,050.00 | WT Fed#08108 Valley National Ba /Ftr/Bnf=Bbt Logistics Srf# IN14112413325127 Trn#141124163220 Rfb# 000007626 |
| | 11/24 | 349.04 | WT Fed#07994 Providence Bank /Ftr/Bnf=Tex-Air Delivery Srf# IN14112413442644 Trn#141124162930 Rfb# 000007633 |
| | 11/24 | 239.95 | WT Fed#08109 Mufg Union Bank, N /Ftr/Bnf=McL & Associates Srf# IN14112413433947 Trn#141124163226 Rfb# 000007632 |
| | 11/24 | 62.32 | WT Seq163222 Quickstar Logistics Inc /Bnf=Quick Logistics, Inc. Srf# IN14112413394649 Trn#141124163222 Rfb# 000007630 |
| | 11/24 | 1,427.28 | WT 141124-163224 Banque Nationale Du /Bnf=Cargolution Srf# IN14112413353677 Trn#141124163224 Rfb# 000007627 |
| | 11/25 | 35,684.70 | WT Fed#06809 Fifth Third Bank /Ftr/Bnf=Heavyweight Air Express Srf# IN14112511381334 Trn#141125165143 Rfb# 000007663 |
| | 11/25 | 687.52 | WT Fed#06811 Citibank, N.A. /Ftr/Bnf=Emirates Srf# IN14112511364554 Trn#141125165142 Rfb# 000007661 |
| | 11/25 | 451.16 | WT Fed#06812 Citibank, N.A. /Ftr/Bnf=Griley Air Freight Srf# IN14112511372960 Trn#141125165144 Rfb# 000007662 |
| | 11/26 | 17,985.00 | WT Fed#09617 Fifth Third Bank /Ftr/Bnf=Heavyweight Air Express Srf# IN14112610325112 Trn#141126153453 Rfb# 000007675 |
| | 11/26 | 15,500.00 | WT Fed#09989 Bank of America, N /Ftr/Bnf=Portside Cargo Srf# IN14112610231103 Trn#141126154507 Rfb# 000007673 |
| | 11/26 | 2,480.83 | WT Fed#09268 Deutsche Bank Trus /Ftr/Bnf=ADP Srf# IN14112610123133 Trn#141126152736 Rfb# 000007670 |
| | 11/26 | 1,465.78 | WT Fed#05369 Citibank, N.A. /Ftr/Bnf=Emirates Srf# IN14112610103740 Trn#141126171892 Rfb# 000007669 |
| | 11/26 | 421.41 | WT Fed#09871 Providence Bank /Ftr/Bnf=Tex-Air Delivery Srf# IN14112610145346 Trn#141126154256 Rfb# 000007671 |
| | 11/26 | 275.00 | WT Fed#03998 Bank of America, N /Ftr/Bnf=Rushway Delivery Srf# IN14112607573743 Trn#141126073263 Rfb# 000007668 |
| | 11/26 | 275.00 | WT Fed#09699 Bank of America, N /Ftr/Bnf=Rushway Delivery Srf# IN14112610265410 Trn#141126153698 Rfb# 000007674 |
| | 11/26 | 240.00 | WT Fed#05310 Jpmorgan Chase Ban /Ftr/Bnf=Globe Air Cargo Srf# IN14112612343654 Trn#141126171732 Rfb# 000007679 |
| | 11/26 | 170.25 | WT Fed#00696 Citibank, N.A. /Ftr/Bnf=Emirates Srf# IN14112613584807 Trn#141126189605 Rfb# 000007680 |



