# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0209−1 | User: pinto | Date Created: 12/30/2014 |
| Case: 1−14−12414−MJK | Form ID: pdforder | Total: 4 |

**Recipients of Notice of Electronic Filing:**
aty      Bradford J. Sandler      bsandler@pszjlaw.com
aty      John A. Mueller      jmueller@hselaw.com
aty      Raymond L. Fink      rfink@hselaw.com

                                                                                                          TOTAL: 3

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db      National Air Cargo, Inc.      350 Windward Drive      Orchard Park, NY 14127

                                                                                                           TOTAL: 1