# Notice Recipients

District/Off: 0209−1  User: pinto  Date Created: 5/6/2015
Case: 1−14−12414−MJK  Form ID: pdfattch  Total: 5

**Recipients of Notice of Electronic Filing:**
aty	Bradford J. Sandler	bsandler@pszjlaw.com
aty	John A. Mueller	jmueller@hselaw.com
aty	Raymond L. Fink	rfink@hselaw.com
aty	Robert J. Feinstein	rfeinstein@pszjlaw.com

TOTAL: 4

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db	National Air Cargo, Inc.	350 Windward Drive	Orchard Park, NY 14127

TOTAL: 1