UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NEW YORK

---

IN RE:

NATIONAL AIR CARGO, INC.,

DEBTOR.

CHAPTER 11
CASE NO. 1-14-12414-MJK

---

## *SECOND* STIPULATION AND ORDER (I) RESETTING DISCLOSURE STATEMENT HEARING AND (II) EXTENDING THE DEBTOR'S EXCLUSIVE PERIOD TO SOLICIT ACCEPTANCES OF CHAPTER 11 PLAN PURSUANT TO 11 U.S.C. § 1121(d)

This Stipulation and Order is entered into between and among: (i) National Air Cargo, Inc. ("Debtor"); and (ii) Official Committee of Unsecured Creditors of the Debtor ("Committee"), each by and through its undersigned counsel (Debtor and Committee collectively the "Parties" and each individually a "Party").

### I. RECITALS

1. On February 12, 2015, pursuant to 11 U.S.C. § 1121(d), this Court entered an Order extending the period during which the Debtor has the exclusive right to solicit acceptances for a Chapter 11 plan through and including June 15, 2015 [Docket No. 206].

2. On April 16, 2015, the Debtor filed the Disclosure Statement for Debtor's Chapter 11 Plan of Reorganization ("Disclosure Statement") [Docket No. 239].

3. On April 20, 2015, this Court entered an Order setting the Disclosure Statement hearing for 2 p.m. on June 8, 2015 [Docket No. 242].

4. Also on April 20, 2015, the Clerk of Court filed and sent a letter to the Debtor's counsel directing service of the Hearing Order ("Service Letter") [Docket No. 243].

5. On May 6, 2015, this Court entered the Parties' *first* Stipulation and Order, which reset the Disclosure Statement hearing for 10 a.m. on June 30, 2015 [Docket No. 277].

4200739_2

NOW, THEREFORE, the Parties acknowledge that additional time is necessary to work through any amendments to the Disclosure Statement and solicit acceptances of a Chapter 11 plan, so hereby stipulate and agree as follows:

## II. STIPULATION

1. Per consultation with the Court, hearing of the Disclosure Statement is reset for:

**10 A.M. ON WEDNESDAY, JULY 29, 2015**
**Part I Courtroom**
**Olympic Towers**
**300 Pearl Street, Suite 350**
**Buffalo, New York 14202**

2. In accordance with FED. R. BANKR. P. 3017(a), **Friday, July 24, 2015**, is fixed as the last day for filing and serving written objections to the Disclosure Statement.

3. Pursuant to 11 U.S.C. § 1121(d), the period during which the Debtor has the exclusive right to solicit acceptances for a Chapter 11 plan is extended to thirty (30) days after closure of the reset Disclosure Statement hearing detailed above.

4. Based upon a review prior to submission, the United States Trustee has no objection to the Court's entry of this Stipulation and Order.

5. Upon entry of this Stipulation and Order, the Debtor's counsel will comply with all requirements of the Service Letter.

6. This Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation and enforcement of this Stipulation and Order.

Dated: June 15, 2015　　　　　　　　HARTER SECREST & EMERY LLP

　　　　　　　　　　　　　　　　　　　　/s/ Raymond L. Fink
　　　　　　　　　　　　　　　　Raymond L. Fink, Esq.
　　　　　　　　　　　　　　　　John A. Mueller, Esq.
　　　　　　　　　　　　　　　　12 Fountain Plaza, Suite 400
　　　　　　　　　　　　　　　　Buffalo, New York 14202-2293
　　　　　　　　　　　　　　　　(716) 853-1616
　　　　　　　　　　　　　　　　rfink@hselaw.com
　　　jmueller@hselaw.com

　　　　　　　　　　　　　　　　· Counsel to Debtor


Dated: June 15, 2015　　　　　　　　PACHULSKI STANG ZIEHL & JONES LLP

　　　　　　　　　　　　　　　　　　　　/s/ Bradford J. Sandler
　　　　　　　　　　　　　　　　Robert J. Feinstein, Esq.
　　　　　　　　　　　　　　　　Bradford Sandler, Esq.
　　　　　　　　　　　　　　　　780 Third Avenue, 34th Floor
　　　　　　　　　　　　　　　　New York, New York 10017-2024
　　　　　　　　　　　　　　　　(212) 561-7700
　　　　　　　　　　　　　　　　bsandler@pszjlaw.com
　　　　　　　　　　　　　　　　rfeinstein@pszjlaw.com

　　　　　　　　　　　　　　　　· Counsel to Committee


SO ORDERED:

Dated: June ___17___, 2015
　　　　　Buffalo, New York

　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　HONORABLE MICHAEL J. KAPLAN
　　　　　　　　　　　　　　　　U.S. BANKRUPTCY JUDGE



4200739_2