# Notice Recipients

District/Off: 0209−1     User: pinto     Date Created: 6/17/2015
Case: 1−14−12414−MJK     Form ID: pdfattch     Total: 5

**Recipients of Notice of Electronic Filing:**
| | | |
|---|---|---|
| aty | Bradford J. Sandler | bsandler@pszjlaw.com |
| aty | John A. Mueller | jmueller@hselaw.com |
| aty | Raymond L. Fink | rfink@hselaw.com |
| aty | Robert J. Feinstein | rfeinstein@pszjlaw.com |

TOTAL: 4

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
| | | | |
|---|---|---|---|
| db | National Air Cargo, Inc. | 350 Windward Drive | Orchard Park, NY 14127 |

TOTAL: 1