# Notice Recipients

District/Off: 0209−1     User: pinto     Date Created: 7/9/2015
Case: 1−14−12414−MJK     Form ID: pdfattch     Total: 5

**Recipients of Notice of Electronic Filing:**
aty     Bradford J. Sandler     bsandler@pszjlaw.com
aty     John A. Mueller     jmueller@hselaw.com
aty     Raymond L. Fink     rfink@hselaw.com
aty     Robert J. Feinstein     rfeinstein@pszjlaw.com

TOTAL: 4

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db     National Air Cargo, Inc.     350 Windward Drive     Orchard Park, NY 14127

TOTAL: 1