Schuyler G. Carroll
Jeffrey D. Vanacore
PERKINS COIE LLP
30 Rockefeller Plaza, 22nd Floor
New York, NY 10112-0085
(212) 262-6900

Attorneys for Global BTG LLC

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF NEW YORK**

--------------------------------------------------------- X

IN RE:                                            Chapter 11

NATIONAL AIR CARGO, INC.,

                                                           Case No. 14-12414-MJK

                    Debtor

--------------------------------------------------------- X

## CERTIFICATE OF SERVICE

I, Jeffrey D. Vanacore, hereby certify that on July 28, 2015, I caused a true and correct copies of the following document(s):

(a)    **NOTICE OF GLOBAL BTG LLC's MOTION FOR ENTRY OF AN ORDER AUTHORIZING THE ISSUANCE OF SUBPOENAS FOR THE PRODUCTION OF DOCUMENTS AND THE PROVISION OF TESTIMONY BY THE DEBTOR, CHRISTOPHER J. ALF AND NATIONAL AIR CARGO HOLDINGS, INC. PURSUANT TO RULE 2004 OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE;**

(b)    **GLOBAL BTG LLC'S MOTION FOR ENTRY OF AN ORDER AUTHORIZING THE ISSUANCE OF SUBPOENAS FOR THE PRODUCTION OF DOCUMENTS AND THE PROVISION OF TESTIMONY BY THE DEBTOR, CHRISTOPHER J. ALF AND NATIONAL AIR CARGO HOLDINGS, INC. PURSUANT TO RULE 2004 OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE**

to be served upon the attorneys and parties who agreed to receive notice via ECF by service through the Court's ECF system and on August 11, 2015 via first class mail upon the following:

Raymond L. Fink
John A. Mueller
Harter, Secrest & Emery
Twelve Fountain Plaza, Suite 400
Buffalo, NY 14202-2228
rfink@hselaw.com
jmueller@hselaw.com
*Counsel for Debtors*

Joseph W. Allen
Office of the U.S. Trustee
Olympic Towers
300 Pearl Street, Suite 401
Buffalo, NY 14202
Joseph.W.Allen@usdoj.gov
*U.S. Trustee*

Robert J. Feinstein
Bradford J. Sandler
Pachulski Stang Ziehl & Jones LLP
780 Third Avenue, 36th Floor
New York, NY 10017
rfeinstein@pszjlaw.com
bsandler@pszjlaw.com
*Official Committee of Unsecured Creditors*

Janet G. Burhyte, Esq.
John K. Rottaris , Esq.
Gross, Shuman, Brizdle & Gilfillan, P.C.
465 Main Street, Suite 600
Buffalo, New York 14203
jburhyte@gross-shuman.com
jrottaris@gross-shuman.com
*Counsel for Named Creditors*

Thomas K. O' Gara, Esq.
Todd R. Braggins, Esq.
Ernstrom & Dreste, LLP
180 Canal View Boulevard, Suite 600
Rochester, New York 14623
TOGara@ed-llp.com
TBraggins@ed-llp.com
*Counsel for Western Surety Company*

and

Dennis B. Black
Mesirow Financial
353 North Clark Street
Chicago, Illinois 60654
dblack@mesirowfinancial.com
*General Counsel for Mesirow Financial*

by depositing a true copy thereof, enclosed in postpaid, properly addressed wrapper, in an official depository under the exclusive care and custody of the United States Postal Service within New York State at the addresses designated above for said purpose.

Dated: August 11, 2015

                                          /*s/ Jeffrey D. Vanacore*
                                           Jeffrey D. Vanacore