# EXHIBIT A



United States Patent and Trademark Office

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

## Trademarks > Trademark Electronic Search System (TESS)

*TESS was last updated on Tue Mar 21 03:47:02 EDT 2017*

[TESS HOME] [NEW USER] [STRUCTURED] [FREE FORM] [BROWSE DICT] [SEARCH OG] [BOTTOM] [HELP] [PREV LIST] [CURR LIST] [NEXT LIST]
[FIRST DOC] [PREV DOC] [NEXT DOC] [LAST DOC]

[Logout] Please logout when you are done to release system resources allocated for you.

[Start] List At:    OR [Jump] to record:    **Record 2 out of 15**

[TSDR] [ASSIGN Status] [TTAB Status] ( Use the "Back" button of the Internet Browser to return to TESS)

**NATIONAL AIRLINES** (logo)

| | |
|---|---|
| **Word Mark** | NATIONAL AIRLINES |
| **Goods and Services** | (CANCELLED) IC 039. US 100 105. G & S: Transportation of passengers, goods and cargo by air; airline transportation services. FIRST USE: 20080100. FIRST USE IN COMMERCE: 20080100 |
| **Mark Drawing Code** | (3) DESIGN PLUS WORDS, LETTERS, AND/OR NUMBERS |
| **Design Search Code** | 26.13.21 - Quadrilaterals that are completely or partially shaded |
| **Trademark Search Facility Classification Code** | SHAPES-GEOMETRIC Geometric figures and solids including squares, rectangles, quadrilaterals and polygons |
| **Serial Number** | 77277571 |
| **Filing Date** | September 12, 2007 |
| **Current Basis** | 1A |
| **Original Filing Basis** | 1B |
| **Published for Opposition** | January 1, 2008 |
| **Registration Number** | 3588126 |
| **Registration Date** | March 10, 2009 |
| **Owner** | (REGISTRANT) National Air Cargo, Inc. CORPORATION NEW YORK 350 Windward Drive Orchard Park NEW YORK 14127 |
| **Assignment Recorded** | ASSIGNMENT RECORDED |
| **Attorney of Record** | Hae Park-Suk |
| **Prior** | 2285270;2852727 |

| | |
|---|---|
| **Registrations** | |
| **Disclaimer** | NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "AIRLINES" APART FROM THE MARK AS SHOWN |
| **Description of Mark** | Color is not claimed as a feature of the mark. The mark consists of the wording "NATIONAL AIRLINES" with a solid parallelogram to the left of the wording. |
| **Type of Mark** | SERVICE MARK |
| **Register** | PRINCIPAL-2(F)-IN PART |
| **Live/Dead Indicator** | DEAD |
| **Cancellation Date** | October 16, 2015 |
| **Distinctiveness Limitation Statement** | as to "NATIONAL" |

TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | TOP | HELP | PREV LIST | CURR LIST | NEXT LIST
FIRST DOC | PREV DOC | NEXT DOC | LAST DOC

|.HOME | SITE INDEX| SEARCH | eBUSINESS | HELP | PRIVACY POLICY