# EXHIBIT B



United States Patent and Trademark Office

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

## Trademarks > Trademark Electronic Search System (TESS)

TESS was last updated on Tue Mar 21 03:47:02 EDT 2017

[TESS HOME] [NEW USER] [STRUCTURED] [FREE FORM] [BROWSE DICT] [SEARCH OG] [BOTTOM] [HELP] [PREV LIST] [CURR LIST] [NEXT LIST]
[FIRST DOC] [PREV DOC] [NEXT DOC] [LAST DOC]

[Logout] Please logout when you are done to release system resources allocated for you.

Start List At:    OR [Jump] to record:    **Record 1 out of 15**

[TSDR] [ASSIGN Status] [TTAB Status] ( Use the "Back" button of the Internet Browser to return to TESS)

# NATIONAL AIRLINES

| | |
|---|---|
| **Word Mark** | NATIONAL AIRLINES |
| **Goods and Services** | IC 039. US 100 105. G & S: Air charter services; Air charter transportation services; Air transportation of passengers and freight; Airline transportation services; Transport of passengers; Transportation of passengers and/or goods by air. FIRST USE: 20080100. FIRST USE IN COMMERCE: 20080100 |
| **Standard Characters Claimed** | |
| **Mark Drawing Code** | (4) STANDARD CHARACTER MARK |
| **Serial Number** | 86518220 |
| **Filing Date** | January 29, 2015 |
| **Current Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Published for Opposition** | June 23, 2015 |
| **Registration Number** | 4807835 |
| **Registration Date** | September 8, 2015 |
| **Owner** | (REGISTRANT) National Air Cargo Group, Inc. DBA National Airlines CORPORATION FLORIDA Suite 500 5955 T.G. LEE BLVD Orlando FLORIDA 32822 |
| **Attorney of Record** | Hae Park-Suk |
| **Disclaimer** | NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "AIRLINES" APART FROM THE MARK AS SHOWN |
| **Type of Mark** | SERVICE MARK |

| | |
|---|---|
| Register | PRINCIPAL-2(F)-IN PART |
| Live/Dead Indicator | LIVE |
| Distinctiveness Limitation Statement | As to "NATIONAL" |

TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | TOP | HELP | PREV LIST | CURR LIST | NEXT LIST

FIRST DOC | PREV DOC | NEXT DOC | LAST DOC

| .HOME | SITE INDEX | SEARCH | eBUSINESS | HELP | PRIVACY POLICY