# EXHIBIT D

# Harter Secrest & Emery LLP
ATTORNEYS AND COUNSELORS

November 2, 2016

**VIA E-MAIL (Danielle.rios@usdoj.gov)**
**and Facsimile (213) 894-2030**
U.S. MARSHALS SERVICE – CENTRAL DISTRICT OF CALIFORNIA
Attn: Civil Process / Danielle Rios
350 W. 1st Street, Suite 3001
Los Angeles, CA 90012

Re: *Global BTG LLC v. National Air Cargo, Inc.*
· Case No. 2:11-cv-01657 1-14-12414 / U.S. District Court Central District of CA
· Our File No. 099788.000002

Dear Ms. Rios:

This letter is to follow up on my recent call with your office regarding a Notice of Levy in the above-referenced matter. As noted, we serve as bankruptcy counsel to the defendant, National Air Cargo, Inc. ("NAC"), who filed for Chapter 11 bankruptcy on October 17, 2014 ("Petition Date"). The case was filed with the U.S. Bankruptcy Court for the Western District of New York and assigned Case No. 1-14-12414-MJK.

The plaintiff, Global BTG LLC ("Global"), was within its rights to issue the pre-bankruptcy Notice of Levy on October 14, 2014. However, the automatic stay under the U.S. Bankruptcy Code went into effect on the Petition Date; thus, prohibiting "the enforcement, against the debtor *or against property of the estate*, of a judgment obtained before the commencement of the case under this title" – 11 U.S.C. § 362(a)(2).

The Notice of Levy was executed against one of NAC's customers, ManTech International Corp. ("ManTech"), based on an outstanding receivable owed to NAC in the amount of $95,100 – proof of which is attached hereto. The ManTech receivable is an asset of NAC's bankruptcy estate and as such, U.S. bankruptcy law explicitly prohibits Global from collecting upon it. I have copied Global's counsel on this letter, so they are aware of the situation.

Per the above, our office must request that the U.S. Marshals Service release the funds currently in its possession via check payable to "National Air Cargo Inc." and delivered to my attention at the Buffalo office address listed below.

50 FOUNTAIN PLAZA, SUITE 1000 BUFFALO, NY 14202-2293 PHONE 716.853.1616 FAX 716.853.1617
5549883_1
ROCHESTER NY • BUFFALO NY • ALBANY NY • CORNING NY • NEW YORK NY

Please contact me with any questions or concerns; otherwise, your office's cooperation in this matter is greatly appreciated.

Sincerely,

HARTER SECREST & EMERY LLP

*John A. Mueller*

John A. Mueller
DIRECT DIAL 716 841 3701
E-MAIL JMUELLER@HSELAW.COM

JAM:jam
Attachments/Enclosures
Cc: Donald J. Kula, Esq. (*via e-mail*)
 Jeffrey S. Goodfried, Esq. (*via e-mail*)
 Eric D. Danat (*via e-mail*)

5549883_1

lational Air Cargo Middle East FZE

Customer aging report

report date 10/3/2016, sorted by Document date

| Account | Name | | | Balance as of 10/3/2016 | | 0 - 30 Days | Past Due 31 - 60 Days | 61 - 90 D |
|---|---|---|---|---|---|---|---|---|
| MANT300 | Mantech International Co | | | | | | | |
| Document dt 10/27/2014 | Voucher/invoice 0092090GJE/930239154-01 | | Due Date 12/11/2014 | 95,100.00 | | 0.00 | 0.00 | |
| | Total due | | | 95,100.00 | 0.00 | 0.00 | 0.00 | |
| | Percentages | | | 100.00 | 0.00 | 0.00 | 0.00 | |
| | Report total | | | 95,100.00 | 0.00 | 0.00 | 0.00 | |
| | Percentages | | | 100.00 | 0.00 | 0.00 | 0.00 | |



**DESTINATION EXCELLENCE™**



# Invoice

National Air Cargo, Inc.
350 Windward Drive
Orchard Park, NY 14127
UNITED STATES

Phone: 716-631-0011
Fax: 877-705-3689 / 716-677-2657

Mantech International Co.
2250 Corporate Park Drive
Suite #600
Herdon, VA 20171
UNITED STATES
TAX ID: 721527000

| Invoice No. | Invoice Date |
|---|---|
| 930239154-01 | October 27, 2014 |
| Customer No. | HAWB/Ref No. |
| MANT300 | 930239154 |



