# EXHIBIT E

# PERKINSCOIe

30 Rockefeller Plaza
22nd Floor
New York, NY 10112-0085

☎ +1.212.262.6900
☎ +1.212.977.1649
perkinscoie.com

November 19, 2015

Jeffrey D. Vanacore
JVanacore@perkinscoie.com
D. +1.212.262.6912
F. +1.212.977.1642

**VIA FACSIMILE (213-894-2030) AND UNITED STATES MAIL**

United States Marshals Service
Attn. Regina Raleigh
255 East Temple Street, Room 346
Los Angeles, CA 90012

**Re: Global BTG**

Dear Ms. Raleigh:

Thank you for your call to me regarding the Global BTG judgment.

As discussed, the Debtor is currently in a bankruptcy proceeding in the Bankruptcy Court, Western District of New York, Case No. 14-12414 (MJK).

Accordingly, all funds should be returned to the proper party.

Feel free to contact me with any further questions.

Very truly yours,

/s/ *Jeffrey D. Vanacore*

Jeffrey D. Vanacore

128642130.1
Perkins Coie LLP

```
                         ********************
                         *** FAX TX REPORT ***
                         ********************

                         TRANSMISSION OK

            JOB NO.                   1478
            DESTINATION ADDRESS       9*0099010001*12138942030
            SUBADDRESS
            DESTINATION ID
            ST. TIME                  11/20 15:09
            TX/RX TIME                00'25
            PGS.                      2
            RESULT                    OK
```

# perkinscoie

30 Rockefeller Plaza  
22nd Floor  
New York, NY 10112-0085

☏ +1.212.262.6900  
☏ +1.212.977.1649  
PerkinsCoie.com

**Facsimile Cover Sheet**  
<span style="background:black;color:white">Confidential and Privileged</span>

If there are any problems with this transmission, please call 212.262.6900

Date: **November 20, 2015**                 COVER SHEET & **1** PAGES

CLIENT NUMBER: **74959.0001.0001**

RETURN TO: (NAME) **Diana Torres**         (EXT.) **6803**   (ROOM NO.) **2265A**

| Sender: | Telephone: | Facsimile: |
|---|---|---|
| Jeffrey D. Vanacore | +1.212.262.6912 | +1.212.977.1642 |

| Recipient: | Company: | Telephone: | Facsimile: |
|---|---|---|---|
| Regina Raleigh | United States Marshals Service | | 213-894-2030 |