UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------
In re

      NATIONAL AIR CARGO, INC.

                           Case No. 14-12414 K

              Debtor

-----------------------------------------------------------------

      The Debtor having filed an *Ex Parte* Motion for Order Shortening Time, Prescribing

Notice and Scheduling an Expedited Hearing for Debtor's Motion for Order Authorizing

Entry Into and Performance Under Plan Support Agreement on May 10, 2017, it is hereby

      ORDERED, that the Motion for Order Shortening Time (Docket # 752) is denied,

and it is further

      ORDERED, that should the Debtor want the Debtor's Motion for Order Authorizing

Entry Into and Performance Under Plan Support Agreement (Docket #751) to be heard,

that a Notice of Motion with a return date be filed and served upon all parties in interest

required to be served.


          SO ORDERED.


Dated:     Buffalo, New York
           May 15, 2017



                                     U.S.B.J.

FILED
MAY 1 5 2017
BANKRUPTCY COURT
BUFFALO, N.Y.