***Electronic debits/bank debits*** *(continued)*

| *Effective date* | *Posted date* | *Amount* | *Transaction detail* |
|---|---|---|---|
| | 11/26 | 10,507.40 | Concur Corp Card 141125 C00J3Waux003 Air Cargo Amex |
| | 11/26 | 1,085.82 | Concur Cash 141125 C00J3Wagx001 National Air Cargo |
| | 11/28 | 17,152.70 | WT Fed#08578 Deutsche Bank Trus /Ftr/Bnf=ADP Srf# IN14112813461417 Trn#141128140887 Rfb# 000007685 |
| | 11/28 | 1,067.35 | WT Fed#09693 Citibank N.A. NEW /Ftr/Bnf=Cargolux Airlines Srf# IN14112807594316 Trn#141128079572 Rfb# 000007682 |
| | 11/28 | 200.64 | WT Fed#09704 Citibank, N.A. /Ftr/Bnf=Emirates Srf# IN14112808001452 Trn#141128079599 Rfb# 000007683 |
| | 11/28 | 63,423.54 | Iata Hinge Accou Ccd 141126 Our Reference /Ref/41900210012 |
| | 11/28 | 52,089.35 | Iata Hinge Accou Ccd 141126 Our Reference /Ref/41800208494 |
| | 11/28 | 39,942.05 | Iata Hinge Accou Ccd 141126 Our Reference /Ref/41800208728 |
| | 11/28 | 23,220.57 | Iata Hinge Accou Ccd 141126 Our Reference /Ref/41900210445 |
| | 11/28 | 14,149.45 | Iata Hinge Accou Ccd 141126 Our Reference /Ref/41900211228 |
| | 11/28 | 13,792.40 | Iata Hinge Accou Ccd 141126 Our Reference /Ref/41800208331 |
| | 11/28 | 12,767.90 | Iata Hinge Accou Ccd 141126 Our Reference /Ref/41900210715 |
| | 11/28 | 10,482.15 | Iata Hinge Accou Ccd 141126 Our Reference /Ref/41800208638 |
| | 11/28 | 10,471.06 | Concur Corp Card 141126 C00J58Zjx006 Air Cargo Amex |
| | 11/28 | 6,661.01 | Iata Hinge Accou Ccd 141126 Our Reference /Ref/41800208656 |
| | 11/28 | 6,174.50 | Iata Hinge Accou Ccd 141126 Our Reference /Ref/41800208746 |
| | 11/28 | 5,805.77 | Iata Hinge Accou Ccd 141126 Our Reference /Ref/41900209825 |
| | 11/28 | 5,043.07 | Iata Hinge Accou Ccd 141126 Our Reference /Ref/41900209618 |
| | 11/28 | 4,809.60 | Iata Hinge Accou Ccd 141126 Our Reference /Ref/41900210535 |
| | 11/28 | 3,843.90 | Iata Hinge Accou Ccd 141126 Our Reference /Ref/41900211246 |
| | 11/28 | 3,417.11 | Concur Technolog Corp Pmt C00J74Z9x002 Rmr*Zz*National Air Cargo Inc.\TRN*1*C00J74Z9x002 |
| | 11/28 | 2,959.31 | Iata Hinge Accou Ccd 141126 Our Reference /Ref/41900211318 |
| | 11/28 | 2,789.55 | Iata Hinge Accou Ccd 141126 Our Reference /Ref/41900210517 |
| | 11/28 | 2,720.03 | Iata Hinge Accou Ccd 141126 Our Reference /Ref/41800208232 |
| | 11/28 | 2,430.00 | Iata Hinge Accou Ccd 141126 Our Reference /Ref/41900210913 |
| | 11/28 | 1,783.60 | Iata Hinge Accou Ccd 141126 Our Reference /Ref/41900211417 |
| | 11/28 | 1,697.00 | Iata Hinge Accou Ccd 141126 Our Reference /Ref/419002110210 |
| | 11/28 | 1,680.63 | Iata Hinge Accou Ccd 141126 Our Reference /Ref/41800208412 |
| | 11/28 | 1,331.99 | Iata Hinge Accou Ccd 141126 Our Reference /Ref/41800208719 |
| | 11/28 | 1,313.14 | Iata Hinge Accou Ccd 141126 Our Reference /Ref/41800208764 |
| | 11/28 | 1,274.05 | Iata Hinge Accou Ccd 141126 Our Reference /Ref/41900209717 |
| | 11/28 | 1,263.00 | Iata Hinge Accou Ccd 141126 Our Reference /Ref/41900211255 |
| | 11/28 | 928.65 | Iata Hinge Accou Ccd 141126 Our Reference /Ref/41900210427 |
| | 11/28 | 918.00 | Iata Hinge Accou Ccd 141126 Our Reference /Ref/41900210814 |
| | 11/28 | 900.15 | Iata Hinge Accou Ccd 141126 Our Reference /Ref/41900210616 |
| | 11/28 | 790.00 | Iata Hinge Accou Ccd 141126 Our Reference /Ref/41800208665 |
| | 11/28 | 526.49 | Iata Hinge Accou Ccd 141126 Our Reference /Ref/41900209816 |
| | 11/28 | 443.90 | Iata Hinge Accou Ccd 141126 Our Reference /Ref/41800208548 |
| | 11/28 | 432.80 | Iata Hinge Accou Ccd 141126 Our Reference /Ref/41900211237 |
| | 11/28 | 411.06 | Iata Hinge Accou Ccd 141126 Our Reference /Ref/41900210418 |
| | 11/28 | 399.30 | Iata Hinge Accou Ccd 141126 Our Reference /Ref/41900209429 |
| | 11/28 | 319.30 | Iata Hinge Accou Ccd 141126 Our Reference /Ref/419002102110 |