**SHIPPER**

MANTECH SOCOM - KDH
Kandahar
KANDAHAR
AFGHANISTAN



**CONSIGNEE**

MANTECH SOCOM
Bagram
Bagram/ManTech SOCOM Retrograde Yard
BAGRAM
AFGHANISTAN

| SHIP DATE: August 06, 2014 | TERMS: Due on Receipt | Cust Ref #: |
|---|---|---|
| PIECES: 20 | DECLARED VALUE: NIL | ACTUAL WGT: 165,347 LB  75,000 KG | CHARGEABLE WGT: 532,973 LB  241,753 KG |
| SERVICE LEVEL: STANDARD | Due Date: October 28, 2014 | |

| DESCRIPTION OF CHARGES | QUANTITY | RATE | AMOUNT |
|---|---|---|---|
| LAND TRANSPORT - 20ea_40ft Flatbed | 20 | $4,755.00 | $95,100.00 |

| PLEASE PAY in USD | $95,100.00 |
|---|---|

**PLEASE REMIT TO:**

National Air Cargo, Inc.
350 Windward Drive
Orchard Park, NY 14127
UNITED STATES

**WIRING INSTRUCTIONS:**

Wells Fargo Bank
ABA# 121000248
Acct# 4124524257
Acct Name: National Air Cargo, Inc.
Swift Code: WFBIUS6S

As a reminder, our full terms and conditions are located at
www.nationalaircargo.com

Ref: 2.01.P05.R03
Rev: 3

Page 1 of 1

Owner: Accounting



**Printer Friendly Version**

| | |
|---|---|
| Account Number: | 8026254718 |
| Account Name: | ManTech - AP |
| Post Date: | 06/26/2015 |
| Amount: | $95,100.00 |
| Transaction Type: | Checks/Debits |
| Seq/Ref#: | 94288021 |
| Check #: | 11997 |

FRB CLEVELAND
> 041036033 <
reas DG - OTCNET
06/25/2015

This document : Confirmed
(reduced sample and details below)
Document size : 8.5"x11"

**HSE**

Harter Secrest & Emery LLP
ATTORNEYS AND COUNSELORS

November 2, 2016

VIA E-MAIL (Danielle.rios@usdoj.gov)
and Facsimile (213) 894-2030
U.S. MARSHALS SERVICE – CENTRAL DISTRICT OF CALIFORNIA
Attn: Civil Process / Danielle Rios
350 W. 1st Street, Suite 3001
Los Angeles, CA 90012

Re:  *Global BTG LLC v. National Air Cargo, Inc.*
Case No. 2:11-cv-01657 1-14-12414 / U.S. District Court Central District of CA
Our File No. 099788.00002

Dear Ms. Rios:

This letter is to follow up on my recent call with your office regarding a Notice of Levy in the above-referenced matter. As noted, we serve as bankruptcy counsel to the defendant, National Air Cargo, Inc. ("NAC"), who filed for Chapter 11 bankruptcy on October 17, 2014 ("Petition Date"). The case was filed with the U.S. Bankruptcy Court for the Western District of New York and assigned Case No. 1-14-12414-MJK.

The plaintiff, Global BTG LLC ("Global"), was within its rights to issue the pre-bankruptcy Notice of Levy on October 14, 2014. However, the automatic stay under the U.S. Bankruptcy Code went into effect on the Petition Date; thus, prohibiting "the enforcement, against the debtor or *against property of the estate*, of a judgment obtained before the commencement of the case under this title" – 11 U.S.C. § 362(a)(2).

The Notice of Levy was executed against one of NAC's customers, ManTech International Corp. ("ManTech"), based on an outstanding receivable owed to NAC in the amount of $95,100 – proof of which is attached hereto. The ManTech receivable is an asset of NAC's bankruptcy estate and as such, U.S. bankruptcy law explicitly prohibits Global from collecting upon it. I have copied Global's counsel on this letter, so they are aware of the situation.

Per the above, our office must request that the U.S. Marshals Service release the funds currently in its possession via check payable to "National Air Cargo Inc." and delivered to my attention at the Buffalo office address listed below.

| Total Pages Scanned : 5 | | Total Pages Confirmed : 5 | | | | | | |
|---|---|---|---|---|---|---|---|---|
| No. | Job | Remote Station | Start Time | Duration | Pages | Line | Mode | Job Type | Results |
| 001 | 792 | 213-894-2030 | 10:24:14 a.m. 11-03-2016 | 00:01:04 | 5/5 | 1 | EC | HS | CP24000 |

Abbreviations:
HS: Host send          PL: Polled local        MP: Mailbox print      CP: Completed              TS: Terminated by system
HR: Host receive    PR: Polled remote    RP: Report                   FA: Fail                           G3: Group 3
WS: Waiting send  MS: Mailbox save      FF: Fax Forward         TU: Terminated by user   EC: Error Correct