***Electronic debits/bank debits*** *(continued)*

| *Effective date* | *Posted date* | *Amount* | *Transaction detail* |
|---|---|---|---|
| | 11/28 | 283.80 | Iata Hinge Accou Ccd 141126 Our Reference /Ref/41900209915 |
| | 11/28 | 254.25 | Iata Hinge Accou Ccd 141126 Our Reference /Ref/41900210436 |
| | 11/28 | 246.50 | Iata Hinge Accou Ccd 141126 Our Reference /Ref/418002086110 |
| | 11/28 | 182.08 | Concur Cash 141126 C00J58Zax004 National Air Cargo |
| | 11/28 | 133.00 | Iata Hinge Accou Ccd 141126 Our Reference /Ref/41800208467 |
| | 11/28 | 105.00 | Iata Hinge Accou Ccd 141126 Our Reference /Ref/419002111110 |
| | 11/28 | 76.70 | Iata Hinge Accou Ccd 141126 Our Reference /Ref/41800208511 |
| | | **$1,891,775.71** | **Total electronic debits/bank debits** |

**Checks paid**

| *Number* | *Amount* | *Date* | *Number* | *Amount* | *Date* | *Number* | *Amount* | *Date* |
|---|---|---|---|---|---|---|---|---|
| 112886 | 8,555.00 | 11/26 | 112919 | 5,947.02 | 11/10 | 112946 | 128.10 | 11/21 |
| 112890 * | 480.69 | 11/03 | 112920 | 208.62 | 11/17 | 112948 * | 50.00 | 11/24 |
| 112891 | 1,696.00 | 11/03 | 112921 | 238.98 | 11/12 | 112949 | 402.20 | 11/21 |
| 112892 | 229.01 | 11/17 | 112922 | 302.60 | 11/14 | 112950 | 13,142.80 | 11/19 |
| 112893 | 199.13 | 11/04 | 112923 | 10,967.47 | 11/13 | 112951 | 1,620.00 | 11/20 |
| 112897 * | 778.08 | 11/03 | 112924 | 24.00 | 11/13 | 112954 * | 618.45 | 11/19 |
| 112900 * | 732.64 | 11/04 | 112925 | 32.00 | 11/10 | 112955 | 632.43 | 11/18 |
| 112901 | 125.00 | 11/06 | 112926 | 157.00 | 11/17 | 112955 | 6,000.00 | 11/19 |
| 112902 | 182.20 | 11/04 | 112928 * | 140.00 | 11/13 | 112956 | 248.00 | 11/18 |
| 112903 | 182.54 | 11/12 | 112929 | 9,825.63 | 11/13 | 112957 | 5,090.00 | 11/18 |
| 112904 | 732.50 | 11/06 | 112930 | 190.92 | 11/10 | 112959 * | 46.20 | 11/18 |
| 112905 | 5,132.16 | 11/05 | 112931 | 664.59 | 11/12 | 112960 | 575.07 | 11/19 |
| 112906 | 11,453.42 | 11/05 | 112932 | 20,664.38 | 11/12 | 112961 | 1,157.47 | 11/24 |
| 112907 | 2,332.10 | 11/10 | 112933 | 79.71 | 11/10 | 112962 | 983.39 | 11/19 |
| 112908 | 950.63 | 11/05 | 112934 | 38,470.00 | 11/12 | 112963 | 1,000.00 | 11/20 |
| 112909 | 364.65 | 11/04 | 112935 | 130.40 | 11/14 | 112964 | 137.98 | 11/18 |
| 112910 | 100.00 | 11/05 | 112936 | 100.00 | 11/25 | 112965 | 1,523.04 | 11/19 |
| 112911 | 185.42 | 11/06 | 112938 * | 539.16 | 11/12 | 112966 | 10,385.00 | 11/19 |
| 112912 | 100.00 | 11/18 | 112939 | 4,269.37 | 11/17 | 112967 | 77.03 | 11/17 |
| 112913 | 39,574.07 | 11/05 | 112940 | 2,088.04 | 11/12 | 112968 | 86.53 | 11/24 |
| 112914 | 258.35 | 11/04 | 112941 | 4,949.11 | 11/12 | 112969 | 40.00 | 11/21 |
| 112915 | 143.17 | 11/04 | 112942 | 1,274.17 | 11/21 | 112978 * | 175.00 | 11/28 |
| 112916 | 93.64 | 11/06 | 112944 * | 733.57 | 11/25 | 112979 | 351.79 | 11/28 |
| 112917 | 128.00 | 11/17 | 112945 | 895.51 | 11/17 | 112983 * | 2,795.00 | 11/28 |
| 112918 | 129.47 | 11/10 | | | | | | |

**$224,995.60** **Total checks paid**

* *Gap in check sequence.*

**$2,116,771.31** **Total debits**

## Daily ledger balance summary

| *Date* | *Balance* | *Date* | *Balance* | *Date* | *Balance* |
|---|---|---|---|---|---|
| 10/31 | 217,827.88 | 11/06 | 87,592.30 | 11/13 | 373,474.87 |
| 11/03 | 475,377.91 | 11/07 | 309,734.46 | 11/14 | 126,351.25 |
| 11/04 | 460,627.52 | 11/10 | 491,939.37 | 11/17 | 228,234.62 |
| 11/05 | 395,849.46 | 11/12 | 400,264.73 | 11/18 | 213,796.16 |




***Daily ledger balance summary*** *(continued)*

| Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|
| 11/19 | 165,054.62 | 11/24 | 14,719.98 | 11/26 | 147,357.63 |
| 11/20 | 108,917.77 | 11/25 | 52,063.03 | 11/28 | 127,709.62 |
| 11/21 | 106,978.98 | | | | |

**Average daily ledger balance** **$223,418.18**

©2010 Wells Fargo Bank, N.A.
All rights reserved. Member FDIC.

M&T Bank — Checking Account Statement

FOR INQUIRIES CALL: WNY COMMERCIAL BANKING
(716) 848-7355

00 0 00013M NM 017

P

000004884 FIDS1548D01711281411 04 000000



NATIONAL AIR CARGO INC
350 WINWARD DR
ORCHARD PARK NY 14127

| ACCOUNT TYPE |
|---|
| CORPORATE CHECKING |

| ACCOUNT NUMBER | STATEMENT PERIOD |
|---|---|
| [redacted]7076 | 11/01/14 - 11/30/14 |

| | |
|---|---|
| BEGINNING BALANCE | $21,788.85 |
| DEPOSITS & CREDITS | 20,829.82 |
| LESS CHECKS & DEBITS | 16,158.29 |
| LESS SERVICE CHARGES | 40.00 |
| ENDING BALANCE | $26,420.38 |

## ACCOUNT ACTIVITY

| POSTING DATE | TRANSACTION DESCRIPTION | DEPOSITS & OTHER CREDITS (+) | WITHDRAWALS & OTHER DEBITS (-) | DAILY BALANCE |
|---|---|---|---|---|
| 11/01/2014 | BEGINNING BALANCE | | | $21,788.85 |
| 11/07/2014 | ADP PAYROLL FEES ADP - FEES 10ZTS 1923475 | | $310.07 | |
| 11/07/2014 | ADP PAYROLL FEES ADP - FEES 1069F 1964763 | | 918.47 | 20,560.31 |
| 11/10/2014 | SERVICE CHARGE FOR ACCOUNT 000000016067076 | | 40.00 | 20,520.31 |
| 11/13/2014 | CHECK NUMBER 10002 | | 742.10 | |
| 11/13/2014 | CHECK NUMBER 6009 | | 276.84 | |
| 11/13/2014 | CHECK NUMBER 6011 | | 1,129.14 | |
| 11/13/2014 | CHECK NUMBER 6013 | | 1,292.59 | |
| 11/13/2014 | CHECK NUMBER 10000 | | 854.48 | |
| 11/13/2014 | CHECK NUMBER 10003 | | 2,037.63 | |
| 11/13/2014 | CHECK NUMBER 10004 | | 1,004.24 | 13,183.29 |
| 11/17/2014 | CHECK NUMBER 6012 | | 40.00 | 13,143.29 |
| 11/18/2014 | CHECK NUMBER 6014 | | 78.13 | |
| 11/18/2014 | CHECK NUMBER 6015 | | 128.02 | 12,937.14 |
| 11/21/2014 | ADP PAYROLL FEES ADP - FEES 1069F 2541005 | | 1,448.89 | 11,488.25 |
| 11/26/2014 | DEPOSIT | $20,829.82 | | |
| 11/26/2014 | Check not received listed on deposit | | 3,851.43 | |
| 11/26/2014 | CHECK NUMBER 10006 | | 1,125.90 | 27,340.74 |
| 11/28/2014 | CHECK NUMBER 10008 | | 742.10 | |
| 11/28/2014 | CHECK NUMBER 6016 | | 85.13 | |
| 11/28/2014 | CHECK NUMBER 6017 | | 93.13 | 26,420.38 |
| | NUMBER OF DEPOSITS/CHECKS PAID | 1 | 14 | |



LD18 (6/12)

MANUFACTURERS AND TRADERS TRUST COMPANY
ONE FOUNTAIN PLAZA BUFFALO, NEW YORK 14203-1495